FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    vs.

ANDREW L. FASSARI,

           Defendant.

Case No. **8:21-CV-00403-JVS-ADSx**

**DECLARATION OF JOHN DWYER**

**(FILED UNDER SEAL)**

I, JOHN DWYER, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, that I am over 18 years of age, and I am competent to testify to the matter stated herein:

1.    I am an attorney and have been licensed in Colorado since October 29, 2012.  I am employed in the Division of Enforcement in the Denver Regional Office of the Securities and Exchange Commission ("SEC") and hold the title of Counsel.

2.    Among other things, the federal securities laws authorize the SEC to conduct investigations to determine whether the federal securities laws have been violated and to bring civil actions before the United States District Courts to enforce and secure compliance with those laws.

3.    As part of my job duties, I am responsible for investigating potential violations of the federal securities laws.

4.    In conducting factual investigations, my job responsibilities generally include requesting and receiving documents from witnesses, sending subpoenas, interviewing witnesses, taking sworn testimony, and conducting other investigative activities.  I was assigned to investigate a matter—relating in part to Andrew L. Fassari ("Fassari")—captioned <u>In the Matter of Arcis Resources Corp. (D-03981)</u>.

## II.   <u>OVERVIEW OF THE SEC INVESTIGATION</u>

5.    As part of my investigation, I collected, reviewed, and analyzed information relating to trading in the securities of Arcis Resources Corporation ("ARCS" or the "Company") by Fassari.  This included a trade blotter reflecting all of Fassari's ARCS trades in an E*Trade Securities LLC ("E*Trade") account ending in *0255 and additional information associated with Fassari's E*Trade accounts ending in *0255 and *3014.

6.    I collected, reviewed, and analyzed information relating to social media posts on Twitter by the handle @OCMillionaire, as well as posts on the Internet message board https://investorshub.advfn.com ("InvestorsHub") by a user named "OCMillionaire."

7.    I collected, reviewed, and analyzed SEC filings by ARCS, as well as publicly available data regarding the volume and pricing of ARCS shares during the period between December 9, 2020 and December 18, 2020 (the "Relevant Period").

8.    I reviewed publicly available information related to ARCS from the website https://www.otcmarkets.com ("OTC Markets"), and publicly available information related to ARCS on SilverFlume, the state of Nevada's business search portal.

9.    I received and reviewed copies of emails that Raul Santos ("Santos"), the most recent Chief Executive Office ("CEO") of ARCS sent to OTC Markets Group Inc. and to my colleagues at the SEC, as well as a declaration by Santos dated February 28, 2021.

## III.   <u>EXHIBITS TO DECLARATION</u>

10.    The exhibits attached to this declaration are:

- <u>Exhibit 1</u> is a true and correct copy of information related to ARCS obtained from the Nevada Secretary of State's business search portal SilverFlume.

- <u>Exhibit 2</u> is a true and correct copy of an ARCS Quarterly Disclosure statement that is posted on OTC Markets' website.

- <u>Exhibit 3</u> is a true and correct copy of ARCS' Form 15 filed with the SEC.
- <u>Exhibit 4</u> is a true and correct copy of an Arcis Resources Corporation Press Release dated Dec. 20, 2016, as available on OTC Markets' website.
- <u>Exhibit 5</u> is not used.
- <u>Exhibit 6</u> is a true and correct copy of @OCMillionaire's Twitter profile.
- <u>Exhibit 7</u> is a true and correct copy of OCMillionaire's profile on InvestorsHub.
- <u>Exhibit 8</u> is a summary chart of a trade blotter provided by E*Trade for Fassari's brokerage account ending in *0255, showing ARCS trades between December 9 and December 16, 2020.
- <u>Exhibit 9</u> is a summary chart of a trade blotter provided by E*Trade for Fassari's brokerage account ending in *0255, showing ARCS trades between December 17 and December 18, 2020.
- <u>Exhibit 10</u> is a chart summarizing the content of tweets by @OCMillionaire regarding ARCS between December 9 and December 21, 2020.
- <u>Exhibit 11</u> is a compilation of true and correct copies of certain @OCMillionaire tweets related to ARCS.
- <u>Exhibit 12</u> is a true and correct copy of an InvestorsHub post by OCMillionare, dated May 31, 2013.
- <u>Exhibit 13</u> is a true and correct copy of an email from Raul Santos to OTC Markets.
- <u>Exhibit 14</u> is a true and correct copy of OTC Markets website showing a "Caveat Emptor" designation for ARCS.
- <u>Exhibit 15</u> is a true and correct copy of emails between Raul Santos and SEC staff.
- <u>Exhibit 16</u> is a true and correct copy of a Yahoo Finance chart showing ARCS share pricing and volume in December 2020.

IV.    **BACKGROUND OF KEY ENTITIES AND INDIVIDUALS**

11.   Based on the investigative work I conducted, I identified the facts below:

A.    **Arcis Resources Corporation**

12.   **Arcis Resources Corporation** is a Nevada corporation that previously used a business address in Denver, Colorado.  (Exhibit 1; Exhibit 2).  ARCS's common stock is quoted under the trading symbol "ARCS" on OTC Link, whose parent company is OTC Markets Group Inc.  On January 13, 2015, ARCS filed a Form 15 with the Commission, terminating the registration of its securities pursuant to Section 12(g) of the Exchange Act, and suspending its obligation to file Exchange Act periodic reports.  (Exhibit 3).

13.   A Quarterly Disclosure Statement of Arcis Resources Corporation dated June 30, 2016 was posted on OTC Markets' website (www.otcmarkets.com).  (Exhibit 2). This disclosure statement identifies ARCS's CEO as Raul Santos and lists the company website as www.arcisresourcescorp.com. This is the last disclosure statement posted for ARCS on OTC Markets' website.

14.   As part of my investigation I searched and reviewed publicly available press releases by ARCS.  The last available press release is dated December 2016, in which ARCS reported its plan to launch a vape store in the Latin American market in the first quarter of 2017.  (Exhibit 4).

15.   ARCS previously used the website www.arcisresourcescorp.com.  In 2016, the Company stopped paying for and maintaining its website.  (*See* Santos Declaration).

B.    **Defendant Andrew Fassari / @OCMillionaire**

16.   Brokerage records show that **Andrew Fassari** is 33 years old and a resident of Irvine, California.  As detailed below, Fassari uses "@OCMillionaire" and similar names on social media—including on Twitter and InvestorsHub. (Exhibit 6; Exhibit 7). **@OCMillionaire** describes himself as a "Master short squeeze artist [and] #Pennystock Wizard." @OCMillionaire's Twitter profile stated he joined Twitter in July 2013 and as of February 28, 2021 has approximately 13,100 followers.

## V.   **FASSARI'S DECEMBER 2020 PURCHASE OF ARCS**

17.   I reviewed a trade blotter provided by E*Trade for Fassari's brokerage account ending in *0255 (the "E*Trade blotter").  It reflects all of Fassari's transactions in ARCS during December 2020. The E*Trade blotter is a business record that E*Trade is required to keep and maintain in the regular course of its business that memorializes securities transactions.  For each of Fassari's transactions in ARCS, the E*Trade blotter recorded the quantity of shares purchased or sold, execution time and date, and execution price, among other details.  I created Exhibits 8 and 9, which summarize Fassari's ARCS trading during the Relevant Period.  For Exhibits 8 and 9, columns A–I were copied directly from the E*Trade blotter.  Columns J–N reflect SEC calculations summarizing—among other things—the gross cost/proceeds of each ARCS transaction, a running sum of ARCS shares owned by Fassari, and a running gross loss/profit tally of Fassari's ARCS trades.  Exhibit 8 reflects Fassari's trades from December 9 through December 16, 2020.  Exhibit 9 reflects Fassari's trades from December 17 through December 18, 2020.

18.   Beginning on December 9, 2020 and ending on December 18, 2020, Fassari purchased and sold shares of ARCS. The E*Trade blotter shows that on December 9 starting at 9:31 a.m. ET, Fassari began purchasing ARCS stock and accumulated 41,071,413 shares on that day.  Fassari's first purchase of ARCS shares was at $.0012 per share, and he continued to make incremental purchases through mid-day at increasingly higher prices until he had purchased 41,071,413 shares in 107 transactions. His final two purchases of shares on December 9, 2020 at or about 12:49 p.m. were at prices of $.007 and $.0069.  On December 9, Fassari purchased a total of 41,071,413 shares at a gross cost of $90,095.03.  (Exhibit 8).

19.   The next day, December 10, Fassari began to sell ARCS, eventually closing his position on December 16.  On December 10, he sold 25,000 shares for gross proceeds of $475.  On December 14, Fassari sold an additional 4,045,939 shares for gross proceeds of $194,962.30.  Finally, on December 16, Fassari sold his remaining

37,000,474 shares for gross proceeds of $824,351.61. Fassari received a total of $1,019,788.91 in gross proceeds from these sales. (Exhibit 8).

20. When he closed his ARCS position on December 16, Fassari had received gross profits of $929,693.88. (Exhibit 8).

21. Based on a review of Fassari's December E*Trade brokerage statement, he immediately used the proceeds from his sales of ARCS shares to purchase securities of other companies.

22. On December 17, 2020, Fassari opened a new position in ARCS securities. In total, he purchased 35,311,809 shares of ARCS at a gross cost of $586,215.29. (Exhibit 9).

23. Fassari sold all 35,311,809 of his ARCS shares on December 18, receiving gross proceeds of $149,903.89. (Exhibit 9). In total, Fassari lost $436,311.40 on his Dec 17–18 ARCS transactions. (*Id.*).

24. The chart below summarizes Fassari's ARCS trading during the Relevant Period:

| DATE | BUY/SELL | QUANTITY | GROSS $ AMOUNT |
|---|---|---|---|
| Dec. 9, 2020 | Buy | 41,071,413 | ($90,095.03) |
| Dec. 10, 2020 | Sell | 25,000 | $475.00 |
| Dec. 14, 2020 | Sell | 4,045,939 | $194,962.30 |
| Dec. 16, 2020 | Sell | 37,000,474 | $824,351.61 |
| Dec. 17, 2020 | Buy | 35,311,809 | ($586,215.29) |
| Dec. 18, 2020 | Sell | 35,311,809 | $149,903.89 |

25. In January 2021, Fassari continued to use a portion of the proceeds from the sales of his ARCS shares to purchase securities of other companies. A review of Fassari's January E*Trade brokerage account *0255 shows an Ending Account Value

on January 31, 2021 of $370,461.92.

26.   I reviewed statements for Fassari's E*Trade brokerage account ending in *3014.  The account did not show any trading in ARCS during December 2020, and the closing value was $3.42.  I have also reviewed information indicating that Fassari maintained or maintains a bank account at JPMorgan Chase.

## VI.   **@OCMILLIONAIRE'S DECEMBER 2020 PROMOTION OF ARCS**

27.   On December 9, 2020—the same day Fassari first purchased ARCS—@OCMillionaire began to promote the stock and tweet positive news about ARCS. Between December 9, and 20, 2020, @OCMillionaire posted approximately 120 tweets about ARCS (Exhibit 10; Exhibit 11).  Examples include:

- **Dec. 9 (10:46a ET)**: *15 Min till my new alert that i am expecting 3000% minimum. $TSNP $BRTX $TSLA $IGPK $WOGI $STHC $TPTW $WOLF $AAPL $bldv*

- **Dec. 9 (10:57a ET)**: *OK GUYS! THE NEW ALERT IS $ARCS!! I will share what i have uncovered the past 24 hours with you all! :smile: Lets buy! #stocks #alert pennystocks #ocmillionaire*

- **Dec. 9 (1:49p ET)**: *$ARCS 01 + today .10+ coming. It will squeeze and they have a ton of news coming and backed by huge investors for its #cannabis operations. I encourage all to reach out to the CEO. He is honest and going to bring value to shareholders.*

- **Dec. 10 (10:23a ET)***: $ARCS I will not back down on my price target. I will stand firm like I did on $TSNP.*

- **Dec. 10 (1:42p ET):** *People act like i was born yesterday. Bashing the heck out of me AFTER All THAT DD i did and brought to the table. Sending pm's to people saying i was selling. If anyone believed that lie then shame on you. The ones accusing others are the ones selling. Cheaters mentality $arcs[.]*

- **Dec. 11 (12:14p ET)**: *$ARCS Hedge fund coming in. Watch. 1.4 million sq ft $TSNP will look like child's play and that was a BEAST. biggest #mj #cannabis #merger in the USA no notes no RS no dilution share buyback share retirement idk what else anyone needs to hear $HEXO $ACS $TLRY $APHA $ACAN*

- **Dec. 14 (12:58p ET)**: *$ARCS AGAIN I Will SAY IT. KNOW WHAT YOU OWN. HOLDING ALL MY SHARES WITH GRIP TIGHT FIST. We are going .85+ I dont care what the rest of you all think or do. God is good. This company is doing everything the right way.*

- **Dec. 15 (9:29a ET)**: *Today is my last buy day for $ARCS then i will hold all for the promise land. It has been awesome getting to know some of you. See you .85+ + one day. Oh, and I am about 99.5% sure i found the #cannabis company merger..and ITS HUGE Won't have any issues running past my targets*

28.   @OCMillionaire also claimed to purportedly have inside information regarding ARCS's plans—specifically that he was in touch with the CEO of ARCS (Raul Santos) via the email address info@arcisresources.com. (*See* Exhibit 10, rows 3, 4, 5, 7, 8, 14, 17, 21, 22, 24, 60, 68, 77, 78, 91, 99, 108, 114, 115, and 117).  His alleged "due diligence" tweets claimed that ARCS was planning to revive its business by—among other things—bringing in a significant investor, merging with a significant cannabis company, and purchasing or leasing significant cannabis processing.  (Exhibit 10; Exhibit 11). Examples include:

- **Dec. 9 (11:04a ET)**: *$ARCS i will share what i have uncovered in the last 24 hours with you! Give me a few moments to load emails from the ceo on the big short squeeze that is coming! I just bought OOSs! WEEEEE.*

- **Dec. 9 (12:10p ET)**: *$ARCS 380,000 indoor cultivation 1 Million+ sq ft processing. WEEEEEEEEE  This CEO has big plans for us. It will move like $TSNP. I bought more at 0055.*

- **Dec. 9 (8:59p ET)**: *l have $arcs revenue #s i will be posting tonight for the valuation of the current grow operations, not only that. .. they are EXPANDING out of state to OTHER BIGGER operations. THIS WILL RUN LIKE STSNP. Make no mistake. Again, read below on emails. 1.4 million sq ft $TLRY $ACB*
  - This tweet includes a screenshot of alleged email communications with Raul Santos, the CEO of ARCS.
- **Dec. 10 (8:24a ET)**: *$ARCS, after speaking with CEO last night I am adjusting my price targets significantly. I think we see .10-15 in 1-2 weeks from now but ultimately over .3 by end of Jan. They have massive scalability and already have licenses and operations compared to $TLRY $ACS and $HEXO*
- **Dec. 15 (2:27p ET)**: *$ARCS for those in the trenches with me remember these key things. No rs no dilution share retirement buyback. #merger #CannabisCommunity 1.4 million sq ft facility with revenues of 450 million in net profits for that scale ... $ACB largest facility is 1.2 milly $TLRY 800k*[.]

29.   @OCMillionaire promoted ARCS until December 18, 2020—the same day that Fassari closed his ARCS position—when he tweeted that he sold ARCS for a "huge loss." (Exhibit 11).

**VII.   FASSARI IS @OCMILLIONAIRE**

30.   On December 18, 2020, @OCMillionaire tweeted that he "*[s]old [ARCS] for a huge loss. I don't care what anyone says about me. I back up what I say. I take my losses like a man. ...*" (Exhibit 11).  To support this claim, he posted a screenshot of an E*Trade account showing a sale of 35,311,809 shares of ARCS for a loss of $436,678.07. The blotter for Fassari's E*Trade account confirms that he sold— exactly—35,311,809 shares of ARCS on December 18, 2020.  (Exhibit 9).

31.   On May 31, 2013, a user named OCMillionaire posted information on message

boards for InvestorsHub.  OCMillionaire wrote "*FOR THOSE OF YOU WHO CANT VIEW MY FB LINK,THIS IS THE EMAIL I GOT*" and quoted an email sent to "Andrew Fassari" at email address andrewfassari@ymail.com.  (Exhibit 12).

## VIII. <u>FORMER CEO'S DENIAL THAT ARCS WAS CONDUCTING BUSINESS</u>

### A. **Raul Santos**

32.   Santos previously served as the CEO of ARCS.  He is described as the CEO of ARCS in 2016 disclosure documents posted on OTC Markets (Exhibit 2).  He is also listed as the President of ARCS on the state of Nevada's business search portal. (Exhibit 1).

### B. **Santos' December 17, 2020 Email to OTC Markets**

33.   On December 17, 2020, Santos (using a Gmail address not associated with info@arciscorporation.com) emailed OTC Markets.  (Exhibit 13).  The email replied to a 2016 billing invoice sent by OTC Markets Billing to ARCS via Santos' email account.

34.   Santos claimed that certain misrepresentations regarding ARCS were being made online, and requested to be removed from OTC Market's profile of the company. He wrote:

> *I have just become aware someone not affiliated with Arcis Resources corporation is spreading lies about Arcis Resources on Twitter/ message boards claiming they have an affiliation with the company & spreading false lies.  This has been a dormant shell for several years now & there is nothing is going on.  What can I do to have my name removed from the OTC Markets?  Additionally, what person from the OTC Markets can I talk to so investors are not harmed any further?*
> (Exhibit 13).

35.   A representative from OTC Markets subsequently provided a copy of Exhibit 15 to the SEC.

36.   On December 17, 2020, OTC Markets affixed a "Caveat Emptor" warning to

ARCS—indicating that "there is a public interest concern associated with the company, which may include a spam campaign, questionable stock promotion, known investigation of fraudulent activity committed by the company or insiders, regulatory suspensions, or disruptive corporate actions."  (Exhibit 14)

        **C.**    **Santos' February 23, 2020 Email to the SEC**

37.  On February 23, 2020, SEC staff contacted Santos via the email address that he used to contact OTC Markets.  (Exhibit 15).  Santos replied about two hours later, writing, in part:

- *"ARCS was a failed project. It has been inactive since approximately 2016. ( no updated filings have been done with the OTC markets in years.)"*

- *"The website: arcisresourcescorp.com ( became available years ago due to non payment) As there was no need for it. At some point last year someone purchased it to spread false rumors about Arcis. In addition, someone also made up a fake Twitter account to make false statements on Twitter."*

- *"I believe someone named OCmillionaire on Investorshub & Twitter with several thousands followers purchased shares in the open market with several of his associates. He then purchased the domain name/ made up a fake Twitter account in order to sell shares he had purchased at higher price."*

38.  On February 28, 2021, Santos provided a declaration to the staff of the SEC regarding ARCS, Andrew Fassari, and @OCMillionaire.

**IX.**   **ARCS'S TRADING VOLUME AND PRICING DURING THE RELEVANT PERIOD**

39.  From Wednesday, December 9, 2020, to Friday, December 18, 2020—the period coinciding with Fassari's trading and the false social media posts by @OCMillionaire—ARCS's stock price and volume increased substantially.  (Exhibit 16).

40.   The chart below reflects publicly available trading dates, opening price, closing price, and volumes in ARCS for December 8 through December 18, 2020:

| DATE | OPEN PRICE | INTRADAY HIGH | CLOSE PRICE | VOLUME |
|---|---|---|---|---|
| Dec. 8, 2020 | $0.0010 | $0.0014 | $0.0012 | 78.51 M |
| Dec. 9, 2020 | $0.0012 | $0.0160 | $0.0016 | 478.92 M |
| Dec. 10, 2020 | $0.0189 | $0.0190 | $0.0084 | 276.33 M |
| Dec. 11, 2020 | $0.0092 | $0.0200 | $0.0199 | 323.47 M |
| Dec. 14, 2020 | $0.0286 | $0.0790 | $0.0540 | 377.34 M |
| Dec. 15, 2020 | $0.0575 | $0.0620 | $0.0400 | 140.38 M |
| Dec. 16, 2020 | $0.0235 | $0.0270 | $0.0187 | 373.42 M |
| Dec. 17, 2020 | $0.0196 | $0.0298 | $0.0245 | 237.84 M |
| Dec. 18, 2020 | $0.0037 | $0.0068 | $0.0035 | 440.73 M |

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 1, 2021

John Dwyer

**Index to Exhibits**
**To the March 1, 2021 Declaration of John Dwyer**

| Exhibit | Description |
|---------|-------------|
| 1 | Nevada Secretary of State information for Arcis Resources Corporation |
| 2 | OTC Pink Basic Disclosure Guidelines for Quarter Period ending June 30, 2016 for Arcis Resources Corporation |
| 3 | Form 15 for Arcis Resources Corporation (Jan. 13, 2015) |
| 4 | Arcis Resources Corporation Press Release, as available on OTC Markets' website (Dec. 20, 2016) |
| 5 | No Exhibit |
| 6 | @OCMillionaire Twitter profile |
| 7 | OCMillionaire iHub info |
| 8 | Summary of E*Trade Blotter for Fassari's executed trades in ARCS (Dec. 9 – Dec. 16, 2020) |
| 9 | Summary of E*Trade Blotter for Fassari's executed trades in ARCS (Dec. 17 – Dec. 18, 2020) |
| 10 | Chart summarizing the content of tweets by @OCMillionaire regarding ARCS (Dec. 9 – Dec. 21, 2020) |
| 11 | Screenshots of key @OCMillionaire tweets (Dec. 9 – Dec. 18) |
| 12 | iHub post by OCMillionaire (May 31, 2013) |
| 13 | Email from Raul Santos to OTC Markets (Dec. 14, 2020) |
| 14 | OTC Markets' website "Details" for ARCS, showing OTC designations for ARCS's securities |
| 15 | Emails to/from Raul Santos and Danielle Voorhees (Feb. 23, 2021) |
| 16 | Chart of ARCS's share price and volume from Yahoo Finance (showing Dec. 2020) |

**ENTITY INFORMATION**

**ENTITY INFORMATION**

**Entity Name:**

ARCIS RESOURCES CORPORATION

**Entity Number:**

E0206042008-4

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

03/27/2008

**NV Business ID:**

NV20081139163

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2021

> **Exhibit**
>
> **1**

**REGISTERED AGENT INFORMATION**

**Name of Individual or Legal Entity:**

PREMIER LEGAL GROUP

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20111753309

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

1333 N BUFFALO DR STE 210, LAS VEGAS, NV, 89128, USA

**Mailing Address:**

**Individual with Authority to Act:**

Debra Reade

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | RAUL SANTOS | 401 RYLAND ST STE 200-A, RENO, NV, 89502, USA | 01/04/2016 | Active |
| Secretary | RAUL SANTOS | 401 RYLAND ST STE 200-A, RENO, NV, 89502, USA | 01/04/2016 | Active |

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Treasurer | RAUL SANTOS | 401 RYLAND ST STE 200-A, RENO, NV, 89502, USA | 01/04/2016 | Active |
| Director | RAUL SANTOS | 401 RYLAND ST STE 200-A, RENO, NV, 89502, USA | 01/04/2016 | Active |

**Page 1 of 1, records 1 to 4 of 4**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 1,999,000,000 | 0.000100000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**1,999,000**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

**OTC Pink Basic Disclosure Guidelines for**
**Quarter Period ending June 30, 2016**


**1) Name of the issuer and its predecessors (if any)**

In answering this item, please also provide any names used by predecessor entities in the past five years and the dates of the name changes.

ARCIS RESOURCES CORPORATION


**2) Address of the issuer's principal executive offices**

Company Headquarters
Address 1: 1550 Larimer Street
Address 2: Denver, CO 80202
Phone: 888.850.3778
Email: info@arcisresourcescorp.com
Website(s):          www.arcisresourcescorp.com
                          www.vapeoutlet.co
                          www.vapestandard.com
IR Contact
Address 1: None
Address 2: _____
Address 3: _____
Phone: _____
Email: _____
Website(s): _____


**3) Security Information**

The "Capital Stock" of the stock of the corporation is divided into two classes:

Trading Symbol: ARCS
Exact title and class of securities outstanding: Common Stock
CUSIP: 03959D205
Par or Stated Value:            $0.0001
Total shares authorized:        1,300,000,000. as of: 6/30/2016
Total shares outstanding:       1,140,867,849. as of: 6/30/2016

Total shares authorized:        1,300,000,000. as of: 9/29/2016
Total shares outstanding:       1,141,267,854. as of: 9/29/2016

(1) Common Stock, the authorized Common Stock is One Billion and Three Hundred million (1,300,000,000.) shares, and the par is $0.0001 for each share. The holders of Common Stock shall have one vote per share of Common Stock held as of such date.

Additional class of securities (if necessary):
Trading Symbol: None
Exact title and class of securities outstanding: Preferred Stock
CUSIP: None

| | |
|---|---|
| Par or Stated Value: | $0.0001 |
| Total shares authorized: | 1,000,000. as of: 6/30/2016. |
| Total shares outstanding: | 250,000. as of:   6/30/2016. |
| | |
| Total shares authorized: | 1,000,000. as of: 9/29/2016. |
| Total shares outstanding: | 250,000. as of:   9/29/2016. |

(2) Preferred Stock, the authorized Preferred Stock class is in the amount of One million (1,000,000) shares having par value of $0.0001 each. The Board of Directors shall have the authority, by resolution or resolutions, to divide the preferred stock into series, to establish and fix the distinguishing designation of each such series and the number of shares thereof (which number, by like action of the Board of Directors from time to time thereafter may be increased, except when otherwise provided by the Board of Directors in creating such series, or may be decreased, but not below the number of shares thereof then outstanding) and, within the limitations of applicable law of the State of Nevada or as otherwise set forth in this article, to fix and determine the relative rights and preferences of the shares of each series so established prior to the issuance, thereof. There shall be no cumulative voting by shareholders.

The designation, powers, including voting rights, preferences and any qualifications, limitations, or restrictions of the Preferred Stock of Corporation are initially specified as below:

A. Conversion into Common Stock.

(1)    Right to Convert. Each share of Preferred Stock shall be convertible, at the option of the holder thereof, at any time after the date of issuance (the "Conversion Date") into One Hundred (100) shares of fully paid and non-assessable shares of Common Stock (the "Conversion Ration").

(a)    Mechanics of Conversion. Before any holder shall be entitled to convert, he shall surrender the certificate or certificates representing convertible Preferred Stock to be converted, duly endorsed or the Corporation or of any transfer agent, and shall give written notice to the Corporation at such office that he elects to convert the same. The Corporation shall, as soon as practicable thereafter, issue a certificate or certificates for the number of shares of Common Stock to which the holder shall be entitled. The Corporation shall, as soon as practicable after delivery of such certificates, or such agreement and indemnification in the case of a lost, stolen or destroyed certificate, issue and deliver to such holder of convertible Preferred Stock a certificate or certificates for the number of shares of Common Stock to which such holder is entitled as aforesaid and a check payable to the holder in the amount of any cash amounts payable as the result of a conversion into fractional shares of Common Stock. Such conversion shall be deemed to have been made immediately prior to the close of business on the date of such surrender of the shares of convertible Preferred Stock to be converted.

(b)    Adjustment to Conversion Ratio.

(i)    Merger or Reorganization. In case of any consolidation or merger of the Corporation as a result of which holder of Common Stock become entitled to receive other stock or securities or property, or in case of any conveyance of all or substantially all of the assets of the Corporation to another corporation, the Corporation shall mail to each holder of convertible Preferred Stock at least thirty (30) days prior to the consummation of such event a notice thereof, and each such holder shall have the option to either (i) convert such holder's shares of Convertible Preferred Stock into shares of Common Stock pursuant to this Section 1(a) and thereafter receive the number of shares of stock or other securities or property to which a holder of the number of shares of Common Stock of the Corporation deliverable upon conversion of such convertible Preferred Stock would have been entitled upon such consolidation, merger or conveyance, or (ii) exercise such holder's rights pursuant to Section 1(b). Unless otherwise set forth by the Board of Directors, the Conversion Ratio shall not be affected by a stock dividend or subdivision (stock split) on the Common Stock of the corporation, or a stock combination (reverse stock split) or stock consolidation by reclassification of the Common Stock. However, once the Convertible Preferred Stock has been converted to Common Stock, it shall be subject to all corporate actions

that affect or modify the common stock.

(c)   No Impairment. The Corporation will not, by amendment of its Articles of Incorporation, this Certificate of Designation or through any reorganization, transfer of assets, consolidation, merger, dissolution, issue or sale of securities or any other voluntary action, avoid or seek to avoid the observance or performance of any of the terms to be observed or performed hereunder by the Corporation, but will at all times in good faith assist in the carrying out of all the provisions of this Section 1 and in the taking of all such action as may be necessary or appropriate in order to protect the Conversion Rights of the holders of the Convertible Preferred Stock against impairment.

(d)   Certificate as to Adjustments. Upon the occurrence of each adjustment or readjustment of the Conversion Ratio of the convertible Preferred Stock pursuant to this Section 1(a), the Corporation at its expense shall promptly compute such adjustment or readjustment in accordance with the terms hereof and furnish to each holder of convertible Preferred Stock a certificate setting forth such adjustment or readjustment and the calculation on which such adjustment or readjustment is based. The Corporation shall, upon the written request at any time of any holder of convertible Preferred Stock, furnish or cause to be furnished to such holder a like certificate setting forth (i) such adjustment and readjustment, (ii) the Conversion Ratio for the convertible Preferred Stock at the time in effect and (iii) the number of share of Common Stock and the amount, if any, of other property which at the time would be received upon the conversion of the convertible Preferred Stock.

(e)   Notice of Record Date. In the event of any taking by the Corporation of a record of the holders of any class of securities for the purpose of determining the holders thereof who are entitled to receive any dividend (other than a cash dividend which is the same as cash dividends paid in previous quarter) or other distribution, the Corporation shall mail to each holder of convertible Preferred Stock at least ten (10) days prior to the date specified herein, a notice specifying the date on which any such record is to be taken for the purpose of such dividend or distribution.

(f)   Common Stock Reserve. The corporation shall reserve and keep available out of its authorized but unissued Common Stock such number of shares of Common Stock as shall from time to time be sufficient to effect conversion of the convertible Preferred Stock.

(2)   Voting Rights. Except as otherwise required by law, the holders of Preferred Stock and the holders of Common Stock shall be entitled to notice of any stockholders' meeting and to vote as a single class upon any matter submitted to the stockholders for a vote as follows: (i) the holders of Preferred Stock shall have one vote for each full share of Common Stock into which a share of Preferred Stock would be convertible at the ratio of One to Ten Thousand (1:10,000.) on the record date for the vote, or, if no such record date is established, at the date such vote is taken or any written consent of stockholders is solicited; and (ii) the holders of Common Stock shall have one vote per share of Common Stock held as of such date.

(3)   Reissuance. No share or shares of convertible Preferred Stock acquired by the Corporation by reason of conversion, all such shares thereafter shall be returned to be the status of unissued shares of convertible Preferred Stock of the Corporation.

The Board of Directors shall have the authority, by resolution or resolutions, at any time or from time to time after the Issuance Date to fix a record date for the effectuation of a forward or reverse split of the issued and outstanding shares of Common Stock.  In accordance with NRS 78.2055 shareholder approval shall not be required.  Also in accordance with NRS 78.207 the Corporation will not be required to reduce or increase its authorized shares in a corresponding ratio in the event of a reverse or forward split.

_____

Transfer Agent

Action Stock Transfer

2469 E. Fort Union Blvd, Suite 214
Salt Lake City, UT 84121
Office Phone (801) 274-1088
Office Fax (801) 274-1099
Web: Http://www.actionstocktransfer.com

Is the Transfer Agent registered under the Exchange Act?*   Yes: X No: ☐

*To be included in the OTC Pink Current Information tier, the transfer agent must be registered under the Exchange Act.

List any restrictions on the transfer of security:

None

Describe any trading suspension orders issued by the SEC in the past 12 months.

There have been no SEC suspensions.

List any stock split, stock dividend, recapitalization, merger, acquisition, spin-off, or reorganization either currently anticipated or that occurred within the past 12 months:

On October 6, 2015, the Board of Directors of the Corporation authorized and approved that Article V of the Corporations Articles of  Incorporation, entitled "SHARES" and same was amended with the Nevada Department of Corporations such that on November 17, 2015 all common stock holders shall and did receive six (6) shares for every five (5) shares of common stock they own.  After November 17, 2015, those holding physical certificates must turn their certificates back into the transfer agent for new certificates.  All others shall receive their new share(s) electronically through their brokers on November 17, 2015.  Further, the Corporation did increase its authorized common shares from 975,000,000. to 1,300,000,000. common shares to allow for the above-mentioned 6 for 5 forward split.

On December 30, 2015, the Board of Directors and the majority of the voting shareholders authorized and approved by same that Raul Santos by installed as a Director and as Chief Executive Officer to the Corporation, effective immediately, and that Christopher Margait did resigns all positions, including, President, Secretary, Treasurer, and Chief Executive Officer, with the Corporation, effective immediately.  In conjunction with this change, Mr. Margait transferred all of his common and preferred stock ownership to Mr. Santos, who retired this ownership and was issued his own shares as specified below in number four.

On January 14, 2016, the Corporation acquired the business operations of www.vapeoutlet.co. www.vapeoutlet.co is a U.S. Internet based distributor and retailer of premium portable & desktop vaporizers, E-juice, oils & accessories.  The Corporation 's technology has a streamlined supply chain, marketing strategies and wide distribution capabilities to deliver its products. The Corporation 's brands include all major brands. The Corporation  sells direct to consumer via e-commerce.  Since 2008, the number of U.S. vape shops has grown to about 8,500, and the sale of electronic cigarettes and supplies climbed to $3.5 billion.  Analysts expect the use of e-cigarettes and vaporizers to overtake combustible cigarettes in 10 years. Vapeoutlet.co is profitable today and will implement improved SEO, PPC and strategic Instagram to add to revenue and market growth. The energy drinks will contain hemp infused seed oil. Fatty acids in hemp oil are associated with health benefits that include protection against heart disease, cancer, bowel disease and other auto immune diseases.

On July 13, 2016, the Corporation acquired the business operations of US based www.VapeStandard.com, which operates an online based news platform providing news about vaping and the vape community. VapeStandard also retails vape related products through its online medium.

No other stock split, stock dividend or recapitalization is anticipated or currently planned.

**4) Issuance History**

List below any events, in chronological order, that resulted in changes in total shares outstanding by the issuer in the past two fiscal years and any interim period. The list shall include all offerings of equity securities, including debt convertible into equity securities, whether private or public, and all shares or any other securities or options to acquire such securities issued for services, describing (1) the securities, (2) the persons or entities to whom such securities were issued and (3) the services provided by such persons or entities. The list shall indicate:

*Shares of Common and Preferred Stock (First Quarter, 2015- service shares)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the first quarter of 2015, in connection with the issuance of 5,000,000 common and 250,000 preferred shares, for professional services to the then current officer of the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B. Any jurisdictions where the offering was registered or qualified;

Not applicable.

C. The number of shares offered;

Not applicable.
.
D. The number of shares sold;

Not applicable.

E. The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F. The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legends as well as a control person stamp in red.

*Shares of Common Stock (First Quarter, 2015- conversion)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the first quarter period of 2015, in connection with the issuance of 10,000,000 shares, for the retirement of convertible debt, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The issuances of these shares were made to a limited number of persons, and transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933. The stockholders have not been identified on the Transfer Agent's control sheet.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G.  Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificates do not bear standard restrictive legends.


*Shares of Common Stock (Second Quarter, 2015- service shares)*

A.  The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the second quarter of 2015, in connection with the issuance of 195,000,000 common shares, for professional services to the then current officer of the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legends as well as a control person stamp in red.


*Shares of Common Stock (Second Quarter, 2015- service shares)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the second quarter of 2015, in connection with the issuance of 5,000,000 common shares, for professional services to a single vendor for web related services to maintain the corporate website for the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D. The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legend.

*Shares of Common Stock (Second Quarter, 2015- conversion)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the second quarter period of 2015, in connection with the issuance of 276,823,270 shares, for the retirement of convertible debt, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The issuances of these shares were made to a limited number of persons, and transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933. The stockholders have not been identified on the Transfer Agent's control sheet.

B. Any jurisdictions where the offering was registered or qualified;

Not applicable.

C. The number of shares offered;

Not applicable.
.
D. The number of shares sold;

Not applicable.

E. The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F. The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificates do not bear standard restrictive legends.


*Shares of Common Stock (Third Quarter, 2015- service shares)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the third quarter of 2015, in connection with the issuance of 100,000,000 common shares, for professional services to the then current officer of the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B. Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G.  Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legends as well as a control person stamp in red.


*Shares of Common Stock (Third Quarter, 2015- service shares)*

A.  The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the third quarter of 2015, in connection with the issuance of 2,400,000 common shares, for professional services to two outside experts for professional services to the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificates bear standard restrictive legends.


*Shares of Common Stock (Third Quarter, 2015- conversion)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the second third period of 2015, in connection with the issuance of 87,720,600. shares, for the retirement of convertible debt, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The issuances of these shares were made to a limited number of persons, and transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933. The stockholders have not been identified on the Transfer Agent's control sheet.

B. Any jurisdictions where the offering was registered or qualified;

Not applicable.

C. The number of shares offered;

Not applicable.
.
D. The number of shares sold;

Not applicable.

E. The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F. The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificates do not bear standard restrictive legends.


*Shares of Common Stock (Fourth Quarter, 2015- service shares)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the fourth quarter of 2015, in connection with the issuance of 20,000,000 common shares, for professional services to the then newly appointed officer of the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general

solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G.  Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legends as well as a control person stamp in red.

*Shares of Common and Preferred Stock (First Quarter, 2016- service shares)*

A.  The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the first quarter of 2016, in connection with the issuance of 500,000,000 common shares and 250,000 of preferred shares, for professional services to the then current officer of the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legends as well as a control person stamp in red.

*Shares of Common Stock (Third Quarter, 2016- conversion)*

A. The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the second third period of 2016, in connection with the issuance of 100,000,000. shares, for the retirement of convertible debt, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The issuances of these shares were made to a limited number of persons, and transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933. The stockholders have not been identified on the Transfer Agent's control sheet.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.

D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G. Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificates do not bear standard restrictive legends.

*Shares of Common Stock (Third Quarter, 2015- service shares)*

A.  The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

During the period of the third quarter of 2016, in connection with the issuance of 28,000,000 common shares for past business services rendered to the Company, the Company relied upon the exemption from securities registration afforded by Section 4(2) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The transfer was restricted by the Company in accordance with the requirements of the Securities Act of 1933.

B.  Any jurisdictions where the offering was registered or qualified;

Not applicable.

C.  The number of shares offered;

Not applicable.
.
D.  The number of shares sold;

Not applicable.

E.  The price at which the shares were offered, and the amount actually paid to the issuer;

Not applicable.

F.  The trading status of the shares; and

Not applicable.

G.  Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The certificate bears a standard restrictive legend.

* On August 26, 2016, Company Officer Raul Santos officially retired 70,000,000 of his Common restricted shares back to the Companies' treasury, leaving him with 450,000,000 Common restricted shares.
** This issuance of 250,000. preferred shares in the first quarter of 2016 to Company Officer Raul Santos was done simultaneously with the Boards resolution to return to treasury the same amount of shares by the former Officer, pursuant to agreement. The outstanding number of shares was not affected by these transactions.


## 5)  Financial Statements

Provide the financial statements described below for the most recent fiscal year end or quarter end to maintain qualification for the OTC Pink Current Information tier.  For the initial disclosure statement (qualifying for Current Information for the first time) please provide reports for the two previous fiscal years and any interim periods.

A.  Balance sheet;
B.  Statement of income;
C.  Statement of cash flows;
D.  Financial notes; and
E.  Audit letter, if audited

The financial statements requested pursuant to this item shall be prepared in accordance with US GAAP by persons with sufficient financial skills.

You may either (i) attach/append the financial statements to this disclosure statement or (ii) post such financial statements through the OTC Disclosure & News Service as a separate report using the appropriate report name for the applicable period end.  ("Annual Report," "Quarterly Report" or "Interim Report").

If you choose to publish the financial reports separately as described in part (ii) above, you must state in the accompanying disclosure statement that such financial statements are incorporated by reference.  You may reference the document(s) containing the required financial statements by indicating the document name, period end date, and the date that it was posted to otciq.com in the field below. The appropriate financial statements are attached below.

Information contained in a Financial Report is considered current until the due date for the subsequent Financial Report.  To remain in the OTC Pink Current Information tier, a company must post its Annual Report within 90 days from its fiscal year-end date and Quarterly Reports within 45 days of its fiscal quarter-end date.

## 6)  Describe the Issuer's Business, Products and Services

Describe the issuer's business so a potential investor can clearly understand the company.  In answering this item, please include the following:

A.  a description of the issuer's business operations:

Arcis Resources Corporation, by and through its wholly owned subsidiaries, and assets such as www.vapeoutlet.co and www.vapestandard.com, is engaged in the development and sale of premium portable & desktop vaporizers, E-juice, oils & accessories, and also energy drinks and coffee pods which contain organic hemp seeds with premium Colombian coffee beans, which produce an intense, full-flavored hemp seed coffee that doesn't leave a bitter after-taste. They also contain Omega 3 acids. These fatty acids promote heart health, lower triglycerides, work to reduce inflammation, promote brain health and support the immune system. These drinks are hemp infused with hemp oil. Fatty acids in hemp oil are associated with health benefits that include protection against heart disease, cancer, bowel disease and other auto immune diseases.

B.  Date and State (or Jurisdiction) of Incorporation:

March 27, 2008

C.  the issuer's primary and secondary SIC Codes;

Primary SIC Code 3433 - Heating Equipment, Except Electric and Warm Air Furnaces

D.  the issuer's fiscal year end date;

December 31st

E.  principal products or services, and their markets;

All of our products and technology solutions are available worldwide through the Internet.

## 7)  Describe the Issuer's Facilities

The goal of this section is to provide a potential investor with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer. In responding to this item, please clearly describe the assets, properties or facilities of the issuer, give the location of the principal plants and other property of the issuer and describe the condition of the properties. If the issuer does not have complete ownership or control of the property (for example, if others also own the property or if there is a mortgage on the property), describe the limitations on the ownership. If the issuer leases any assets, properties or facilities, clearly describe them as above and the terms of their leases.

The issuer has executive rental office space of approximately 200 sq foot space, in downtown Denver, Colorado, close to the major airport, on an annual lease for $1,200.00. Company has programmers located remotely within the U.S., including Denver, and abroad.


**8) Officers, Directors, and Control Persons**

The goal of this section is to provide an investor with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant shareholders.

A.  Names of Officers, Directors, and Control Persons.  In responding to this item, please provide the names of each of the issuer's executive officers, directors, general partners and control persons (control persons are beneficial owners of more than five percent (5%) of any class of the issuer's equity securities), as of the date of this information statement.

A.      any class of the issuer's equity securities), as of the date of this information statement.

| Name and Position | Shares of Common Stock | Percentage of Class (Common) | Shares of Preferred Stock | Percentage of Class (Preferred) |
|---|---|---|---|---|
| Raul Santos, Officer 1550 Larimer Street Denver, CO 80202 | 450,000,000 . | 40.42% | 250,000 | 100% |
| Footnotes:    Preferred shares have super voting rights as set above. | | | | |

Legal/Disciplinary History

B.  Legal/Disciplinary History. Please identify whether any of the foregoing persons have, in the last five years, been the subject of:

  1.  A conviction in a criminal proceeding or named as a defendant in a pending criminal proceeding (excluding traffic violations and other minor offenses);

      None.
  2.  The entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, or banking activities;

None.

3.  A finding or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, or a state securities regulator of a violation of federal or state securities or commodities law, which finding or judgment has not been reversed, suspended, or vacated; or

None.

4.  The entry of an order by a self-regulatory organization that permanently or temporarily barred suspended or otherwise limited such person's involvement in any type of business or securities activities.

None.

C.  <u>Beneficial Shareholders</u>. Provide a list of the name, address and shareholdings or the percentage of shares owned by all persons beneficially owning more than ten percent (10%) of any class of the issuer's equity securities.  If any of the beneficial shareholders are corporate shareholders, provide the name and address of the person(s) owning or controlling such corporate shareholders and the resident agents of the corporate shareholders.

| Name and Position | Shares of Common Stock | Percentage of Class (Common) | Shares of Preferred Stock | Percentage of Class (Preferred) |
|---|---|---|---|---|
| Raul Santos, Officer 1550 Larimer Street Denver, CO 80202 | 450,000,000. | 40.42% | 250,000 | 100% |
| Footnotes:   None. | | | | |

## 9)  Third Party Providers

Please provide the name, address, telephone number, and email address of each of the following outside providers that advise your company on matters relating to operations, business development and disclosure:

<u>Legal Counsel</u>
Name: Benjamin L. Bunker, Esq.
The Bunker Law Group, PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
benbunker@bunkerlawgroup.com
T (702) 784-5990
F 888.460.8609

<u>Accountant or Auditor</u>
Name: <u>None</u>

<u>Investor Relations Consultant</u>
Name: <u>None.</u>

Other Advisor:  Any other advisor(s) that assisted, advised, prepared or provided information with respect to this disclosure statement.
Name: None.

**10)     Issuer Certification**

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles, but having the same responsibilities).

The certifications shall follow the format below:

I, Raul Santos certify that:

1.      I have reviewed this June 30, 2016 Quarterly Disclosure Statement of Arcis Resources Corporation:

2.      Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3.      Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

09/29/2016 [Date]

/s/ Raul Santos [CEO's Signature] Chief Executive Officer and Chief Financial Officer

/s/Raul Santos [CFO's Signature] Chief Executive Officer and Chief Financial Officer
(Digital Signatures should appear as "/s/ [OFFICER NAME]")

Chief Executive Officer and Chief Financial Officer [Title]

# ARCIS RESOURCES CORPORATION AND SUBSIDIARIES
# CONDENSED CONSOLIDATED FINANCIALS

**Condensed Consolidated Balance Sheet**

as at                                                                                                  JUNE 30 2016

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank Account | 34,034.00 |
| **Total Checking/Savings** | 34,034.00 |
| **Accounts Receivable** | |
| Accounts Receivable | 834.00 |
| **Total Accounts Receivable** | 834.00 |
| **Other Current Assets** | |
| Inventory | 2,345.00 |
| Prepaid Expenses | 1,120.00 |
| **Total Other Current Assets** | 3,465.00 |
| **Total Current Assets** | 38,333.00 |
| **Fixed Assets** | |
| Intangible Assets | 95,300.00 |
| **Total Fixed Assets** | 95,300.00 |
| **TOTAL ASSETS** | **133,633.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Acct Payable & Accrued Interest | 116,111.90 |
| **Total Accounts Payable** | 116,111.90 |
| **Other Current Liabilities** | |
| Total Notes and Debts | 445,632.00 |
| **Total Other Current Liabilities** | 445,632.00 |
| **Total Current Liabilities** | 561,743.90 |
| **Total Liabilities** | 561,743.90 |
| **Equity** | |
| Equity Carryforward from Previous Period<br>**Total Stockholder Equity** | -519,215.04 |
| Common Stock par value $.0001 per share<br>1,300,000,000 shares authorized with<br>1,140,867,849 shares issued and outstanding at end of the quarter | |
| Preferred Stock par value $.0001 per share<br>1,000,000 shares authorized with<br>250,000 shares issued and outstanding at end of the quarter | 114,111.78 |
| Net Income (Loss) this Period | -23,007.64 |
| **Total Equity** | -428,110.90 |
| **TOTAL LIABILITIES & EQUITY** | **133,633.00** |

*(UNAUDITED)*

*The accompanying notes are an integral part of the consolidated financial statements*

# ARCIS RESOURCES CORPORATION AND SUBSIDIARIES
# CONDENSED CONSOLIDATED FINANCIALS

**Condensed Consolidated Statement of Operations**

as at                                                                                                JUNE 30, 2016

| | |
|---|---:|
| **Ordinary Income/Expense** | |
|     **Income** | |
|         **Sales** | 43,454.00 |
|     **Total Income** | 43,454.00 |
|     **Cost of Goods Sold** | |
|         **Cost of Goods Sold** | 24,014.00 |
|     **Total COGS** | 24,014.00 |
| **Gross Profit** | 19,440.00 |
|     **Expense** | |
|         **General & Administrative expense** | 41,645.00 |
|         **Interest Expense** | 802.64 |
|     **Total Expense** | 42,447.64 |
| **Net Ordinary Income** | -23,007.64 |
| **Net Income** | **-23,007.64** |

*(UNAUDITED)*

*The accompanying notes are an integral part of the consolidated financial statements*

# ARCIS RESOURCES CORPORATION AND SUBSIDIARIES
# CONDENSED CONSOLIDATED FINANCIALS

**Condensed Consolidated Statement of Cash flows**

as at                                                                    JUNE 30, 2016

| | |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -23,007.64 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Accounts Receivable** | 21,166.00 |
| **Inventory** | -2,345.00 |
| **Prepaid Expenses** | -1,120.00 |
| **Accounts Payable: Accrued Interest** | 802.64 |
| **Notes and Debts: Promissory Notes** | 40,132.00 |
| **Net cash provided by Operating Activities** | 35,628.00 |
| **INVESTING ACTIVITIES** | |
| **Intangible Assets** | -2,800.00 |
| **Net cash provided by Investing Activities** | -2,800.00 |
| **Net cash increase for period** | 32,828.00 |
| **Cash at beginning of period** | 1,206.00 |
| **Cash at end of period** | **34,034.00** |

*(UNAUDITED)*
*The accompanying notes are an integral part of the consolidated financial statements*

# ARCIS RESOURCES CORPORATION AND SUBSIDIARIES
# CONDENSED CONSOLIDATED FINANCIALS

### Condensed Consolidated Statement of Changes in Stockholders Equity

as at                                                                                                    JUNE 30, 2016

| | Common Stock | | | Accumulated Deficit During Development | |
| | Shares issued | Amount | Capital | Stage | Total |
|---|---|---|---|---|---|
| **JUNE 30, 2016** | | | | | |
| Common stock, par value $0.0001, 1,300,000,000 authorized. | 1,140,867,849 | $114,086.78 | $958,803.84 | $(1,478,018.88) | $(428,110.90) |
| Preferred stock, par value $.0001, 1,000,000 authorized. | 250,000 | $25.00 | $0.00 | $0.00 | $25.00 |

*(UNAUDITED)*

*The accompanying notes are an integral part of the consolidated financial statements*

NOTES TO FINANCIALS FOR
QUARTERLY PERIOD ENDING JUNE 30, 2016

**Note 1 - Organization and Summary of Significant Accounting Policies**

**Forward Looking Statements**

Some of the statements contained in this information statement that are not historical facts are "forward-looking statements" which can be identified by the use of terminology such as "estimates," "projects," "plans," "believes," "expects," "anticipates," "intends," or the negative or other variations, or by discussions of strategy that involve risks and uncertainties. We urge you to be cautious of the forward-looking statements, that such statements, which are contained in this prospectus, reflect our current beliefs with respect to future events and involve known and unknown risks, uncertainties and other factors affecting our operations, market growth, services, products and licenses. No assurances can be given regarding the achievement of future results, as actual results may differ materially as a result of the risks we face, and actual events may differ from the assumptions underlying the statements that have been made regarding anticipated events. Factors that may cause actual results, our performance or achievements, or industry results, to differ materially from those contemplated by such forward-looking statements include without limitation:

- Our ability to attract and retain management, and to integrate and maintain technical information and management information systems;
- Our ability to raise capital when needed and on acceptable terms and conditions;
- The intensity of competition; and
- General economic conditions.

All written and oral forward-looking statements made in connection with this prospectus that are attributable to us or persons acting on our behalf are expressly qualified in their entirety by these cautionary statements. Given the uncertainties that surround such statements, you are cautioned not to place undue reliance on such forward-looking statements.

During the next twelve months, the Company's plans to expand its business into other countries  The Company plans to finance its growth through traditional bank financing sources as well as additional potential debt and equity private placements. To that end, the Company may attempt to raise money in a private placement of its shares of Common Stock, but has not yet commenced this initiative. There can be no assurance that financing sufficient to enable us to expand and grow our business will be available to us in the future. The failure to obtain future financing or to produce levels of revenue to meet our financial needs could result in our inability to operate, grow and expand our business.

**Off-Balance Sheet Arrangements**

We have not entered into any off-balance sheet arrangements that have or are reasonably likely to have a current or future effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources and would be considered material to investors.

**Organization of Business**

Arcis Resources Corporation (the "Company") was incorporated in Nevada on March 27, 2008 under the name "Mountain Renewables, Inc." Effective on November 15, 2010, the Company filed with the Nevada Secretary of State a Certificate of Amendment to its Articles of Incorporation. The amendment changed the name of the corporation to "Arcis Resources Corporation."

On September 22, 2010, the Company acquired all of the membership interest in Gulf Coast Energy Distribution, LLC, an Alabama limited liability company ("GCED"), and all of the outstanding common stock of ARCIS Energy, Inc., a Nevada corporation ("ARCIS"), pursuant to a Stock Purchase Agreement entered into by these parties on July 21, 2010. The acquisition is referred to herein as the "Share Exchange." GCED and ARCIS will be engaged in the business of acquiring, trading and distributing fuel oil and other petroleum products.

1

In exchange for 100% of the membership interest in ARCIS the Company issued to GSA International Group, Ltd., a British Virgin Islands corporation ("GSAI"), 11,000,000 shares of its common stock. The Company issued 2,200,000 shares of common stock to Kenneth Allen Flatt, Jr. and Activa Transportation Services, LLC, an Alabama limited liability company ("Activa"), for their 100% membership interest in GCED.

The Company has authorized capital stock of 200,000,000 capital shares, consisting of 200,000,000 shares of Common Stock, $.001 par value. Before the Share Exchange, there were 13,615,000 shares outstanding, of which Bristlecone Associates, LLC, a Colorado limited liability company ("Bristlecone") held 6,000,000 (44.0%) and Richard Giannotti owned 4,030,000 shares (29.6%). As a condition to the Share Exchange, Bristlecone surrendered 4,500,000 shares and Mr. Giannotti surrendered 3,500,000 shares, reducing the outstanding shares to 5,615,000. Immediately after the Share Exchange, there were 18,815,000 shares outstanding, of which Bristlecone held 1,500,000 shares (8.0%) and Mr. Giannotti held 530,000 shares (2.8%). The acquisition was accounted for as a reverse merger under the purchase method of accounting since there was a change of control.

### Acquisition of American Plant Services, LLC and Mobile Fluid Recovery, Inc.

On July 15, 2011 the Company acquired all of the membership interest in American Plant Services, LLC ("APS") and Mobile Fluid Recovery, Inc. ("MFR"). In exchange for those equity interests, the Registrant issued a total of 8,800,000 shares of its common stock to (a) the members of APS, who were Kenneth A. Flatt, Jr., Deborah K. Flatt, Trevis Lyon and James E. Goins, and (b) the shareholders of MFR other than APS, who were Clifford Briggs and David Briggs. Kenneth A. Flatt, Jr., Deborah K. Flatt and Trevis Lyon were the members of the Registrant's Board of Directors at the time of the acquisition. The Company also issued Notes due July 15, 2012 in the aggregate amount of $500,000 to Messrs. Flatt, Lyon and Goins. The Notes bear interest at 11.25% per annum and are payable in advance of maturity out of the proceeds of any financing of four million dollars or more, or out of any net cash provided by operations.

Effective with the date of acquisition, July 15, 2011, the Company terminated the operations of American Plant Services, its newly-acquired wholly-owned subsidiary. It was determined that the operation could not be operated profitably due to the constraints imposed by its debt load. The results of operations for the wholly-owned subsidiary, American Plant Services, are reported as a discontinued operation and the accompanying consolidated financial statements have been reclassified for the three months and nine months ended September 30, 2011, to report the assets, liabilities and operating results of this business.

At the same time, the Company issued an additional one million shares of common stock to Kenneth A. Flatt. Jr. and Deborah K. Flatt to compensate them for their personal guarantees of approximately $6.0 million in debt owed by APS. To the extent that the guarantees are not released within 180 days after the closing date, the Company shall be obliged to issue up to one million additional shares of common stock to the Flatts, the number of shares being determined by the amount of unreleased guarantees on the 90th and 180th days after the closing date.

The Agreement imposed on the Company a further obligations, namely to provide sufficient additional compensation to Mr. Flatt to offset any expense that he may incur by reason of a promissory note in the amount of $4.0 million that he delivered to APS (the note bearing interest at 3.5% per annum, with two percent of principal payable every three years and the balance due in fifteen years).

On August 24, 2012, Arcis Resources Corporation (the "Company"), and its wholly-owned subsidiary Mobile Fluid Recovery, Inc. ("MFR"), entered into an agreement for the purchase and sale of assets (the "Purchase Agreement") with Sustainable Innovations, LLC ("SI"), and on August 28, 2012, the Company, MFR and SI entered into amendment No. 1 thereto (as amended, the "Purchase Agreement"). Pursuant to the Purchase Agreement, on August 29, 2012 (the "Closing Date"), MFR sold to SI substantially all of its assets, for a purchase price of $524,881 (including $112,272 in assumed liabilities). In connection with the Purchase Agreement, on August 24, 2012, the Company and MFR entered into a covenant not to compete (the "Non-Competition Agreement") with SI. Pursuant to the Non-Competition Agreement, the Company and MFR agreed, for a period of five years commencing on the Closing Date, not to engage in certain activities competitive with the business of MFR sold to SI under the Purchase Agreement, as it relates to the patents sold under the Purchase Agreement, in the continental United States.

### Amendment of Articles and Forward Split

2

On February 24, 2015, the Company amended its Articles with the Nevada Secretary of State to change the "Capital Stock" the corporation, and divide it into two classes: (1) Common Stock, the authorized Common Stock is now increased from Two Hundred Million (200,000,000.) to Nine Hundred and Seventy-Five million (975,000,000.) shares, and the par is now changed from $0.001 to $0.0001 for each share. The holders of Common Stock shall have one vote per share of Common Stock held as of such date. and (2) Preferred Stock class is now created in the amount of One million (1,000,000) shares having par value of $0.0001 each. Each share of Preferred Stock shall be convertible, at the option of the holder thereof, at any time after the date of issuance into One Hundred (100) shares of fully paid and non-assessable shares of Common Stock, and the holders of Preferred Stock shall have one vote for each full share of Common Stock into which a share of Preferred Stock would be convertible at the ratio of One to Ten Thousand (1:10,000) on the record date for the vote, or, if no such record date is established, at the date such vote is taken or any written consent of stockholders is solicited.

On October 6, 2015, the Board of Directors of the Corporation authorized and approved that Article V of the Corporations Articles of Incorporation, entitled "SHARES" and same was amended with the Nevada Department of Corporations such that on November 17, 2015 all common stock holders shall and did receive six (6) shares for every five (5) shares of common stock they own.  After November 17, 2015, those holding physical certificates must turn their certificates back into the transfer agent for new certificates.  All others shall receive their new share(s) electronically through their brokers on November 17, 2015.  Further, the Corporation did increase its authorized common shares from 975,000,000. to 1,300,000,000. common shares to allow for the above-mentioned 6 for 5 forward split.

### Acquisition of True Prospect, Inc.

On February 26, 2015, the Company filed its Plan of Exchange attached hereto along with the Nevada Secretary of State as its Articles of Exchange and did acquire 100% of the Capital Shares of True Prospects, Inc. ("TP"), as its wholly owned subsidiary.  In exchange for the issuance by ARCS of 5,000,000 Common shares of stock of ARCS and 250,000 Preferred shares of stock of ARCS to the TP Shareholders and/or their assigns.  The transaction was immediately closed upon the written approval from the board of directors of each party and the exchange of the TP shares for shares of ARCS stock.  The parties intended that the transactions qualify and meet the Internal Revenue Code requirements for a tax free reorganization, in which there is no corporate gain or loss recognized by the parties, with reference to Internal Revenue Code (IRC) sections 354 and 368.

### Winding-out of Subsidiaries operating at a Loss and without sustainable operations

Effective March 31, 2015, the Company issued a resolution removing all subsidiaries previously not consolidated and operating at a loss, including APS and SI.  MFR having previously been sold, TP was then the remaining operating subsidiary.

### Appointment of New C.E.O.

On December 30, 2015, the Board of Directors and the majority of the voting shareholders authorized and approved by same that Raul Santos by installed as a Director and as Chief Executive Officer to the Corporation, effective immediately, and that Christopher Margit did resigns all positions, including, President, Secretary, Treasurer, and Chief Executive Officer, with the Corporation, effective immediately and Mr. Santos was thereafter in conjunction with his written employment agreement twenty million restricted common shares of stock. Further, in conjunction with this change, Mr. Margit did retire all of his common and preferred stock and share ownership interests and same were reissued to Mr. Santos and made this effective as of February 18, 2016.

### Acquisition of www.vapeoutlet.co

On January 14, 2016, the Corporation acquired the business operations of www.vapeoutlet.co.   www.vapeoutlet.co is a U.S. Internet based distributor and retailer of premium portable & desktop vaporizers, E-juice, oils & accessories. The Corporation's technology has a streamlined supply chain, marketing strategies and wide distribution capabilities to deliver its products. The Corporation 's brands include all major brands. The Corporation sells direct to consumer via e-commerce.  Since 2008, the number of U.S. vape shops has grown to about 8,500, and the sale of electronic cigarettes and supplies climbed to $3.5 billion.  Analysts expect the use of e-cigarettes and vaporizers to overtake combustible cigarettes in 10 years. Vapeoutlet.co is profitable today and will implement

improved SEO, PPC and strategic Instagram to add to revenue and market growth.  The Corporation  since has launched its hemp infused energy drinks. The energy drinks will contain hemp infused seed oil. Fatty acids in hemp oil are associated with health benefits that include protection against heart disease, cancer, bowel disease and other auto immune diseases.

**Basis of Presentation**

The accompany unaudited interim financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America and the rules of the Securities and Exchange Commission ("SEC") and should be read in conjunction with the audited financial statements of Arcis Resources Corporation and related notes thereto contained in the Company's Form 10-K for the year ended December 31, 2010 filed with the SEC on April 15, 2011. Certain information and note disclosure normally included in annual financial statements prepared in accordance with generally accepted accounting principles have been condensed or omitted pursuant to those rules and regulations.  In the opinion of management, all adjustments, consisting of normal recurring adjustments, necessary for a fair presentation of financial position and the results of operations for the interim periods presented have been reflected herein.  The results of operations for interim periods are not necessarily indicative of the results to be expected for the full year.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reporting amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods.  Management makes these estimates using the best information available at the time the estimates are made; however, actual results could differ materially from these estimates.

**Net Loss per Share**

ASC 260, "Earnings per Share," requires dual presentation of basic and diluted earnings or loss per share ("EPS") for all entities with complex capital structures and requires a reconciliation of the numerator and denominator of the basic EPS computation to the numerator and denominator of the diluted EPS computation. Basic EPS excludes dilution; diluted EPS reflects the potential dilution that could occur if securities or other contracts to issue common stock were exercised or converted into common stock or resulted in the issuance of common stock that then shared in the earnings of the entity. Basic loss per share is computed by dividing net loss applicable to common shareholders by the weighted average number of common shares outstanding during the period.  Diluted loss per share reflects the potential dilution that could occur if dilutive securities and other contracts to issue common stock were exercised or converted into common stock or resulted in the issuance of common stock that then shared in the earnings of the Company, unless the effect is to reduce a loss or increase earnings per share.  The Company has outstanding common stock purchase warrants; however, inclusion of the warrants in the calculation of diluted loss per share would be anti-dilutive.  Therefore, diluted loss per share is equivalent to basic loss per share.

**Cash and Cash Equivalents**

Cash and cash equivalents include cash on hand and cash in deposits and all highly liquid debt instruments with an original maturity of three months or less.

**Revenue Recognition**

The Company recognizes revenue in accordance with the provisions of Staff Accounting Bulletin ("SAB") 104. Sales and service revenue is recognized at the date of shipment, or completion of services rendered, to a customer when a formal arrangement exists, the price is fixed or determinable, the delivery or service is completed, no other significant obligations of the Company exist and collectability is reasonably assured. Payments received before all the relevant criteria for revenue recognition are recorded as customer deposits.

**Accounts Receivable and Allowance for Doubtful Accounts**

Trade receivables are non-interest bearing, uncollateralized customer obligations and are stated at the amounts billed to customers. The preparation of financial statements requires management to make estimates and assumptions relating to the collectability of accounts receivable. Management specifically analyzes historical bad debts, customer credit worthiness, current economic trends and changes in customer payment terms when evaluating the adequacy of the allowance for doubtful accounts.

**Property and Equipment**

Property and equipment are stated at cost less accumulated depreciation and amortization. The Company computes depreciation and amortization using the straight-line method over the estimated useful lives of the assets acquired as follows:

| | |
|---|---|
| Building | 39 years |
| Computer equipment | 3-5 years |
| Furniture and fixtures | 5-7 years |
| Machinery and equipment | 5-10 years |
| Trucks and automobiles | 5 years |

When assets are retired or otherwise disposed of, the cost and related accumulated depreciation or amortization are removed from the accounts, and any resulting gain or loss is reflected in the consolidated statements of operations. Repairs and maintenance that do not extend the useful lives of the related assets are expensed as incurred.

**Going Concern**

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. Management plans to raise additional proceeds from debt and equity transactions and to continue to increase its sales and marketing activities. There is no guarantee, however, that management will be able to secure sufficient financing to sustain the operations of the Company or that operations will become self-sustaining. In the absence of one of those accomplishments, the Company would likely be forced to liquidate. These financial statements do not include any adjustments relating to the recoverability and classification of recorded assets, or the amounts and classification of liabilities that might be necessary in the event the Company cannot continue in existence.

**Business Combinations**

Acquisitions of businesses are accounted for using the purchase method of accounting, and the financial statements include the results of the acquired operations from the respective dates they were acquired.

The purchase price of the acquired entities is allocated to the net assets acquired and liabilities assumed based on the estimated fair value at the dates of acquisition, with any excess of cost over the fair value of net assets acquired, including intangibles, recognized as goodwill. The balances included in the consolidated balance sheets related to recent acquisitions are based upon preliminary information and are subject to change when final asset and liability valuations are obtained. Material changes to the preliminary allocations are not anticipated by management.

**Fair Value Measurements**

The FASB's Accounting Standards Codification defines fair value as the amount that would be received for selling an asset or paid to transfer a liability in an orderly transaction between market participants and requires that assets and liabilities carried at fair value are classified and disclosed in the following three categories:

Level 1 – Quoted prices for identical instruments in active markets.
Level 2 – Quoted prices for similar instruments in active or inactive markets and valuations derived from models where all significant inputs are observable in active markets.
Level 3 – Valuations derived from valuation techniques in which one or more significant inputs are unobservable in any market.

**Fair Value of Financial Instruments**

The carrying values of cash, prepaid expenses, accounts payable and accrued expenses approximate their fair values due to their short term maturities.  The carrying values of the Company's notes payable approximate their fair values based upon a comparison of the interest rate and terms of such debt given the level of risk to the rates and terms of similar debt currently available to the Company in the marketplace.

**Recent Accounting Pronouncements**

Management does not believe that any recently issued, but not yet effective, accounting standards, if currently adopted, would have a material effect on the accompanying condensed consolidated financial statements.

**Note 2 - Stockholders' Equity**

For the quarter ending March 31, 2016, the Company was authorized to issue 1,300,000,000 shares of $.0001 par value common stock and 1,000,000 shares of $0.0001 per value preferred stock. Dividends may be paid on outstanding shares as declared by the Board of Directors.  No Dividends were authorized.  Each share of common stock is entitled to one vote and each share of preferred stock is entitled to 10,000 common votes and fully convertible into 100 shares of common stock.

On October 6, 2015, the Board of Directors of the Corporation authorized and approved that Article V of the Corporations Articles of  Incorporation, entitled "SHARES" and same was amended with the Nevada Department of Corporations such that on November 17, 2015 all common stock holders shall and did receive six (6) shares for every five (5) shares of common stock they own.  After November 17, 2015, those holding physical certificates must turn their certificates back into the transfer agent for new certificates.  All others shall receive their new share(s) electronically through their brokers on November 17, 2015.  Further, on October 6, 2015, the Corporation did increase its authorized common shares from 975,000,000. to 1,300,000,000. common shares to allow for the above-mentioned 6 for 5 forward split.

**Note 3 – Business Combination**

On June 10, 2016, the Corporation acquired the business assets and operations of www.vapestandard.com, which sells premium portable & desktop vaporizers, E-juice, oils & accessories. Since its acquisition, the Corporation has streamlined its technology with its existing revenue streams and Internet properties.  Vapestandard.com sells and delivers direct to consumer via e-commerce.

**Note 4 - Income Taxes**

The Company's net deferred tax assets consist primarily of net operating loss carry-forwards. These net operating loss carry-forwards expire over various years through 2028.  The net operating loss carry forwards may be limited under the Change of Control provisions of the Internal Revenue Code section 382.  There is no income tax provision for the year due to the change in valuation allowance. The difference between the effective rate and the statutory rate is the result of the change in the valuation allowance.

**Note 5 - Going Concern**

The Company's financial statements are prepared using generally accepted accounting principles in the United States of America applicable to a going concern which contemplates the realization of assets and liquidation of liabilities in the normal course of business. The Company has not yet established an ongoing source of revenues sufficient to cover its operating costs and allow it to continue as a going concern. For the annual period ending December 31, 2015, the Company had incurred a net loss/gain as set forth in the accompanying financial statements. The ability of the Company to continue as a going concern is dependent on raising capital to fund its business plan and ultimately to attain profitable operations. Accordingly, these factors raise substantial doubt as to the Company's ability to continue as a going concern. The accompanying financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

**Note 6—Related Party Transactions**

6

For the Quarter ending June 30, 2016, the Company did not engage in any related party transactions.

**Note 7 - Lawsuits**

The Company is not named as a party in any lawsuit.

**Note 8 - Notes Convertible**

On October 8, 2011, the Company issued a  promissory note for $50,000. at 12% per annum to a non-affiliate for working capital. The note is unsecured and has not been repaid.
On January 24, 2014, the Company issued a promissory note for $10,000. at 10% per annum to a non-affiliate for working capital. The note is unsecured and has not been repaid.
On December 19, 2014, the Company issued a promissory note for $10,000. at 10% per annum to a non-affiliate for working capital.  The note is unsecured and has not been repaid.

**Note 9- Convertible Notes Payable**

On September 23, 2010, the Company issued a convertible promissory note for $133,500.00 at 8% per annum to a non affiliate in part for their payment for certain fuel transaction services, in part for certain direct payments part of an Exchange Agreement for its subsidiary American Plant Services, LLC including the payment of legal services rendered to the Company, in part for money lent for the purchase of equipment, necessary for use in the general operations of the Company.
On August 2, 2011, the Company issued a convertible promissory note for $120,000.00 at 8% per annum to a non affiliate for working capital directly to the Company.
On August 31, 2012, the Company issued a convertible promissory note for $7,000.00 at 8% per annum to a non affiliate for certain Company expenses relative to an agreement for the purchase and sale of its wholly-owned subsidiary.
On March 16, 2013, the Company issued a promissory note for $15,000.00 at 8% per annum to a non-affiliate for working capital.  The note is unsecured and has not been repaid, and to avoid foreclosure has been amended to include a convertibility feature.
On July 12, 2013, the Company issued a promissory note for $30,000 at 10% per annum to a non-affiliate for working capital. The note is unsecured and has not been repaid, and to avoid foreclosure has been amended to include a convertibility feature.
On November 12, 2013, the Company issued a promissory for $20,000.00 at 8% per annum to a non-affiliate for working capital.  The note is unsecured and has not been repaid, and to avoid foreclosure has been amended to include a convertibility feature.

**Note 10 – Subsequent Events**
None.
_____

15-12G 1 f1512g_arcisresources.htm FORM 15-15D

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C.  20549

## FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934 OR SUSPENSION OF DUTY TO FILE REPORTS UNDER SECTIONS 13 AND 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number: 000-54630

**ARCIS RESOURCES CORPORATION.**
(Exact name of registrant as specified in its charter)

4550 PGA Blvd., Suite 215, Palm Beach Gardens, FL 33418
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Common
(Title of each class of securities covered by this Form)

None
(Titles of all other classes of securities for which a duty to file reports under section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule provision(s) relied upon to terminate or suspend the duty to file reports:

| | |
|---|---|
| Rule 12g-4(a)(1) | ☒ |
| Rule 12g-4(a)(2) | ☐ |
| Rule 12h-3(b)(1)(i) | ☐ |
| Rule 12h-3(b)(1)(ii) | ☐ |
| Rule 15d-6 | ☐ |

Approximate number of holders of record as of the certification or notice date:                    74

Pursuant to the requirements of the Securities Exchange Act of 1934, the Company has caused this certification/notice to be signed on its behalf by the undersigned duly authorized person.

DATE:  January 13, 2015                    By:  /s/ Eric P. Lachance
                                                Name: Eric P. Lachance
                                                Title: CEO

Instruction: This form is required by Rules 12g-4, 12h-3 and 15d-6 of the General Rules and Regulations under the Securities Exchange Act of 1934.  The registrant shall file with the Commission three copies of Form 15, one of which shall be manually signed.  It may be signed by an officer of the registrant, by counsel or by any other duly authorized person.  The name and title of the person signing the form shall be typed or printed under the signature.

Exhibit

3

exhibitsticker.com

**Markets**

About Blog OTCIQ         IQ

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

| Quote | 🔍 |
|---|---|

📈 Stock Screener

| | OTC MARKETS TOTALS | SECURITIES | DOLLAR VOL | SHARE VOL | TRADES |
|---|---|---|---|---|---|
| | | 11,942 | $4.0B | 80B | 1,028,548 |

Market Activity / Stock / ARCS / News / -

# ARCS

Arcis Resources Corporation

Common Stock

Overview   Quote   Company Profile   Security Details   News   Financials   Disclosure   Research

☠️ Dark or Defunct

☠️ Caveat Emptor

🛡️ Transfer Agent Verified

🚫 Prohibited Service Provider

Pink No Information

**DAILY ADVANCERS**

| QX | TRCK | 6.81 % |
|---|---|---|
| QX | CBDHF | 58 % |
| QX | SMDM | 4.46 % |
| QX | MMNFF | 29 % |
| QX | COSM | 4.27 % |

**Subscribe to Our Newsletter**

Stay up to date on the latest company news, industry trends and regulatory changes that affect our markets and learn about members of our community.

Enter your email         SIGN UP

## OTC DISCLOSURE & NEWS SERVICE

Arcis Resources Corporation to launch vape store focused on Latin American market by 1st quarter of 2017

Press Release | 12/20/2016

## Arcis Resources Corporation to launch vape store focused on Latin American market by 1st quarter of 2017

PR Newswire

DENVER, Dec. 20, 2016

DENVER, Dec. 20, 2016 /PRNewswire/ -- Arcis Resources Corporation (OTC Pink: ARCS) announced today that it will launch a vape store focused on the Latin American market in 1st quarter of 2017. A recent report on "Research and Market" estimates that the Global E-Cigarette and Vaporizer Market will reach a value of $53.8 billion by 2025. The study focuses on market trends, leading players, supply chain trends, technological innovations, key developments, and future strategies. In addition, Arcis Resources Corporation announced today that the Company has achieved FAST Eligibility, becoming DWAC approved with The Depository Trust Clearing Corporation ("DTCC"). The Deposit Withdrawal at Custodian ("DWAC") operates by way of the FAST Automated Securities Transfer Program ("FAST"). DWAC/FAST allows for securities to be held by shareholders, as the registered owner, in electronic form, on the books of the company's Transfer Agent.

**Exhibit 4**

**About Arcis Resources Corporation** by and through its wholly owned subsidiaries is engaged in the development and sale of premium portable & desktop vaporizers, E-juice, oils & accessories, and wearables.

**Safe Harbor Statement**

This release contains forward-looking statements within the meaning of Section 27a of the Securities Act of 1933, as amended and section 21e of the Securities and Exchange Act of 1934, as amended. Those statements include the intent, belief or current expectations of the company and its management team. Prospective investors are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, and that actual results may differ materially from those projected in the forward-looking statements as a result of various factors. Accomplishing the strategy described herein is significantly dependent upon numerous factors, many that are not in management's control. Some of these factors include the ability of the company to raise sufficient capital, attract qualified management, attract new customers and effectively compete against similar companies.

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/arcis-resources-corporation-to-launch-vape-store-focused-on-latin-american-market-by-1st-quarter-of-2017-300382048.html

SOURCE Arcis Resources Corporation



‹ Back to News Headlines

## Other Financial Information

Recent News & Disclosure Filings ›

Recent SEC Filings ›



| SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|--------|------|--------|-----|-----|--------|------|
| OTCM | 38.00 | 0.00 (0.00%) | 38.00 | 38.34 | 420 | 00:00 |

QUOTE

Contact
Careers
Market Hours



## OCMillionaire
1,591 Tweets



**Follow**

## OCMillionaire
@OCMillionaire

"Bulls make money, bears make money, pigs get slaughtered and wolves take everything."  -OC.     Master short squeeze artist. #Pennystock Wizard. John 3:16

⊙ Level II   🔗 investorshub.advfn.com/boards/profile...   🗓 Joined July 2013

**39** Following    **13.1K** Followers

**Exhibit**

**6**

exhibitsticker.com



Join iHub today - **FREE!**


Click Here

Support: 888-992-3836 | NewsWire | Home | **Login / Register**

**Boards**       **Hot!**       **Tools**       **Crypto**       **Streamer**       **Level 2**

Get Quote                                          Search iHub



**OCMillionaire**   WEEEEEEEEEEEEEEEEEEEEEEEEEEE

| Latest Posts | Boards Posted On | Boards Moderated | About | My Stocks   (0) |

**iHub Info**

| Membership Type | |
|---|---|
| Followed By | 3403 |
| Posts | 36,208 |
| Boards Moderated | 3 |
| Alias Born | 06/29/2011 02:24:51 PM |

**Personal Info**

| Age | .01 |
|---|---|
| Location | New York |
| Investment Philosophy | *Stupidity is like water, plenty of it and readily available.* |
| Occupation | PROFITS PROFITS PROFITS PROFITS PROFITS |
| Interests/Hobby | Making money - |

https://twitter.com/OCMillionaire

Insatgram @oc_millionaire

| Favorite Quote | **Any stock mentioned is not a solicitation to buy, sell, or hold any stock mentioned here. Do not invest in any stock mentioned unless you can afford to lose your entire investment.** |
|---|---|


**Send a Private Message**


**Follow This Member**


**Read Last 50 Messages**


**Ignore This Member**


**RSS Feed**


**Give a Gift Subscription**

**Search Member Posts**

2020 ▼   Search

Exhibit

7

| Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2020 9:31:45 AM | BUY | 562900.00 | FASSARI | ANDREW | ARCS | EXECUTED | 562900 | 0.00120 | 562,900 | 0.0012 | -$675.48 | 562,900 | -$675.48 |
| 12/9/2020 9:33:12 AM | BUY | 60000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 60000 | 0.00150 | 60,000 | 0.0015 | -$90.00 | 622,900 | -$765.48 |
| 12/9/2020 9:33:13 AM | BUY | 440000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 440000 | 0.00150 | 440,000 | 0.0015 | -$660.00 | 1,062,900 | -$1,425.48 |
| 12/9/2020 9:33:30 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00110 | 500,000 | 0.0011 | -$550.00 | 1,562,900 | -$1,975.48 |
| 12/9/2020 9:33:35 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00120 | 500,000 | 0.0012 | -$600.00 | 2,062,900 | -$2,575.48 |
| 12/9/2020 9:33:51 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00116 | 500,000 | 0.00116 | -$580.00 | 2,562,900 | -$3,155.48 |
| 12/9/2020 9:33:53 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00120 | 500,000 | 0.0012 | -$600.00 | 3,062,900 | -$3,755.48 |
| 12/9/2020 9:34:03 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00120 | 500,000 | 0.0012 | -$600.00 | 3,562,900 | -$4,355.48 |
| 12/9/2020 9:35:01 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00115 | 500,000 | 0.00115 | -$575.00 | 4,062,900 | -$4,930.48 |
| 12/9/2020 9:35:42 AM | BUY | 287440.00 | FASSARI | ANDREW | ARCS | EXECUTED | 287440 | 0.00130 | 287,440 | 0.0013 | -$373.67 | 4,350,340 | -$5,304.15 |
| 12/9/2020 9:35:44 AM | BUY | 212560.00 | FASSARI | ANDREW | ARCS | EXECUTED | 212560 | 0.00130 | 212,560 | 0.0013 | -$276.33 | 4,562,900 | -$5,580.48 |
| 12/9/2020 9:35:51 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00150 | 500,000 | 0.0015 | -$750.00 | 5,062,900 | -$6,330.48 |
| 12/9/2020 9:35:54 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00140 | 500,000 | 0.0014 | -$700.00 | 5,562,900 | -$7,030.48 |
| 12/9/2020 9:36:04 AM | BUY | 1763.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1763 | 0.00140 | 1,763 | 0.0014 | -$2.47 | 5,564,663 | -$7,032.95 |
| 12/9/2020 9:36:04 AM | BUY | 20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.00130 | 20,000 | 0.0013 | -$26.00 | 5,584,663 | -$7,058.95 |
| 12/9/2020 9:36:05 AM | BUY | 478237.00 | FASSARI | ANDREW | ARCS | EXECUTED | 478237 | 0.00140 | 478,237 | 0.0014 | -$669.53 | 6,062,900 | -$7,728.48 |
| 12/9/2020 9:36:16 AM | BUY | 1763.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1763 | 0.00140 | 1,763 | 0.0014 | -$2.47 | 6,064,663 | -$7,730.95 |
| 12/9/2020 9:36:23 AM | BUY | 210000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 210000 | 0.00150 | 210,000 | 0.0015 | -$315.00 | 6,274,663 | -$8,045.95 |
| 12/9/2020 9:36:54 AM | BUY | 288237.00 | FASSARI | ANDREW | ARCS | EXECUTED | 288237 | 0.00150 | 288,237 | 0.0015 | -$432.36 | 6,562,900 | -$8,478.30 |
| 12/9/2020 9:38:25 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00150 | 500,000 | 0.0015 | -$750.00 | 7,062,900 | -$9,228.30 |
| 12/9/2020 9:38:54 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00150 | 500,000 | 0.0015 | -$750.00 | 7,562,900 | -$9,978.30 |
| 12/9/2020 9:39:30 AM | BUY | 211763.00 | FASSARI | ANDREW | ARCS | EXECUTED | 211763 | 0.00150 | 211,763 | 0.0015 | -$317.64 | 7,774,663 | -$10,295.95 |
| 12/9/2020 9:39:34 AM | BUY | 288237.00 | FASSARI | ANDREW | ARCS | EXECUTED | 288237 | 0.00150 | 288,237 | 0.0015 | -$432.36 | 8,062,900 | -$10,728.30 |
| 12/9/2020 9:39:41 AM | BUY | 1586.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1586 | 0.00150 | 1,586 | 0.0015 | -$2.38 | 8,064,486 | -$10,730.68 |
| 12/9/2020 9:39:41 AM | BUY | 20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.00145 | 20,000 | 0.00145 | -$29.00 | 8,084,486 | -$10,759.68 |
| 12/9/2020 9:39:42 AM | BUY | 478414.00 | FASSARI | ANDREW | ARCS | EXECUTED | 478414 | 0.00150 | 478,414 | 0.0015 | -$717.62 | 8,562,900 | -$11,477.30 |
| 12/9/2020 9:40:06 AM | BUY | 213349.00 | FASSARI | ANDREW | ARCS | EXECUTED | 213349 | 0.00150 | 213,349 | 0.0015 | -$320.02 | 8,776,249 | -$11,797.33 |
| 12/9/2020 9:40:06 AM | BUY | 286651.00 | FASSARI | ANDREW | ARCS | EXECUTED | 286651 | 0.00150 | 286,651 | 0.0015 | -$429.98 | 9,062,900 | -$12,227.30 |
| 12/9/2020 9:40:58 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00150 | 500,000 | 0.0015 | -$750.00 | 9,562,900 | -$12,977.30 |
| 12/9/2020 9:41:54 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00150 | 250,000 | 0.0015 | -$375.00 | 9,812,900 | -$13,352.30 |
| 12/9/2020 9:42:27 AM | BUY | 193349.00 | FASSARI | ANDREW | ARCS | EXECUTED | 193349 | 0.00150 | 193,349 | 0.0015 | -$290.02 | 10,006,249 | -$13,642.33 |
| 12/9/2020 9:44:24 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00150 | 250,000 | 0.0015 | -$375.00 | 10,256,249 | -$14,017.33 |
| 12/9/2020 9:44:24 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00150 | 250,000 | 0.0015 | -$375.00 | 10,506,249 | -$14,392.33 |
| 12/9/2020 9:44:25 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00150 | 250,000 | 0.0015 | -$375.00 | 10,756,249 | -$14,767.33 |
| 12/9/2020 9:44:25 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00150 | 250,000 | 0.0015 | -$375.00 | 11,006,249 | -$15,142.33 |
| 12/9/2020 9:44:30 AM | BUY | 306651.00 | FASSARI | ANDREW | ARCS | EXECUTED | 306651 | 0.00150 | 306,651 | 0.0015 | -$459.98 | 11,312,900 | -$15,602.30 |
| 12/9/2020 9:47:54 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.00150 | 200,000 | 0.0015 | -$300.00 | 11,512,900 | -$15,902.30 |
| 12/9/2020 9:47:54 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.00150 | 200,000 | 0.0015 | -$300.00 | 11,712,900 | -$16,202.30 |
| 12/9/2020 9:48:12 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00150 | 250,000 | 0.0015 | -$375.00 | 11,962,900 | -$16,577.30 |
| 12/9/2020 9:48:12 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.00150 | 200,000 | 0.0015 | -$300.00 | 12,162,900 | -$16,877.30 |
| 12/9/2020 9:50:49 AM | BUY | 130000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 130000 | 0.00150 | 130,000 | 0.0015 | -$195.00 | 12,292,900 | -$17,072.30 |
| 12/9/2020 9:57:14 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.00150 | 200,000 | 0.0015 | -$300.00 | 12,492,900 | -$17,372.30 |
| 12/9/2020 9:57:14 AM | BUY | 245000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 245000 | 0.00150 | 245,000 | 0.0015 | -$367.50 | 12,737,900 | -$17,739.80 |
| 12/9/2020 9:57:21 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00150 | 500,000 | 0.0015 | -$750.00 | 13,237,900 | -$18,489.80 |
| 12/9/2020 10:04:41 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00150 | 100,000 | 0.0015 | -$150.00 | 13,337,900 | -$18,639.80 |
| 12/9/2020 10:09:18 AM | BUY | 300000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 300000 | 0.00160 | 300,000 | 0.0016 | -$480.00 | 13,637,900 | -$19,119.80 |
| 12/9/2020 10:15:29 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.00160 | 200,000 | 0.0016 | -$320.00 | 13,837,900 | -$19,439.80 |
| 12/9/2020 10:15:29 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00160 | 250,000 | 0.0016 | -$400.00 | 14,087,900 | -$19,839.80 |
| 12/9/2020 10:15:55 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00160 | 250,000 | 0.0016 | -$400.00 | 14,337,900 | -$20,239.80 |
| 12/9/2020 10:15:55 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00160 | 250,000 | 0.0016 | -$400.00 | 14,587,900 | -$20,639.80 |
| 12/9/2020 10:22:29 AM | BUY | 13000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 13000 | 0.00150 | 13,000 | 0.0015 | -$19.50 | 14,600,900 | -$20,659.30 |
| 12/9/2020 10:27:31 AM | BUY | 56000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 56000 | 0.00170 | 56,000 | 0.0017 | -$95.20 | 14,656,900 | -$20,754.50 |
| 12/9/2020 10:27:31 AM | BUY | 1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.00170 | 1,000,000 | 0.0017 | -$1,700.00 | 15,656,900 | -$22,454.50 |
| 12/9/2020 10:27:33 AM | BUY | 23428.00 | FASSARI | ANDREW | ARCS | EXECUTED | 23428 | 0.00170 | 23,428 | 0.0017 | -$39.83 | 15,680,328 | -$22,494.33 |
| 12/9/2020 10:27:41 AM | BUY | 5000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000000 | 0.00170 | 5,000,000 | 0.0017 | -$8,500.00 | 20,680,328 | -$30,994.33 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 58 | 12/9/2020 10:27:43 AM | BUY | 1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.00180 | 1,000,000 | 0.0018 | -$1,800.00 | 21,680,328 | -$32,794.33 |
| 59 | 12/9/2020 10:27:44 AM | BUY | 1500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1500000 | 0.00180 | 1,500,000 | 0.0018 | -$2,700.00 | 23,180,328 | -$35,494.33 |
| 60 | 12/9/2020 10:27:46 AM | BUY | 21085.00 | FASSARI | ANDREW | ARCS | EXECUTED | 21085 | 0.00180 | 21,085 | 0.0018 | -$37.95 | 23,201,413 | -$35,532.28 |
| 61 | 12/9/2020 10:27:46 AM | BUY | 2899487.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2899487 | 0.00180 | 2,899,487 | 0.0018 | -$5,219.08 | 26,100,900 | -$40,751.36 |
| 62 | 12/9/2020 10:27:51 AM | BUY | 1670513.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1670513 | 0.00180 | 1,670,513 | 0.0018 | -$3,006.92 | 27,771,413 | -$43,758.28 |
| 63 | 12/9/2020 10:27:53 AM | BUY | 290000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 290000 | 0.00170 | 290,000 | 0.0017 | -$493.00 | 28,061,413 | -$44,251.28 |
| 64 | 12/9/2020 10:27:53 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00180 | 500,000 | 0.0018 | -$900.00 | 28,561,413 | -$45,151.28 |
| 65 | 12/9/2020 10:31:44 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00180 | 500,000 | 0.0018 | -$900.00 | 29,061,413 | -$46,051.28 |
| 66 | 12/9/2020 10:31:44 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00180 | 500,000 | 0.0018 | -$900.00 | 29,561,413 | -$46,951.28 |
| 67 | 12/9/2020 10:32:03 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00170 | 500,000 | 0.0017 | -$850.00 | 30,061,413 | -$47,801.28 |
| 68 | 12/9/2020 10:32:08 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00180 | 500,000 | 0.0018 | -$900.00 | 30,561,413 | -$48,701.28 |
| 69 | 12/9/2020 10:39:50 AM | BUY | 60000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 60000 | 0.00180 | 60,000 | 0.0018 | -$108.00 | 30,621,413 | -$48,809.28 |
| 70 | 12/9/2020 10:42:39 AM | BUY | 440000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 440000 | 0.00180 | 440,000 | 0.0018 | -$792.00 | 31,061,413 | -$49,601.28 |
| 71 | 12/9/2020 10:43:41 AM | BUY | 40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.00180 | 40,000 | 0.0018 | -$72.00 | 31,101,413 | -$49,673.28 |
| 72 | 12/9/2020 10:43:41 AM | BUY | 350000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 350000 | 0.00180 | 350,000 | 0.0018 | -$630.00 | 31,451,413 | -$50,303.28 |
| 73 | 12/9/2020 10:44:25 AM | BUY | 310000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 310000 | 0.00180 | 310,000 | 0.0018 | -$558.00 | 31,761,413 | -$50,861.28 |
| 74 | 12/9/2020 10:44:25 AM | BUY | 350000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 350000 | 0.00180 | 350,000 | 0.0018 | -$630.00 | 32,111,413 | -$51,491.28 |
| 75 | 12/9/2020 10:44:50 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00180 | 500,000 | 0.0018 | -$900.00 | 32,611,413 | -$52,391.28 |
| 76 | 12/9/2020 11:01:19 AM | BUY | 11600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 11600 | 0.00340 | 11,600 | 0.0034 | -$39.44 | 32,623,013 | -$52,430.72 |
| 77 | 12/9/2020 11:01:20 AM | BUY | 15900.00 | FASSARI | ANDREW | ARCS | EXECUTED | 15900 | 0.00340 | 15,900 | 0.0034 | -$54.06 | 32,638,913 | -$52,484.78 |
| 78 | 12/9/2020 11:01:33 AM | BUY | 27500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 27500 | 0.00340 | 27,500 | 0.0034 | -$93.50 | 32,666,413 | -$52,578.28 |
| 79 | 12/9/2020 11:01:38 AM | BUY | 55000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 55000 | 0.00340 | 55,000 | 0.0034 | -$187.00 | 32,721,413 | -$52,765.28 |
| 80 | 12/9/2020 11:01:46 AM | BUY | 1250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1250000 | 0.00350 | 1,250,000 | 0.0035 | -$4,375.00 | 33,971,413 | -$57,140.28 |
| 81 | 12/9/2020 11:02:23 AM | BUY | 560001.00 | FASSARI | ANDREW | ARCS | EXECUTED | 560001 | 0.00400 | 560,001 | 0.004 | -$2,240.00 | 34,531,414 | -$59,380.29 |
| 82 | 12/9/2020 11:03:22 AM | BUY | 439999.00 | FASSARI | ANDREW | ARCS | EXECUTED | 439999 | 0.00500 | 439,999 | 0.005 | -$2,200.00 | 34,971,413 | -$61,580.28 |
| 83 | 12/9/2020 11:03:22 AM | BUY | 1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.00500 | 1,000,000 | 0.005 | -$5,000.00 | 35,971,413 | -$66,580.28 |
| 84 | 12/9/2020 11:05:34 AM | BUY | 37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.00430 | 37,500 | 0.0043 | -$161.25 | 36,008,913 | -$66,741.53 |
| 85 | 12/9/2020 11:05:41 AM | BUY | 387531.00 | FASSARI | ANDREW | ARCS | EXECUTED | 387531 | 0.00450 | 387,531 | 0.0045 | -$1,743.89 | 36,396,444 | -$68,485.42 |
| 86 | 12/9/2020 11:05:44 AM | BUY | 74969.00 | FASSARI | ANDREW | ARCS | EXECUTED | 74969 | 0.00470 | 74,969 | 0.0047 | -$352.35 | 36,471,413 | -$68,837.78 |
| 87 | 12/9/2020 11:10:21 AM | BUY | 499999.00 | FASSARI | ANDREW | ARCS | EXECUTED | 499999 | 0.00400 | 499,999 | 0.004 | -$2,000.00 | 36,971,412 | -$70,837.77 |
| 88 | 12/9/2020 11:10:22 AM | BUY | 1.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1 | 0.00400 | 1 | 0.004 | $0.00 | 36,971,413 | -$70,837.78 |
| 89 | 12/9/2020 11:10:24 AM | BUY | 36287.00 | FASSARI | ANDREW | ARCS | EXECUTED | 36287 | 0.00400 | 36,287 | 0.004 | -$145.15 | 37,007,700 | -$70,982.93 |
| 90 | 12/9/2020 11:10:24 AM | BUY | 163159.00 | FASSARI | ANDREW | ARCS | EXECUTED | 163159 | 0.00400 | 163,159 | 0.004 | -$652.64 | 37,170,859 | -$71,635.56 |
| 91 | 12/9/2020 11:10:24 AM | BUY | 300554.00 | FASSARI | ANDREW | ARCS | EXECUTED | 300554 | 0.00400 | 300,554 | 0.004 | -$1,202.22 | 37,471,413 | -$72,837.78 |
| 92 | 12/9/2020 11:15:38 AM | BUY | 97227.00 | FASSARI | ANDREW | ARCS | EXECUTED | 97227 | 0.00430 | 97,227 | 0.0043 | -$418.08 | 37,568,640 | -$73,255.85 |
| 93 | 12/9/2020 11:15:38 AM | BUY | 102773.00 | FASSARI | ANDREW | ARCS | EXECUTED | 102773 | 0.00430 | 102,773 | 0.0043 | -$441.92 | 37,671,413 | -$73,697.78 |
| 94 | 12/9/2020 11:17:21 AM | BUY | 14237.00 | FASSARI | ANDREW | ARCS | EXECUTED | 14237 | 0.00450 | 14,237 | 0.0045 | -$64.07 | 37,685,650 | -$73,761.84 |
| 95 | 12/9/2020 11:17:21 AM | BUY | 65763.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65763 | 0.00450 | 65,763 | 0.0045 | -$295.93 | 37,751,413 | -$74,057.78 |
| 96 | 12/9/2020 11:17:21 AM | BUY | 420000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 420000 | 0.00450 | 420,000 | 0.0045 | -$1,890.00 | 38,171,413 | -$75,947.78 |
| 97 | 12/9/2020 11:17:21 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.00450 | 500,000 | 0.0045 | -$2,250.00 | 38,671,413 | -$78,197.78 |
| 98 | 12/9/2020 11:17:34 AM | BUY | 164237.00 | FASSARI | ANDREW | ARCS | EXECUTED | 164237 | 0.00450 | 164,237 | 0.0045 | -$739.07 | 38,835,650 | -$78,936.84 |
| 99 | 12/9/2020 11:17:36 AM | BUY | 335763.00 | FASSARI | ANDREW | ARCS | EXECUTED | 335763 | 0.00460 | 335,763 | 0.0046 | -$1,544.51 | 39,171,413 | -$80,481.35 |
| 100 | 12/9/2020 11:31:54 AM | BUY | 37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.00425 | 37,500 | 0.00425 | -$159.38 | 39,208,913 | -$80,640.73 |
| 101 | 12/9/2020 11:32:19 AM | BUY | 302348.00 | FASSARI | ANDREW | ARCS | EXECUTED | 302348 | 0.00430 | 302,348 | 0.0043 | -$1,300.10 | 39,511,261 | -$81,940.82 |
| 102 | 12/9/2020 11:32:24 AM | BUY | 160152.00 | FASSARI | ANDREW | ARCS | EXECUTED | 160152 | 0.00440 | 160,152 | 0.0044 | -$704.67 | 39,671,413 | -$82,645.49 |
| 103 | 12/9/2020 11:46:30 AM | BUY | 162000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 162000 | 0.00445 | 162,000 | 0.00445 | -$720.90 | 39,833,413 | -$83,366.39 |
| 104 | 12/9/2020 11:46:32 AM | BUY | 338000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 338000 | 0.00470 | 338,000 | 0.0047 | -$1,588.60 | 40,171,413 | -$84,954.99 |
| 105 | 12/9/2020 11:46:38 AM | BUY | 37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.00450 | 37,500 | 0.0045 | -$168.75 | 40,208,913 | -$85,123.74 |
| 106 | 12/9/2020 11:46:53 AM | BUY | 150100.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150100 | 0.00470 | 150,100 | 0.0047 | -$705.47 | 40,359,013 | -$85,829.21 |
| 107 | 12/9/2020 11:46:53 AM | BUY | 312400.00 | FASSARI | ANDREW | ARCS | EXECUTED | 312400 | 0.00470 | 312,400 | 0.0047 | -$1,468.28 | 40,671,413 | -$87,297.49 |
| 108 | 12/9/2020 12:48:56 PM | BUY | 375328.00 | FASSARI | ANDREW | ARCS | EXECUTED | 375328 | 0.00700 | 375,328 | 0.007 | -$2,627.30 | 41,046,741 | -$89,924.79 |
| 109 | 12/9/2020 12:49:02 PM | BUY | 24672.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24672 | 0.00690 | 24,672 | 0.0069 | -$170.24 | 41,071,413 | -$90,095.03 |
| 110 | 12/10/2020 9:30:08 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.01900 | -25,000 | 0.019 | $475.00 | 41,046,413 | -$89,620.03 |
| 111 | 12/14/2020 9:44:24 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.04390 | -37,500 | 0.0439 | $1,646.25 | 41,008,913 | -$87,973.78 |
| 112 | 12/14/2020 9:44:35 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.04370 | -5,000 | 0.0437 | $218.50 | 41,003,913 | -$87,755.28 |
| 113 | 12/14/2020 9:44:49 AM | SELL | -26546.00 | FASSARI | ANDREW | ARCS | EXECUTED | 26546 | 0.04360 | -26,546 | 0.0436 | $1,157.41 | 40,977,367 | -$86,597.87 |

Summary of E*Trade Blotter
Fassari Executed Trades in ARCS
Dec. 9 - Dec. 16

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 114 | 12/14/2020 9:44:56 AM | SELL | -2500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2500 | 0.04370 | -2,500 | 0.0437 | $109.25 | 40,974,867 | -$86,488.62 |
| 115 | 12/14/2020 9:45:00 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.04350 | -10,000 | 0.0435 | $435.00 | 40,964,867 | -$86,053.62 |
| 116 | 12/14/2020 9:45:25 AM | SELL | -12500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 12500 | 0.04255 | -12,500 | 0.04255 | $531.88 | 40,952,367 | -$85,521.75 |
| 117 | 12/14/2020 9:45:38 AM | SELL | -118954.00 | FASSARI | ANDREW | ARCS | EXECUTED | 118954 | 0.04205 | -118,954 | 0.04205 | $5,002.02 | 40,833,413 | -$80,519.73 |
| 118 | 12/14/2020 10:32:04 AM | SELL | -162500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 162500 | 0.04990 | -162,500 | 0.0499 | $8,108.75 | 40,670,913 | -$72,410.98 |
| 119 | 12/14/2020 10:32:39 AM | SELL | -300000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 300000 | 0.04990 | -300,000 | 0.0499 | $14,970.00 | 40,370,913 | -$57,440.98 |
| 120 | 12/14/2020 10:33:28 AM | SELL | -375328.00 | FASSARI | ANDREW | ARCS | EXECUTED | 375328 | 0.05100 | -375,328 | 0.051 | $19,141.73 | 39,995,585 | -$38,299.25 |
| 121 | 12/14/2020 10:45:50 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.04945 | -37,500 | 0.04945 | $1,854.38 | 39,958,085 | -$36,444.88 |
| 122 | 12/14/2020 10:45:59 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.04945 | -20,000 | 0.04945 | $989.00 | 39,938,085 | -$35,455.88 |
| 123 | 12/14/2020 10:46:04 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.04950 | -37,500 | 0.0495 | $1,856.25 | 39,900,585 | -$33,599.63 |
| 124 | 12/14/2020 10:46:05 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.04990 | -30,000 | 0.0499 | $1,497.00 | 39,870,585 | -$32,102.63 |
| 125 | 12/14/2020 10:46:06 AM | SELL | -37000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37000 | 0.04950 | -37,000 | 0.0495 | $1,831.50 | 39,833,585 | -$30,271.13 |
| 126 | 12/14/2020 10:47:26 AM | SELL | -5500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5500 | 0.05150 | -5,500 | 0.0515 | $283.25 | 39,828,085 | -$29,987.88 |
| 127 | 12/14/2020 10:47:35 AM | SELL | -24500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24500 | 0.05010 | -24,500 | 0.0501 | $1,227.45 | 39,803,585 | -$28,760.43 |
| 128 | 12/14/2020 10:47:36 AM | SELL | -80757.00 | FASSARI | ANDREW | ARCS | EXECUTED | 80757 | 0.05000 | -80,757 | 0.05 | $4,037.85 | 39,722,828 | -$24,722.58 |
| 129 | 12/14/2020 10:47:37 AM | SELL | -17695.00 | FASSARI | ANDREW | ARCS | EXECUTED | 17695 | 0.05000 | -17,695 | 0.05 | $884.75 | 39,705,133 | -$23,837.83 |
| 130 | 12/14/2020 10:47:45 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.05010 | -50,000 | 0.0501 | $2,505.00 | 39,655,133 | -$21,332.83 |
| 131 | 12/14/2020 10:47:48 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.05005 | -37,500 | 0.05005 | $1,876.88 | 39,617,633 | -$19,455.95 |
| 132 | 12/14/2020 10:47:55 AM | SELL | -111800.00 | FASSARI | ANDREW | ARCS | EXECUTED | 111800 | 0.04900 | -111,800 | 0.049 | $5,478.20 | 39,505,833 | -$13,977.75 |
| 133 | 12/14/2020 10:47:59 AM | SELL | -12096.00 | FASSARI | ANDREW | ARCS | EXECUTED | 12096 | 0.05000 | -12,096 | 0.05 | $604.80 | 39,493,737 | -$13,372.95 |
| 134 | 12/14/2020 10:48:13 AM | SELL | -62500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 62500 | 0.05010 | -62,500 | 0.0501 | $3,131.25 | 39,431,237 | -$10,241.70 |
| 135 | 12/14/2020 10:48:28 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.05055 | -10,000 | 0.05055 | $505.50 | 39,421,237 | -$9,736.20 |
| 136 | 12/14/2020 10:48:33 AM | SELL | -125000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 125000 | 0.05010 | -125,000 | 0.0501 | $6,262.50 | 39,296,237 | -$3,473.70 |
| 137 | 12/14/2020 10:48:35 AM | SELL | -4000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 4000 | 0.05000 | -4,000 | 0.05 | $200.00 | 39,292,237 | -$3,273.70 |
| 138 | 12/14/2020 10:48:35 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.05100 | -10,000 | 0.051 | $510.00 | 39,282,237 | -$2,763.70 |
| 139 | 12/14/2020 10:48:35 AM | SELL | -235000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 235000 | 0.05000 | -235,000 | 0.05 | $11,750.00 | 39,047,237 | $8,986.30 |
| 140 | 12/14/2020 10:48:38 AM | SELL | -2000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2000 | 0.05100 | -2,000 | 0.051 | $102.00 | 39,045,237 | $9,088.30 |
| 141 | 12/14/2020 10:48:38 AM | SELL | -362884.00 | FASSARI | ANDREW | ARCS | EXECUTED | 362884 | 0.05000 | -362,884 | 0.05 | $18,144.20 | 38,682,353 | $27,232.50 |
| 142 | 12/14/2020 10:48:41 AM | SELL | -90000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 90000 | 0.05100 | -90,000 | 0.051 | $4,590.00 | 38,592,353 | $31,822.50 |
| 143 | 12/14/2020 10:48:47 AM | SELL | -25600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25600 | 0.05100 | -25,600 | 0.051 | $1,305.60 | 38,566,753 | $33,128.10 |
| 144 | 12/14/2020 10:48:47 AM | SELL | -47000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 47000 | 0.05000 | -47,000 | 0.05 | $2,350.00 | 38,519,753 | $35,478.10 |
| 145 | 12/14/2020 10:48:50 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.05000 | -50,000 | 0.05 | $2,500.00 | 38,469,753 | $37,978.10 |
| 146 | 12/14/2020 10:50:03 AM | SELL | -38516.00 | FASSARI | ANDREW | ARCS | EXECUTED | 38516 | 0.05000 | -38,516 | 0.05 | $1,925.80 | 38,431,237 | $39,903.90 |
| 147 | 12/14/2020 10:53:52 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.04550 | -50,000 | 0.0455 | $2,275.00 | 38,381,237 | $42,178.90 |
| 148 | 12/14/2020 10:53:52 AM | SELL | -105550.00 | FASSARI | ANDREW | ARCS | EXECUTED | 105550 | 0.04520 | -105,550 | 0.0452 | $4,770.86 | 38,275,687 | $46,949.76 |
| 149 | 12/14/2020 10:53:52 AM | SELL | -256833.00 | FASSARI | ANDREW | ARCS | EXECUTED | 256833 | 0.04500 | -256,833 | 0.045 | $11,557.49 | 38,018,854 | $58,507.24 |
| 150 | 12/14/2020 10:53:52 AM | SELL | -456250.00 | FASSARI | ANDREW | ARCS | EXECUTED | 456250 | 0.04500 | -456,250 | 0.045 | $20,531.25 | 37,562,604 | $79,038.49 |
| 151 | 12/14/2020 10:54:00 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.04500 | -25,000 | 0.045 | $1,125.00 | 37,537,604 | $80,163.49 |
| 152 | 12/14/2020 10:54:01 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.04500 | -30,000 | 0.045 | $1,350.00 | 37,507,604 | $81,513.49 |
| 153 | 12/14/2020 10:55:27 AM | SELL | -76367.00 | FASSARI | ANDREW | ARCS | EXECUTED | 76367 | 0.04500 | -76,367 | 0.045 | $3,436.52 | 37,431,237 | $84,950.01 |
| 154 | 12/14/2020 10:56:47 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.04730 | -37,500 | 0.0473 | $1,773.75 | 37,393,737 | $86,723.76 |
| 155 | 12/14/2020 10:56:50 AM | SELL | -75000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 75000 | 0.04710 | -75,000 | 0.0471 | $3,532.50 | 37,318,737 | $90,256.26 |
| 156 | 12/14/2020 10:56:54 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.04700 | -50,000 | 0.047 | $2,350.00 | 37,268,737 | $92,606.26 |
| 157 | 12/14/2020 10:56:56 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.04720 | -20,000 | 0.0472 | $944.00 | 37,248,737 | $93,550.26 |
| 158 | 12/14/2020 10:56:59 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.04710 | -10,000 | 0.0471 | $471.00 | 37,238,737 | $94,021.26 |
| 159 | 12/14/2020 10:57:04 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.04720 | -10,000 | 0.0472 | $472.00 | 37,228,737 | $94,493.26 |
| 160 | 12/14/2020 10:57:05 AM | SELL | -6000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 6000 | 0.04720 | -6,000 | 0.0472 | $283.20 | 37,222,737 | $94,776.46 |
| 161 | 12/14/2020 10:57:13 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.04700 | -5,000 | 0.047 | $235.00 | 37,217,737 | $95,011.46 |
| 162 | 12/14/2020 10:57:18 AM | SELL | -122263.00 | FASSARI | ANDREW | ARCS | EXECUTED | 122263 | 0.04720 | -122,263 | 0.0472 | $5,770.81 | 37,095,474 | $100,782.27 |
| 163 | 12/14/2020 10:57:53 AM | SELL | -95000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 95000 | 0.04800 | -95,000 | 0.048 | $4,560.00 | 37,000,474 | $105,342.27 |
| 164 | 12/16/2020 9:30:00 AM | SELL | -413513.00 | FASSARI | ANDREW | ARCS | EXECUTED | 413513 | 0.02350 | -413,513 | 0.0235 | $9,717.56 | 36,586,961 | $115,059.83 |
| 165 | 12/16/2020 9:30:01 AM | SELL | -1000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000 | 0.02355 | -1,000 | 0.02355 | $23.55 | 36,585,961 | $115,083.38 |
| 166 | 12/16/2020 9:30:02 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.02355 | -37,500 | 0.02355 | $883.13 | 36,548,461 | $115,966.50 |
| 167 | 12/16/2020 9:30:02 AM | SELL | -47987.00 | FASSARI | ANDREW | ARCS | EXECUTED | 47987 | 0.02360 | -47,987 | 0.0236 | $1,132.49 | 36,500,474 | $117,099.00 |
| 168 | 12/16/2020 9:30:10 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02355 | -10,000 | 0.02355 | $235.50 | 36,490,474 | $117,334.50 |
| 169 | 12/16/2020 9:30:12 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02355 | -10,000 | 0.02355 | $235.50 | 36,480,474 | $117,570.00 |

Summary of E*Trade Blotter
Fassari Executed Trades in ARCS
Dec. 9 - Dec. 16

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 170 | 12/16/2020 9:30:12 AM | SELL | -34541.00 | FASSARI | ANDREW | ARCS | EXECUTED | 34541 | 0.02355 | -34,541 | 0.02355 | $813.44 | 36,445,933 | $118,383.44 |
| 171 | 12/16/2020 9:30:12 AM | SELL | -79350.00 | FASSARI | ANDREW | ARCS | EXECUTED | 79350 | 0.02355 | -79,350 | 0.02355 | $1,868.69 | 36,366,583 | $120,252.13 |
| 172 | 12/16/2020 9:30:13 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.02430 | -500,000 | 0.0243 | $12,150.00 | 35,866,583 | $132,402.13 |
| 173 | 12/16/2020 9:30:13 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02355 | -5,000 | 0.02355 | $117.75 | 35,861,583 | $132,519.88 |
| 174 | 12/16/2020 9:30:13 AM | SELL | -7534.00 | FASSARI | ANDREW | ARCS | EXECUTED | 7534 | 0.02355 | -7,534 | 0.02355 | $177.43 | 35,854,049 | $132,697.30 |
| 175 | 12/16/2020 9:30:13 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02355 | -25,000 | 0.02355 | $588.75 | 35,829,049 | $133,286.05 |
| 176 | 12/16/2020 9:30:13 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.02355 | -30,000 | 0.02355 | $706.50 | 35,799,049 | $133,992.55 |
| 177 | 12/16/2020 9:30:13 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.02355 | -40,000 | 0.02355 | $942.00 | 35,759,049 | $134,934.55 |
| 178 | 12/16/2020 9:30:13 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02355 | -100,000 | 0.02355 | $2,355.00 | 35,659,049 | $137,289.55 |
| 179 | 12/16/2020 9:30:13 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02355 | -100,000 | 0.02355 | $2,355.00 | 35,559,049 | $139,644.55 |
| 180 | 12/16/2020 9:30:13 AM | SELL | -166666.00 | FASSARI | ANDREW | ARCS | EXECUTED | 166666 | 0.02355 | -166,666 | 0.02355 | $3,924.98 | 35,392,383 | $143,569.54 |
| 181 | 12/16/2020 9:30:17 AM | SELL | -31000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 31000 | 0.02430 | -31,000 | 0.0243 | $753.30 | 35,361,383 | $144,322.84 |
| 182 | 12/16/2020 9:30:19 AM | SELL | -9350.00 | FASSARI | ANDREW | ARCS | EXECUTED | 9350 | 0.02440 | -9,350 | 0.0244 | $228.14 | 35,352,033 | $144,550.98 |
| 183 | 12/16/2020 9:30:20 AM | SELL | -39600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 39600 | 0.02430 | -39,600 | 0.0243 | $962.28 | 35,312,433 | $145,513.26 |
| 184 | 12/16/2020 9:30:21 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02435 | -5,000 | 0.02435 | $121.75 | 35,307,433 | $145,635.01 |
| 185 | 12/16/2020 9:30:21 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02435 | -10,000 | 0.02435 | $243.50 | 35,297,433 | $145,878.51 |
| 186 | 12/16/2020 9:30:21 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02440 | -10,000 | 0.0244 | $244.00 | 35,287,433 | $146,122.51 |
| 187 | 12/16/2020 9:30:22 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02435 | -100,000 | 0.02435 | $2,435.00 | 35,187,433 | $148,557.51 |
| 188 | 12/16/2020 9:30:23 AM | SELL | -250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.02435 | -250,000 | 0.02435 | $6,087.50 | 34,937,433 | $154,645.01 |
| 189 | 12/16/2020 9:30:23 AM | SELL | -1491759.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1491759 | 0.02430 | -1,491,759 | 0.0243 | $36,249.74 | 33,445,674 | $190,894.75 |
| 190 | 12/16/2020 9:30:23 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02435 | -10,000 | 0.02435 | $243.50 | 33,435,674 | $191,138.25 |
| 191 | 12/16/2020 9:30:27 AM | SELL | -9900.00 | FASSARI | ANDREW | ARCS | EXECUTED | 9900 | 0.02435 | -9,900 | 0.02435 | $241.07 | 33,425,774 | $191,379.32 |
| 192 | 12/16/2020 9:30:32 AM | SELL | -490100.00 | FASSARI | ANDREW | ARCS | EXECUTED | 490100 | 0.02435 | -490,100 | 0.02435 | $11,933.94 | 32,935,674 | $203,313.25 |
| 193 | 12/16/2020 9:30:32 AM | SELL | -9900.00 | FASSARI | ANDREW | ARCS | EXECUTED | 9900 | 0.02435 | -9,900 | 0.02435 | $241.07 | 32,925,774 | $203,554.32 |
| 194 | 12/16/2020 9:30:33 AM | SELL | -5900.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5900 | 0.02435 | -5,900 | 0.02435 | $143.67 | 32,919,874 | $203,697.98 |
| 195 | 12/16/2020 9:30:33 AM | SELL | -24100.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24100 | 0.02435 | -24,100 | 0.02435 | $586.84 | 32,895,774 | $204,284.82 |
| 196 | 12/16/2020 9:30:33 AM | SELL | -250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.02435 | -250,000 | 0.02435 | $6,087.50 | 32,645,774 | $210,372.32 |
| 197 | 12/16/2020 9:30:34 AM | SELL | -200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.02435 | -200,000 | 0.02435 | $4,870.00 | 32,445,774 | $215,242.32 |
| 198 | 12/16/2020 9:30:36 AM | SELL | -2000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2000000 | 0.02430 | -2,000,000 | 0.0243 | $48,600.00 | 30,445,774 | $263,842.32 |
| 199 | 12/16/2020 9:30:37 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.02435 | -150,000 | 0.02435 | $3,652.50 | 30,295,774 | $267,494.82 |
| 200 | 12/16/2020 9:30:39 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02435 | -50,000 | 0.02435 | $1,217.50 | 30,245,774 | $268,712.32 |
| 201 | 12/16/2020 9:30:41 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.02440 | -500,000 | 0.0244 | $12,200.00 | 29,745,774 | $280,912.32 |
| 202 | 12/16/2020 9:30:41 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.02440 | -500,000 | 0.0244 | $12,200.00 | 29,245,774 | $293,112.32 |
| 203 | 12/16/2020 9:30:41 AM | SELL | -429400.00 | FASSARI | ANDREW | ARCS | EXECUTED | 429400 | 0.02440 | -429,400 | 0.0244 | $10,477.36 | 28,816,374 | $303,589.68 |
| 204 | 12/16/2020 9:30:46 AM | SELL | -16000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 16000 | 0.02420 | -16,000 | 0.0242 | $387.20 | 28,800,374 | $303,976.88 |
| 205 | 12/16/2020 9:30:46 AM | SELL | -192466.00 | FASSARI | ANDREW | ARCS | EXECUTED | 192466 | 0.02420 | -192,466 | 0.0242 | $4,657.68 | 28,607,908 | $308,634.55 |
| 206 | 12/16/2020 9:30:47 AM | SELL | -280000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 280000 | 0.02430 | -280,000 | 0.0243 | $6,804.00 | 28,327,908 | $315,438.55 |
| 207 | 12/16/2020 9:30:49 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02410 | -5,000 | 0.0241 | $120.50 | 28,322,908 | $315,559.05 |
| 208 | 12/16/2020 9:30:53 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02415 | -50,000 | 0.02415 | $1,207.50 | 28,272,908 | $316,766.55 |
| 209 | 12/16/2020 9:31:01 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02410 | -50,000 | 0.0241 | $1,205.00 | 28,222,908 | $317,971.55 |
| 210 | 12/16/2020 9:31:03 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02420 | -10,000 | 0.0242 | $242.00 | 28,212,908 | $318,213.55 |
| 211 | 12/16/2020 9:31:04 AM | SELL | -650.00 | FASSARI | ANDREW | ARCS | EXECUTED | 650 | 0.02400 | -650 | 0.024 | $15.60 | 28,212,258 | $318,229.15 |
| 212 | 12/16/2020 9:31:04 AM | SELL | -35000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 35000 | 0.02400 | -35,000 | 0.024 | $840.00 | 28,177,258 | $319,069.15 |
| 213 | 12/16/2020 9:31:04 AM | SELL | -35000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 35000 | 0.02400 | -35,000 | 0.024 | $840.00 | 28,142,258 | $319,909.15 |
| 214 | 12/16/2020 9:31:06 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02420 | -100,000 | 0.0242 | $2,420.00 | 28,042,258 | $322,329.15 |
| 215 | 12/16/2020 9:31:07 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02410 | -10,000 | 0.0241 | $241.00 | 28,032,258 | $322,570.15 |
| 216 | 12/16/2020 9:31:11 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.02439 | -37,500 | 0.02439 | $914.63 | 27,994,758 | $323,484.78 |
| 217 | 12/16/2020 9:31:11 AM | SELL | -87500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 87500 | 0.02434 | -87,500 | 0.02434 | $2,129.75 | 27,907,258 | $325,614.53 |
| 218 | 12/16/2020 9:31:11 AM | SELL | -18.00 | FASSARI | ANDREW | ARCS | EXECUTED | 18 | 0.02440 | -18 | 0.0244 | $0.44 | 27,907,240 | $325,614.97 |
| 219 | 12/16/2020 9:31:11 AM | SELL | -199896.00 | FASSARI | ANDREW | ARCS | EXECUTED | 199896 | 0.02430 | -199,896 | 0.0243 | $4,857.47 | 27,707,344 | $330,472.44 |
| 220 | 12/16/2020 9:31:13 AM | SELL | -75000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 75000 | 0.02475 | -75,000 | 0.02475 | $1,856.25 | 27,632,344 | $332,328.69 |
| 221 | 12/16/2020 9:31:15 AM | SELL | -300000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 300000 | 0.02475 | -300,000 | 0.02475 | $7,425.00 | 27,332,344 | $339,753.69 |
| 222 | 12/16/2020 9:31:15 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02475 | -10,000 | 0.02475 | $247.50 | 27,322,344 | $340,001.19 |
| 223 | 12/16/2020 9:31:15 AM | SELL | -215086.00 | FASSARI | ANDREW | ARCS | EXECUTED | 215086 | 0.02475 | -215,086 | 0.02475 | $5,323.38 | 27,107,258 | $345,324.57 |
| 224 | 12/16/2020 9:31:16 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02475 | -20,000 | 0.02475 | $495.00 | 27,087,258 | $345,819.57 |
| 225 | 12/16/2020 9:31:18 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02500 | -10,000 | 0.025 | $250.00 | 27,077,258 | $346,069.57 |

Summary of E*Trade Blotter
Fassari Executed Trades in ARCS
Dec. 9 - Dec. 16

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 226 | 12/16/2020 9:31:20 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02475 | -50,000 | 0.02475 | $1,237.50 | 27,027,258 | $347,307.07 |
| 227 | 12/16/2020 9:31:21 AM | SELL | -25576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25576 | 0.02450 | -25,576 | 0.0245 | $626.61 | 27,001,682 | $347,933.68 |
| 228 | 12/16/2020 9:31:22 AM | SELL | -25576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25576 | 0.02450 | -25,576 | 0.0245 | $626.61 | 26,976,106 | $348,560.29 |
| 229 | 12/16/2020 9:31:22 AM | SELL | -25576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25576 | 0.02450 | -25,576 | 0.0245 | $626.61 | 26,950,530 | $349,186.91 |
| 230 | 12/16/2020 9:31:23 AM | SELL | -25576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25576 | 0.02450 | -25,576 | 0.0245 | $626.61 | 26,924,954 | $349,813.52 |
| 231 | 12/16/2020 9:31:23 AM | SELL | -45576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 45576 | 0.02450 | -45,576 | 0.0245 | $1,116.61 | 26,879,378 | $350,930.13 |
| 232 | 12/16/2020 9:31:24 AM | SELL | -20120.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20120 | 0.02450 | -20,120 | 0.0245 | $492.94 | 26,859,258 | $351,423.07 |
| 233 | 12/16/2020 9:31:26 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02500 | -10,000 | 0.025 | $250.00 | 26,849,258 | $351,673.07 |
| 234 | 12/16/2020 9:31:26 AM | SELL | -75576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 75576 | 0.02450 | -75,576 | 0.0245 | $1,851.61 | 26,773,682 | $353,524.68 |
| 235 | 12/16/2020 9:31:26 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02475 | -10,000 | 0.02475 | $247.50 | 26,763,682 | $353,772.18 |
| 236 | 12/16/2020 9:31:27 AM | SELL | -75576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 75576 | 0.02450 | -75,576 | 0.0245 | $1,851.61 | 26,688,106 | $355,623.79 |
| 237 | 12/16/2020 9:31:27 AM | SELL | -75576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 75576 | 0.02450 | -75,576 | 0.0245 | $1,851.61 | 26,612,530 | $357,475.41 |
| 238 | 12/16/2020 9:31:28 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02500 | -5,000 | 0.025 | $125.00 | 26,607,530 | $357,600.41 |
| 239 | 12/16/2020 9:31:28 AM | SELL | -24696.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24696 | 0.02450 | -24,696 | 0.0245 | $605.05 | 26,582,834 | $358,205.46 |
| 240 | 12/16/2020 9:31:28 AM | SELL | -65576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65576 | 0.02450 | -65,576 | 0.0245 | $1,606.61 | 26,517,258 | $359,812.07 |
| 241 | 12/16/2020 9:31:33 AM | SELL | -27000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 27000 | 0.02500 | -27,000 | 0.025 | $675.00 | 26,490,258 | $360,487.07 |
| 242 | 12/16/2020 9:31:33 AM | SELL | -284914.00 | FASSARI | ANDREW | ARCS | EXECUTED | 284914 | 0.02700 | -284,914 | 0.027 | $7,692.68 | 26,205,344 | $368,179.75 |
| 243 | 12/16/2020 9:31:33 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02480 | -25,000 | 0.0248 | $620.00 | 26,180,344 | $368,799.75 |
| 244 | 12/16/2020 9:31:36 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02480 | -25,000 | 0.0248 | $620.00 | 26,155,344 | $369,419.75 |
| 245 | 12/16/2020 9:31:37 AM | SELL | -26538.00 | FASSARI | ANDREW | ARCS | EXECUTED | 26538 | 0.02480 | -26,538 | 0.0248 | $658.14 | 26,128,806 | $370,077.89 |
| 246 | 12/16/2020 9:31:38 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02480 | -10,000 | 0.0248 | $248.00 | 26,118,806 | $370,325.89 |
| 247 | 12/16/2020 9:31:39 AM | SELL | -85246.00 | FASSARI | ANDREW | ARCS | EXECUTED | 85246 | 0.02480 | -85,246 | 0.0248 | $2,114.10 | 26,033,560 | $372,439.99 |
| 248 | 12/16/2020 9:31:39 AM | SELL | -14754.00 | FASSARI | ANDREW | ARCS | EXECUTED | 14754 | 0.02480 | -14,754 | 0.0248 | $365.90 | 26,018,806 | $372,805.89 |
| 249 | 12/16/2020 9:31:41 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02490 | -100,000 | 0.0249 | $2,490.00 | 25,918,806 | $375,295.89 |
| 250 | 12/16/2020 9:31:42 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02490 | -100,000 | 0.0249 | $2,490.00 | 25,818,806 | $377,785.89 |
| 251 | 12/16/2020 9:31:44 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.02500 | -40,000 | 0.025 | $1,000.00 | 25,778,806 | $378,785.89 |
| 252 | 12/16/2020 9:31:45 AM | SELL | -44154.00 | FASSARI | ANDREW | ARCS | EXECUTED | 44154 | 0.02490 | -44,154 | 0.0249 | $1,099.43 | 25,734,652 | $379,885.32 |
| 253 | 12/16/2020 9:31:45 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.02480 | -500,000 | 0.0248 | $12,400.00 | 25,234,652 | $392,285.32 |
| 254 | 12/16/2020 9:31:45 AM | SELL | -400.00 | FASSARI | ANDREW | ARCS | EXECUTED | 400 | 0.02490 | -400 | 0.0249 | $9.96 | 25,234,252 | $392,295.28 |
| 255 | 12/16/2020 9:31:45 AM | SELL | -274846.00 | FASSARI | ANDREW | ARCS | EXECUTED | 274846 | 0.02490 | -274,846 | 0.0249 | $6,843.67 | 24,959,406 | $399,138.95 |
| 256 | 12/16/2020 9:31:46 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02500 | -50,000 | 0.025 | $1,250.00 | 24,909,406 | $400,388.95 |
| 257 | 12/16/2020 9:31:46 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02490 | -10,000 | 0.0249 | $249.00 | 24,899,406 | $400,637.95 |
| 258 | 12/16/2020 9:31:50 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02490 | -20,000 | 0.0249 | $498.00 | 24,879,406 | $401,135.95 |
| 259 | 12/16/2020 9:31:51 AM | SELL | -20833.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20833 | 0.02500 | -20,833 | 0.025 | $520.83 | 24,858,573 | $401,656.78 |
| 260 | 12/16/2020 9:31:51 AM | SELL | -352167.00 | FASSARI | ANDREW | ARCS | EXECUTED | 352167 | 0.02500 | -352,167 | 0.025 | $8,804.18 | 24,506,406 | $410,460.95 |
| 261 | 12/16/2020 9:31:51 AM | SELL | -10333.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10333 | 0.02500 | -10,333 | 0.025 | $258.33 | 24,496,073 | $410,719.28 |
| 262 | 12/16/2020 9:31:52 AM | SELL | -1000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000 | 0.02580 | -1,000 | 0.0258 | $25.80 | 24,495,073 | $410,745.08 |
| 263 | 12/16/2020 9:31:52 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.02500 | -150,000 | 0.025 | $3,750.00 | 24,345,073 | $414,495.08 |
| 264 | 12/16/2020 9:31:52 AM | SELL | -250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.02500 | -250,000 | 0.025 | $6,250.00 | 24,095,073 | $420,745.08 |
| 265 | 12/16/2020 9:31:54 AM | SELL | -1000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000 | 0.02600 | -1,000 | 0.026 | $26.00 | 24,094,073 | $420,771.08 |
| 266 | 12/16/2020 9:31:56 AM | SELL | -61250.00 | FASSARI | ANDREW | ARCS | EXECUTED | 61250 | 0.02560 | -61,250 | 0.0256 | $1,568.00 | 24,032,823 | $422,339.08 |
| 267 | 12/16/2020 9:31:57 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,982,823 | $423,619.08 |
| 268 | 12/16/2020 9:32:04 AM | SELL | -1000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000 | 0.02565 | -1,000 | 0.02565 | $25.65 | 23,981,823 | $423,644.73 |
| 269 | 12/16/2020 9:32:04 AM | SELL | -21600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 21600 | 0.02570 | -21,600 | 0.0257 | $555.12 | 23,960,223 | $424,199.85 |
| 270 | 12/16/2020 9:32:06 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02565 | -100,000 | 0.02565 | $2,565.00 | 23,860,223 | $426,764.85 |
| 271 | 12/16/2020 9:32:06 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,810,223 | $428,044.85 |
| 272 | 12/16/2020 9:32:06 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,760,223 | $429,324.85 |
| 273 | 12/16/2020 9:32:06 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,710,223 | $430,604.85 |
| 274 | 12/16/2020 9:32:06 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,660,223 | $431,884.85 |
| 275 | 12/16/2020 9:32:07 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,610,223 | $433,164.85 |
| 276 | 12/16/2020 9:32:07 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,560,223 | $434,444.85 |
| 277 | 12/16/2020 9:32:07 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,510,223 | $435,724.85 |
| 278 | 12/16/2020 9:32:07 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,460,223 | $437,004.85 |
| 279 | 12/16/2020 9:32:07 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,410,223 | $438,284.85 |
| 280 | 12/16/2020 9:32:08 AM | SELL | -18420.00 | FASSARI | ANDREW | ARCS | EXECUTED | 18420 | 0.02560 | -18,420 | 0.0256 | $471.55 | 23,391,803 | $438,756.40 |
| 281 | 12/16/2020 9:32:08 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02550 | -25,000 | 0.0255 | $637.50 | 23,366,803 | $439,393.90 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 282 | 12/16/2020 9:32:08 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02560 | -50,000 | 0.0256 | $1,280.00 | 23,316,803 | $440,673.90 |
| 283 | 12/16/2020 9:32:08 AM | SELL | -200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.02540 | -200,000 | 0.0254 | $5,080.00 | 23,116,803 | $445,753.90 |
| 284 | 12/16/2020 9:32:09 AM | SELL | -923257.00 | FASSARI | ANDREW | ARCS | EXECUTED | 923257 | 0.02500 | -923,257 | 0.025 | $23,081.43 | 22,193,546 | $468,835.32 |
| 285 | 12/16/2020 9:32:09 AM | SELL | -2644140.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2644140 | 0.02500 | -2,644,140 | 0.025 | $66,103.50 | 19,549,406 | $534,938.82 |
| 286 | 12/16/2020 9:32:16 AM | SELL | -499000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 499000 | 0.02610 | -499,000 | 0.0261 | $13,023.90 | 19,050,406 | $547,962.72 |
| 287 | 12/16/2020 9:32:29 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02620 | -10,000 | 0.0262 | $262.00 | 19,040,406 | $548,224.72 |
| 288 | 12/16/2020 9:32:33 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02620 | -20,000 | 0.0262 | $524.00 | 19,020,406 | $548,748.72 |
| 289 | 12/16/2020 9:32:36 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.02605 | -150,000 | 0.02605 | $3,907.50 | 18,870,406 | $552,656.22 |
| 290 | 12/16/2020 9:32:41 AM | SELL | -2000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2000 | 0.02605 | -2,000 | 0.02605 | $52.10 | 18,868,406 | $552,708.32 |
| 291 | 12/16/2020 9:32:48 AM | SELL | -1700.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1700 | 0.02605 | -1,700 | 0.02605 | $44.29 | 18,866,706 | $552,752.61 |
| 292 | 12/16/2020 9:32:50 AM | SELL | -78000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 78000 | 0.02605 | -78,000 | 0.02605 | $2,031.90 | 18,788,706 | $554,784.51 |
| 293 | 12/16/2020 9:34:03 AM | SELL | -86209.00 | FASSARI | ANDREW | ARCS | EXECUTED | 86209 | 0.02400 | -86,209 | 0.024 | $2,069.02 | 18,702,497 | $556,853.52 |
| 294 | 12/16/2020 9:34:31 AM | SELL | -13193.00 | FASSARI | ANDREW | ARCS | EXECUTED | 13193 | 0.02300 | -13,193 | 0.023 | $303.44 | 18,689,304 | $557,156.96 |
| 295 | 12/16/2020 9:34:44 AM | SELL | -90000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 90000 | 0.02300 | -90,000 | 0.023 | $2,070.00 | 18,599,304 | $559,226.96 |
| 296 | 12/16/2020 9:34:59 AM | SELL | -250.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250 | 0.02305 | -250 | 0.02305 | $5.76 | 18,599,054 | $559,232.72 |
| 297 | 12/16/2020 9:35:00 AM | SELL | -8000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 8000 | 0.02310 | -8,000 | 0.0231 | $184.80 | 18,591,054 | $559,417.52 |
| 298 | 12/16/2020 9:35:09 AM | SELL | -18595.00 | FASSARI | ANDREW | ARCS | EXECUTED | 18595 | 0.02300 | -18,595 | 0.023 | $427.69 | 18,572,459 | $559,845.21 |
| 299 | 12/16/2020 9:35:10 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.02280 | -30,000 | 0.0228 | $684.00 | 18,542,459 | $560,529.21 |
| 300 | 12/16/2020 9:35:12 AM | SELL | -21000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 21000 | 0.02300 | -21,000 | 0.023 | $483.00 | 18,521,459 | $561,012.21 |
| 301 | 12/16/2020 9:35:22 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02270 | -50,000 | 0.0227 | $1,135.00 | 18,471,459 | $562,147.21 |
| 302 | 12/16/2020 9:35:26 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02200 | -25,000 | 0.022 | $550.00 | 18,446,459 | $562,697.21 |
| 303 | 12/16/2020 9:36:01 AM | SELL | -591000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 591000 | 0.02100 | -591,000 | 0.021 | $12,411.00 | 17,855,459 | $575,108.21 |
| 304 | 12/16/2020 9:36:02 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02105 | -100,000 | 0.02105 | $2,105.00 | 17,755,459 | $577,213.21 |
| 305 | 12/16/2020 9:36:05 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02100 | -10,000 | 0.021 | $210.50 | 17,745,459 | $577,423.71 |
| 306 | 12/16/2020 9:36:06 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02100 | -10,000 | 0.021 | $210.00 | 17,735,459 | $577,633.71 |
| 307 | 12/16/2020 9:36:06 AM | SELL | -15000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 15000 | 0.02100 | -15,000 | 0.021 | $315.00 | 17,720,459 | $577,948.71 |
| 308 | 12/16/2020 9:36:06 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.02100 | -30,000 | 0.021 | $630.00 | 17,690,459 | $578,578.71 |
| 309 | 12/16/2020 9:36:06 AM | SELL | -35000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 35000 | 0.02100 | -35,000 | 0.021 | $735.00 | 17,655,459 | $579,313.71 |
| 310 | 12/16/2020 9:36:06 AM | SELL | -65000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65000 | 0.02100 | -65,000 | 0.021 | $1,365.00 | 17,590,459 | $580,678.71 |
| 311 | 12/16/2020 9:36:06 AM | SELL | -68542.00 | FASSARI | ANDREW | ARCS | EXECUTED | 68542 | 0.02105 | -68,542 | 0.02105 | $1,442.81 | 17,521,917 | $582,121.52 |
| 312 | 12/16/2020 9:36:10 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02105 | -100,000 | 0.02105 | $2,105.00 | 17,421,917 | $584,226.52 |
| 313 | 12/16/2020 9:36:10 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02105 | -10,000 | 0.02105 | $210.50 | 17,411,917 | $584,437.02 |
| 314 | 12/16/2020 9:36:11 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02100 | -5,000 | 0.021 | $105.00 | 17,406,917 | $584,542.02 |
| 315 | 12/16/2020 9:36:11 AM | SELL | -14478.00 | FASSARI | ANDREW | ARCS | EXECUTED | 14478 | 0.02100 | -14,478 | 0.021 | $304.04 | 17,392,439 | $584,846.06 |
| 316 | 12/16/2020 9:36:11 AM | SELL | -60000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 60000 | 0.02100 | -60,000 | 0.021 | $1,260.00 | 17,332,439 | $586,106.06 |
| 317 | 12/16/2020 9:36:11 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.02105 | -30,000 | 0.02105 | $631.50 | 17,302,439 | $586,737.56 |
| 318 | 12/16/2020 9:36:11 AM | SELL | -85000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 85000 | 0.02105 | -85,000 | 0.02105 | $1,789.25 | 17,217,439 | $588,526.81 |
| 319 | 12/16/2020 9:36:12 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02105 | -10,000 | 0.02105 | $210.50 | 17,207,439 | $588,737.31 |
| 320 | 12/16/2020 9:36:12 AM | SELL | -300000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 300000 | 0.02105 | -300,000 | 0.02105 | $6,315.00 | 16,907,439 | $595,052.31 |
| 321 | 12/16/2020 9:36:12 AM | SELL | -417500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 417500 | 0.02100 | -417,500 | 0.021 | $8,767.50 | 16,489,939 | $603,819.81 |
| 322 | 12/16/2020 9:36:13 AM | SELL | -95000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 95000 | 0.02100 | -95,000 | 0.021 | $1,995.00 | 16,394,939 | $605,814.81 |
| 323 | 12/16/2020 9:36:14 AM | SELL | -85000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 85000 | 0.02105 | -85,000 | 0.02105 | $1,789.25 | 16,309,939 | $607,604.06 |
| 324 | 12/16/2020 9:36:14 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.02105 | -30,000 | 0.02105 | $631.50 | 16,279,939 | $608,235.56 |
| 325 | 12/16/2020 9:36:16 AM | SELL | -12500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 12500 | 0.02100 | -12,500 | 0.021 | $262.50 | 16,267,439 | $608,498.06 |
| 326 | 12/16/2020 9:36:16 AM | SELL | -311458.00 | FASSARI | ANDREW | ARCS | EXECUTED | 311458 | 0.02105 | -311,458 | 0.02105 | $6,556.19 | 15,955,981 | $615,054.25 |
| 327 | 12/16/2020 9:36:17 AM | SELL | -188542.00 | FASSARI | ANDREW | ARCS | EXECUTED | 188542 | 0.02105 | -188,542 | 0.02105 | $3,968.81 | 15,767,439 | $619,023.06 |
| 328 | 12/16/2020 9:36:20 AM | SELL | -250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.02105 | -250,000 | 0.02105 | $5,262.50 | 15,517,439 | $624,285.56 |
| 329 | 12/16/2020 9:36:22 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02105 | -25,000 | 0.02105 | $526.25 | 15,492,439 | $624,811.81 |
| 330 | 12/16/2020 9:36:22 AM | SELL | -35000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 35000 | 0.02105 | -35,000 | 0.02105 | $736.75 | 15,457,439 | $625,548.56 |
| 331 | 12/16/2020 9:36:22 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02105 | -50,000 | 0.02105 | $1,052.50 | 15,407,439 | $626,601.06 |
| 332 | 12/16/2020 9:36:24 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02110 | -25,000 | 0.0211 | $527.50 | 15,382,439 | $627,128.56 |
| 333 | 12/16/2020 9:36:27 AM | SELL | -40750.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40750 | 0.02065 | -40,750 | 0.02065 | $841.49 | 15,341,689 | $627,970.04 |
| 334 | 12/16/2020 9:36:29 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02065 | -5,000 | 0.02065 | $103.25 | 15,336,689 | $628,073.29 |
| 335 | 12/16/2020 9:36:29 AM | SELL | -13325.00 | FASSARI | ANDREW | ARCS | EXECUTED | 13325 | 0.02065 | -13,325 | 0.02065 | $275.16 | 15,323,364 | $628,348.46 |
| 336 | 12/16/2020 9:36:35 AM | SELL | -279938.00 | FASSARI | ANDREW | ARCS | EXECUTED | 279938 | 0.02065 | -279,938 | 0.02065 | $5,780.72 | 15,043,426 | $634,129.18 |
| 337 | 12/16/2020 9:36:41 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02060 | -20,000 | 0.0206 | $412.00 | 15,023,426 | $634,541.18 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 338 | 12/16/2020 9:36:41 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02040 | -100,000 | 0.0204 | $2,040.00 | 14,923,426 | $636,581.18 |
| 339 | 12/16/2020 9:36:42 AM | SELL | -9859.00 | FASSARI | ANDREW | ARCS | EXECUTED | 9859 | 0.02040 | -9,859 | 0.0204 | $201.12 | 14,913,567 | $636,782.30 |
| 340 | 12/16/2020 9:36:46 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02034 | -10,000 | 0.02034 | $203.40 | 14,903,567 | $636,985.70 |
| 341 | 12/16/2020 9:36:46 AM | SELL | -180342.00 | FASSARI | ANDREW | ARCS | EXECUTED | 180342 | 0.02035 | -180,342 | 0.02035 | $3,669.96 | 14,723,225 | $640,655.66 |
| 342 | 12/16/2020 9:36:46 AM | SELL | -200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.02035 | -200,000 | 0.02035 | $4,070.00 | 14,523,225 | $644,725.66 |
| 343 | 12/16/2020 9:36:46 AM | SELL | -582500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 582500 | 0.02030 | -582,500 | 0.0203 | $11,824.75 | 13,940,725 | $656,550.41 |
| 344 | 12/16/2020 9:36:47 AM | SELL | -33300.00 | FASSARI | ANDREW | ARCS | EXECUTED | 33300 | 0.02040 | -33,300 | 0.0204 | $679.32 | 13,907,425 | $657,229.73 |
| 345 | 12/16/2020 9:36:49 AM | SELL | -37041.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37041 | 0.02035 | -37,041 | 0.02035 | $753.78 | 13,870,384 | $657,983.51 |
| 346 | 12/16/2020 9:36:50 AM | SELL | -355841.00 | FASSARI | ANDREW | ARCS | EXECUTED | 355841 | 0.02030 | -355,841 | 0.0203 | $7,223.57 | 13,514,543 | $665,207.09 |
| 347 | 12/16/2020 9:36:56 AM | SELL | -68084.00 | FASSARI | ANDREW | ARCS | EXECUTED | 68084 | 0.02050 | -68,084 | 0.0205 | $1,395.72 | 13,446,459 | $666,602.81 |
| 348 | 12/16/2020 9:41:32 AM | SELL | -212500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 212500 | 0.02150 | -212,500 | 0.0215 | $4,568.75 | 13,233,959 | $671,171.56 |
| 349 | 12/16/2020 9:41:34 AM | SELL | -7500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 7500 | 0.02155 | -7,500 | 0.02155 | $161.63 | 13,226,459 | $671,333.18 |
| 350 | 12/16/2020 9:41:41 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02150 | -50,000 | 0.0215 | $1,075.00 | 13,176,459 | $672,408.18 |
| 351 | 12/16/2020 9:41:43 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02155 | -50,000 | 0.02155 | $1,077.50 | 13,126,459 | $673,485.68 |
| 352 | 12/16/2020 9:41:44 AM | SELL | -333333.00 | FASSARI | ANDREW | ARCS | EXECUTED | 333333 | 0.02100 | -333,333 | 0.021 | $6,999.99 | 12,793,126 | $680,485.68 |
| 353 | 12/16/2020 9:41:44 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02150 | -20,000 | 0.0215 | $430.00 | 12,773,126 | $680,915.68 |
| 354 | 12/16/2020 9:41:47 AM | SELL | -17000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 17000 | 0.02130 | -17,000 | 0.0213 | $362.10 | 12,756,126 | $681,277.78 |
| 355 | 12/16/2020 9:41:48 AM | SELL | -24271.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24271 | 0.02100 | -24,271 | 0.021 | $509.69 | 12,731,855 | $681,787.47 |
| 356 | 12/16/2020 9:41:49 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02150 | -100,000 | 0.0215 | $2,150.00 | 12,631,855 | $683,937.47 |
| 357 | 12/16/2020 9:41:50 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02155 | -10,000 | 0.02155 | $215.50 | 12,621,855 | $684,152.97 |
| 358 | 12/16/2020 9:41:51 AM | SELL | -200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.02120 | -200,000 | 0.0212 | $4,240.00 | 12,421,855 | $688,392.97 |
| 359 | 12/16/2020 9:41:52 AM | SELL | -22396.00 | FASSARI | ANDREW | ARCS | EXECUTED | 22396 | 0.02150 | -22,396 | 0.0215 | $481.51 | 12,399,459 | $688,874.48 |
| 360 | 12/16/2020 9:41:52 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.02110 | -40,000 | 0.0211 | $844.00 | 12,359,459 | $689,718.48 |
| 361 | 12/16/2020 9:42:09 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02100 | -20,000 | 0.021 | $420.00 | 12,339,459 | $690,138.48 |
| 362 | 12/16/2020 9:42:17 AM | SELL | -837000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 837000 | 0.02000 | -837,000 | 0.02 | $16,740.00 | 11,502,459 | $706,878.48 |
| 363 | 12/16/2020 9:42:19 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02000 | -10,000 | 0.02 | $200.00 | 11,492,459 | $707,078.48 |
| 364 | 12/16/2020 9:42:22 AM | SELL | -275000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 275000 | 0.02000 | -275,000 | 0.02 | $5,500.00 | 11,217,459 | $712,578.48 |
| 365 | 12/16/2020 9:42:43 AM | SELL | -715000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 715000 | 0.02000 | -715,000 | 0.02 | $14,300.00 | 10,502,459 | $726,878.48 |
| 366 | 12/16/2020 9:45:04 AM | SELL | -3000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 3000 | 0.02010 | -3,000 | 0.0201 | $60.30 | 10,499,459 | $726,938.78 |
| 367 | 12/16/2020 9:45:04 AM | SELL | -80555.00 | FASSARI | ANDREW | ARCS | EXECUTED | 80555 | 0.02010 | -80,555 | 0.0201 | $1,619.16 | 10,418,904 | $728,557.94 |
| 368 | 12/16/2020 9:45:10 AM | SELL | -7000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 7000 | 0.02025 | -7,000 | 0.02025 | $141.75 | 10,411,904 | $728,699.69 |
| 369 | 12/16/2020 9:45:11 AM | SELL | -409445.00 | FASSARI | ANDREW | ARCS | EXECUTED | 409445 | 0.02010 | -409,445 | 0.0201 | $8,229.84 | 10,002,459 | $736,929.53 |
| 370 | 12/16/2020 9:45:35 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02034 | -20,000 | 0.02034 | $406.80 | 9,982,459 | $737,336.33 |
| 371 | 12/16/2020 9:45:37 AM | SELL | -5752.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5752 | 0.02020 | -5,752 | 0.0202 | $116.19 | 9,976,707 | $737,452.52 |
| 372 | 12/16/2020 9:45:37 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.02030 | -40,000 | 0.0203 | $812.00 | 9,936,707 | $738,264.52 |
| 373 | 12/16/2020 9:45:37 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02020 | -100,000 | 0.0202 | $2,020.00 | 9,836,707 | $740,284.52 |
| 374 | 12/16/2020 9:45:43 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.02010 | -40,000 | 0.0201 | $804.00 | 9,796,707 | $741,088.52 |
| 375 | 12/16/2020 9:45:44 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02010 | -10,000 | 0.0201 | $201.00 | 9,786,707 | $741,289.52 |
| 376 | 12/16/2020 9:45:46 AM | SELL | -8000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 8000 | 0.02000 | -8,000 | 0.02 | $160.00 | 9,778,707 | $741,449.52 |
| 377 | 12/16/2020 9:45:46 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02000 | -25,000 | 0.02 | $500.00 | 9,753,707 | $741,949.52 |
| 378 | 12/16/2020 9:45:46 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02000 | -50,000 | 0.02 | $1,000.00 | 9,703,707 | $742,949.52 |
| 379 | 12/16/2020 9:45:46 AM | SELL | -211248.00 | FASSARI | ANDREW | ARCS | EXECUTED | 211248 | 0.02000 | -211,248 | 0.02 | $4,224.96 | 9,492,459 | $747,174.48 |
| 380 | 12/16/2020 9:45:47 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02000 | -100,000 | 0.02 | $2,000.00 | 9,392,459 | $749,174.48 |
| 381 | 12/16/2020 9:45:47 AM | SELL | -116155.00 | FASSARI | ANDREW | ARCS | EXECUTED | 116155 | 0.02000 | -116,155 | 0.02 | $2,323.10 | 9,276,304 | $751,497.58 |
| 382 | 12/16/2020 9:45:53 AM | SELL | -115000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 115000 | 0.02000 | -115,000 | 0.02 | $2,300.00 | 9,161,304 | $753,797.58 |
| 383 | 12/16/2020 9:45:54 AM | SELL | -38752.00 | FASSARI | ANDREW | ARCS | EXECUTED | 38752 | 0.02025 | -38,752 | 0.02025 | $784.73 | 9,122,552 | $754,582.31 |
| 384 | 12/16/2020 9:46:27 AM | SELL | -60000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 60000 | 0.02000 | -60,000 | 0.02 | $1,200.00 | 9,062,552 | $755,782.31 |
| 385 | 12/16/2020 9:46:28 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02000 | -50,000 | 0.02 | $1,000.00 | 9,012,552 | $756,782.31 |
| 386 | 12/16/2020 9:46:39 AM | SELL | -10093.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10093 | 0.02000 | -10,093 | 0.02 | $201.86 | 9,002,459 | $756,984.17 |
| 387 | 12/16/2020 9:48:55 AM | SELL | -19500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 19500 | 0.02050 | -19,500 | 0.0205 | $399.75 | 8,982,959 | $757,383.92 |
| 388 | 12/16/2020 9:48:56 AM | SELL | -80000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 80000 | 0.02020 | -80,000 | 0.0202 | $1,616.00 | 8,902,959 | $758,999.92 |
| 389 | 12/16/2020 9:49:01 AM | SELL | -130000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 130000 | 0.02010 | -130,000 | 0.0201 | $2,613.00 | 8,772,959 | $761,612.92 |
| 390 | 12/16/2020 9:49:09 AM | SELL | -5000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000 | 0.02000 | -5,000 | 0.02 | $100.50 | 8,767,959 | $761,713.42 |
| 391 | 12/16/2020 9:49:36 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02000 | -20,000 | 0.02 | $400.00 | 8,747,959 | $762,113.42 |
| 392 | 12/16/2020 9:49:43 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02000 | -100,000 | 0.02 | $2,000.00 | 8,647,959 | $764,113.42 |
| 393 | 12/16/2020 9:51:21 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.01990 | -50,000 | 0.0199 | $995.00 | 8,597,959 | $765,108.42 |

Summary of E*Trade Blotter
Fassari Executed Trades in ARCS
Dec. 9 - Dec. 16

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 394 | 12/16/2020 9:51:24 AM | SELL | -10599.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10599 | 0.01990 | -10,599 | 0.0199 | $210.92 | 8,587,360 | $765,319.34 |
| 395 | 12/16/2020 9:51:27 AM | SELL | -18600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 18600 | 0.01990 | -18,600 | 0.0199 | $370.14 | 8,568,760 | $765,689.48 |
| 396 | 12/16/2020 9:51:29 AM | SELL | -65100.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65100 | 0.01990 | -65,100 | 0.0199 | $1,295.49 | 8,503,660 | $766,984.97 |
| 397 | 12/16/2020 9:51:37 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01975 | -37,500 | 0.01975 | $740.63 | 8,466,160 | $767,725.59 |
| 398 | 12/16/2020 9:51:37 AM | SELL | -1683983.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1683983 | 0.01960 | -1,683,983 | 0.0196 | $33,006.07 | 6,782,177 | $800,731.66 |
| 399 | 12/16/2020 9:51:39 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.01990 | -40,000 | 0.0199 | $796.00 | 6,742,177 | $801,527.66 |
| 400 | 12/16/2020 9:51:39 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.01990 | -40,000 | 0.0199 | $796.00 | 6,702,177 | $802,323.66 |
| 401 | 12/16/2020 9:51:41 AM | SELL | -6718.00 | FASSARI | ANDREW | ARCS | EXECUTED | 6718 | 0.01970 | -6,718 | 0.0197 | $132.34 | 6,695,459 | $802,456.00 |
| 402 | 12/16/2020 9:51:41 AM | SELL | -47500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 47500 | 0.01990 | -47,500 | 0.0199 | $945.25 | 6,647,959 | $803,401.25 |
| 403 | 12/16/2020 9:53:25 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.02040 | -37,500 | 0.0204 | $765.00 | 6,610,459 | $804,166.25 |
| 404 | 12/16/2020 9:53:28 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.02040 | -37,500 | 0.0204 | $765.00 | 6,572,959 | $804,931.25 |
| 405 | 12/16/2020 9:53:39 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.02110 | -20,000 | 0.0211 | $422.00 | 6,552,959 | $805,353.25 |
| 406 | 12/16/2020 9:53:40 AM | SELL | -19828.00 | FASSARI | ANDREW | ARCS | EXECUTED | 19828 | 0.02070 | -19,828 | 0.0207 | $410.44 | 6,533,131 | $805,763.69 |
| 407 | 12/16/2020 9:53:44 AM | SELL | -218675.00 | FASSARI | ANDREW | ARCS | EXECUTED | 218675 | 0.02000 | -218,675 | 0.02 | $4,373.50 | 6,314,456 | $810,137.19 |
| 408 | 12/16/2020 9:53:44 AM | SELL | -261497.00 | FASSARI | ANDREW | ARCS | EXECUTED | 261497 | 0.02000 | -261,497 | 0.02 | $5,229.94 | 6,052,959 | $815,367.13 |
| 409 | 12/16/2020 9:53:47 AM | SELL | -425000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 425000 | 0.02010 | -425,000 | 0.0201 | $8,542.50 | 5,627,959 | $823,909.63 |
| 410 | 12/16/2020 9:53:55 AM | SELL | -1943.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1943 | 0.01960 | -1,943 | 0.0196 | $38.08 | 5,626,016 | $823,947.72 |
| 411 | 12/16/2020 9:53:55 AM | SELL | -10050.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10050 | 0.01990 | -10,050 | 0.0199 | $200.00 | 5,615,966 | $824,147.71 |
| 412 | 12/16/2020 9:53:55 AM | SELL | -15000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 15000 | 0.01990 | -15,000 | 0.0199 | $298.50 | 5,600,966 | $824,446.21 |
| 413 | 12/16/2020 9:53:55 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.01990 | -20,000 | 0.0199 | $398.00 | 5,580,966 | $824,844.21 |
| 414 | 12/16/2020 9:53:55 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.01950 | -50,000 | 0.0195 | $975.00 | 5,530,966 | $825,819.21 |
| 415 | 12/16/2020 9:53:59 AM | SELL | -15000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 15000 | 0.01975 | -15,000 | 0.01975 | $296.25 | 5,515,966 | $826,115.46 |
| 416 | 12/16/2020 9:54:04 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.01960 | -150,000 | 0.0196 | $2,940.00 | 5,365,966 | $829,055.46 |
| 417 | 12/16/2020 9:54:58 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.01900 | -25,000 | 0.019 | $475.00 | 5,340,966 | $829,530.46 |
| 418 | 12/16/2020 9:55:05 AM | SELL | -32012.00 | FASSARI | ANDREW | ARCS | EXECUTED | 32012 | 0.01900 | -32,012 | 0.019 | $608.23 | 5,308,954 | $830,138.69 |
| 419 | 12/16/2020 9:55:05 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.01850 | -50,000 | 0.0185 | $925.00 | 5,258,954 | $831,063.69 |
| 420 | 12/16/2020 9:55:05 AM | SELL | -301498.00 | FASSARI | ANDREW | ARCS | EXECUTED | 301498 | 0.01900 | -301,498 | 0.019 | $5,728.46 | 4,957,456 | $836,792.15 |
| 421 | 12/16/2020 9:55:08 AM | SELL | -91490.00 | FASSARI | ANDREW | ARCS | EXECUTED | 91490 | 0.01850 | -91,490 | 0.0185 | $1,692.57 | 4,865,966 | $838,484.72 |
| 422 | 12/16/2020 10:02:14 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.02200 | -500,000 | 0.022 | $11,000.00 | 4,365,966 | $849,484.72 |
| 423 | 12/16/2020 10:02:18 AM | SELL | -40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.02200 | -40,000 | 0.022 | $880.00 | 4,325,966 | $850,364.72 |
| 424 | 12/16/2020 10:02:27 AM | SELL | -15000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 15000 | 0.02200 | -15,000 | 0.022 | $330.00 | 4,310,966 | $850,694.72 |
| 425 | 12/16/2020 10:02:36 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.02200 | -30,000 | 0.022 | $660.00 | 4,280,966 | $851,354.72 |
| 426 | 12/16/2020 10:04:52 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02030 | -50,000 | 0.0203 | $1,015.00 | 4,230,966 | $852,369.72 |
| 427 | 12/16/2020 10:04:53 AM | SELL | -65000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65000 | 0.02060 | -65,000 | 0.0206 | $1,339.00 | 4,165,966 | $853,708.72 |
| 428 | 12/16/2020 10:04:53 AM | SELL | -126200.00 | FASSARI | ANDREW | ARCS | EXECUTED | 126200 | 0.02010 | -126,200 | 0.0201 | $2,536.62 | 4,039,766 | $856,245.34 |
| 429 | 12/16/2020 10:04:53 AM | SELL | -313800.00 | FASSARI | ANDREW | ARCS | EXECUTED | 313800 | 0.02010 | -313,800 | 0.0201 | $6,307.38 | 3,725,966 | $862,552.72 |
| 430 | 12/16/2020 10:04:57 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.02055 | -10,000 | 0.02055 | $205.50 | 3,715,966 | $862,758.22 |
| 431 | 12/16/2020 10:04:58 AM | SELL | -132108.00 | FASSARI | ANDREW | ARCS | EXECUTED | 132108 | 0.02010 | -132,108 | 0.0201 | $2,655.37 | 3,583,858 | $865,413.59 |
| 432 | 12/16/2020 10:04:59 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.02000 | -25,000 | 0.02 | $500.00 | 3,558,858 | $865,913.59 |
| 433 | 12/16/2020 10:05:13 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.02000 | -50,000 | 0.02 | $1,000.00 | 3,508,858 | $866,913.59 |
| 434 | 12/16/2020 10:05:14 AM | SELL | -227892.00 | FASSARI | ANDREW | ARCS | EXECUTED | 227892 | 0.02000 | -227,892 | 0.02 | $4,557.84 | 3,280,966 | $871,471.43 |
| 435 | 12/16/2020 10:06:28 AM | SELL | -53000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 53000 | 0.02000 | -53,000 | 0.02 | $1,060.00 | 3,227,966 | $872,531.43 |
| 436 | 12/16/2020 10:06:28 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02000 | -100,000 | 0.02 | $2,000.00 | 3,127,966 | $874,531.43 |
| 437 | 12/16/2020 10:06:33 AM | SELL | -2000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2000 | 0.02000 | -2,000 | 0.02 | $40.00 | 3,125,966 | $874,571.43 |
| 438 | 12/16/2020 10:06:44 AM | SELL | -1050.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1050 | 0.02000 | -1,050 | 0.02 | $21.00 | 3,124,916 | $874,592.43 |
| 439 | 12/16/2020 10:23:57 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01880 | -500,000 | 0.0188 | $9,400.00 | 2,624,916 | $883,992.43 |
| 440 | 12/16/2020 10:24:21 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01870 | -10,000 | 0.0187 | $187.00 | 2,614,916 | $884,179.43 |
| 441 | 12/16/2020 10:24:21 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01870 | -10,000 | 0.0187 | $187.00 | 2,604,916 | $884,366.43 |
| 442 | 12/16/2020 10:24:21 AM | SELL | -47586.00 | FASSARI | ANDREW | ARCS | EXECUTED | 47586 | 0.01870 | -47,586 | 0.0187 | $889.86 | 2,557,330 | $885,256.29 |
| 443 | 12/16/2020 10:24:27 AM | SELL | -432414.00 | FASSARI | ANDREW | ARCS | EXECUTED | 432414 | 0.01860 | -432,414 | 0.0186 | $8,042.90 | 2,124,916 | $893,299.19 |
| 444 | 12/16/2020 10:25:30 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01760 | -10,000 | 0.0176 | $176.00 | 2,114,916 | $893,475.19 |
| 445 | 12/16/2020 10:25:32 AM | SELL | -27500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 27500 | 0.01750 | -27,500 | 0.0175 | $481.25 | 2,087,416 | $893,956.44 |
| 446 | 12/16/2020 10:25:41 AM | SELL | -5586.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5586 | 0.01760 | -5,586 | 0.0176 | $98.31 | 2,081,830 | $894,054.75 |
| 447 | 12/16/2020 10:25:44 AM | SELL | -9000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 9000 | 0.01760 | -9,000 | 0.0176 | $158.40 | 2,072,830 | $894,213.15 |
| 448 | 12/16/2020 10:25:49 AM | SELL | -65000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65000 | 0.01730 | -65,000 | 0.0173 | $1,124.50 | 2,007,830 | $895,337.65 |
| 449 | 12/16/2020 10:25:50 AM | SELL | -65000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65000 | 0.01720 | -65,000 | 0.0172 | $1,118.00 | 1,942,830 | $896,455.65 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 450 | 12/16/2020 10:25:52 AM | SELL | -70000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 70000 | 0.01710 | -70,000 | 0.0171 | $1,197.00 | 1,872,830 | $897,652.65 |
| 451 | 12/16/2020 10:25:52 AM | SELL | -80000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 80000 | 0.01710 | -80,000 | 0.0171 | $1,368.00 | 1,792,830 | $899,020.65 |
| 452 | 12/16/2020 10:25:53 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.01730 | -30,000 | 0.0173 | $519.00 | 1,762,830 | $899,539.65 |
| 453 | 12/16/2020 10:25:59 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.01700 | -50,000 | 0.017 | $850.00 | 1,712,830 | $900,389.65 |
| 454 | 12/16/2020 10:25:59 AM | SELL | -58823.00 | FASSARI | ANDREW | ARCS | EXECUTED | 58823 | 0.01700 | -58,823 | 0.017 | $999.99 | 1,654,007 | $901,389.64 |
| 455 | 12/16/2020 10:25:59 AM | SELL | -336591.00 | FASSARI | ANDREW | ARCS | EXECUTED | 336591 | 0.01700 | -336,591 | 0.017 | $5,722.05 | 1,317,416 | $907,111.69 |
| 456 | 12/16/2020 10:25:59 AM | SELL | -500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01700 | -500,000 | 0.017 | $8,500.00 | 817,416 | $915,611.69 |
| 457 | 12/16/2020 10:26:06 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.01710 | -20,000 | 0.0171 | $342.00 | 797,416 | $915,953.69 |
| 458 | 12/16/2020 10:26:07 AM | SELL | -72500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 72500 | 0.01650 | -72,500 | 0.0165 | $1,196.25 | 724,916 | $917,149.94 |
| 459 | 12/16/2020 10:26:07 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01650 | -100,000 | 0.0165 | $1,650.00 | 624,916 | $918,799.94 |
| 460 | 12/16/2020 10:26:07 AM | SELL | -7500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 7500 | 0.01650 | -7,500 | 0.0165 | $123.75 | 617,416 | $918,923.69 |
| 461 | 12/16/2020 10:26:09 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01625 | -37,500 | 0.01625 | $609.38 | 579,916 | $919,533.06 |
| 462 | 12/16/2020 10:26:15 AM | SELL | -60000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 60000 | 0.01620 | -60,000 | 0.0162 | $972.00 | 519,916 | $920,505.06 |
| 463 | 12/16/2020 10:26:16 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01615 | -37,500 | 0.01615 | $605.63 | 482,416 | $921,110.69 |
| 464 | 12/16/2020 10:26:22 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01620 | -10,000 | 0.0162 | $162.00 | 472,416 | $921,272.69 |
| 465 | 12/16/2020 10:26:22 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01625 | -37,500 | 0.01625 | $609.38 | 434,916 | $921,882.06 |
| 466 | 12/16/2020 10:26:23 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01630 | -10,000 | 0.0163 | $163.00 | 424,916 | $922,045.06 |
| 467 | 12/16/2020 10:26:26 AM | SELL | -37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01640 | -37,500 | 0.0164 | $615.00 | 387,416 | $922,660.06 |
| 468 | 12/16/2020 10:26:29 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01650 | -100,000 | 0.0165 | $1,650.00 | 287,416 | $924,310.06 |
| 469 | 12/16/2020 10:26:33 AM | SELL | -65000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65000 | 0.01660 | -65,000 | 0.0166 | $1,079.00 | 222,416 | $925,389.06 |
| 470 | 12/16/2020 10:26:37 AM | SELL | -97500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 97500 | 0.01650 | -97,500 | 0.0165 | $1,608.75 | 124,916 | $926,997.81 |
| 471 | 12/16/2020 11:29:05 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02270 | -100,000 | 0.0227 | $2,270.00 | 24,916 | $929,267.81 |
| 472 | 12/16/2020 12:48:31 PM | SELL | -24916.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24916 | 0.01710 | -24,916 | 0.0171 | $426.06 | 0 | $929,693.88 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_ Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 2 | | | | | | | | | | | | | | |
| 3 | 12/17/2020 9:30:01 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01950 | 10,000 | 0.0195 | -$195.00 | 10,000 | -$195.00 |
| 4 | 12/17/2020 9:30:04 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01950 | 10,000 | 0.0195 | -$195.00 | 20,000 | -$390.00 |
| 5 | 12/17/2020 9:30:13 AM | BUY | 90000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 90000 | 0.01950 | 90,000 | 0.0195 | -$1,755.00 | 110,000 | -$2,145.00 |
| 6 | 12/17/2020 9:30:15 AM | BUY | 42447.00 | FASSARI | ANDREW | ARCS | EXECUTED | 42447 | 0.01920 | 42,447 | 0.0192 | -$814.98 | 152,447 | -$2,959.98 |
| 7 | 12/17/2020 9:30:15 AM | BUY | 142447.00 | FASSARI | ANDREW | ARCS | EXECUTED | 142447 | 0.01920 | 142,447 | 0.0192 | -$2,734.98 | 294,894 | -$5,694.96 |
| 8 | 12/17/2020 9:30:15 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01900 | 250,000 | 0.019 | -$4,750.00 | 544,894 | -$10,444.96 |
| 9 | 12/17/2020 9:30:15 AM | BUY | 140000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 140000 | 0.01950 | 140,000 | 0.0195 | -$2,730.00 | 684,894 | -$13,174.96 |
| 10 | 12/17/2020 9:30:26 AM | BUY | 65106.00 | FASSARI | ANDREW | ARCS | EXECUTED | 65106 | 0.01920 | 65,106 | 0.0192 | -$1,250.04 | 750,000 | -$14,425.00 |
| 11 | 12/17/2020 9:30:26 AM | BUY | 1594.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1594 | 0.01910 | 1,594 | 0.0191 | -$30.45 | 751,594 | -$14,455.45 |
| 12 | 12/17/2020 9:30:26 AM | BUY | 10853.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10853 | 0.01890 | 10,853 | 0.0189 | -$205.12 | 762,447 | -$14,660.57 |
| 13 | 12/17/2020 9:30:26 AM | BUY | 30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.01890 | 30,000 | 0.0189 | -$567.00 | 792,447 | -$15,227.57 |
| 14 | 12/17/2020 9:30:26 AM | BUY | 207553.00 | FASSARI | ANDREW | ARCS | EXECUTED | 207553 | 0.01910 | 207,553 | 0.0191 | -$3,964.26 | 1,000,000 | -$19,191.83 |
| 15 | 12/17/2020 9:30:28 AM | BUY | 211500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 211500 | 0.01600 | 211,500 | 0.016 | -$3,384.00 | 1,211,500 | -$22,575.83 |
| 16 | 12/17/2020 9:30:28 AM | BUY | 216924.00 | FASSARI | ANDREW | ARCS | EXECUTED | 216924 | 0.01600 | 216,924 | 0.016 | -$3,470.78 | 1,428,424 | -$26,046.61 |
| 17 | 12/17/2020 9:30:29 AM | BUY | 8000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 8000 | 0.01600 | 8,000 | 0.016 | -$128.00 | 1,436,424 | -$26,174.61 |
| 18 | 12/17/2020 9:30:29 AM | BUY | 50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.01600 | 50,000 | 0.016 | -$800.00 | 1,486,424 | -$26,974.61 |
| 19 | 12/17/2020 9:30:30 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01700 | 250,000 | 0.017 | -$4,250.00 | 1,736,424 | -$31,224.61 |
| 20 | 12/17/2020 9:30:30 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01700 | 250,000 | 0.017 | -$4,250.00 | 1,986,424 | -$35,474.61 |
| 21 | 12/17/2020 9:30:40 AM | BUY | 13576.00 | FASSARI | ANDREW | ARCS | EXECUTED | 13576 | 0.01600 | 13,576 | 0.016 | -$217.22 | 2,000,000 | -$35,691.83 |
| 22 | 12/17/2020 9:30:52 AM | BUY | 229700.00 | FASSARI | ANDREW | ARCS | EXECUTED | 229700 | 0.01800 | 229,700 | 0.018 | -$4,134.60 | 2,229,700 | -$39,826.43 |
| 23 | 12/17/2020 9:30:52 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01800 | 250,000 | 0.018 | -$4,500.00 | 2,479,700 | -$44,326.43 |
| 24 | 12/17/2020 9:30:55 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01790 | 10,000 | 0.0179 | -$179.00 | 2,489,700 | -$44,505.43 |
| 25 | 12/17/2020 9:30:57 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01720 | 500,000 | 0.0172 | -$8,600.00 | 2,989,700 | -$53,105.43 |
| 26 | 12/17/2020 9:30:58 AM | BUY | 260300.00 | FASSARI | ANDREW | ARCS | EXECUTED | 260300 | 0.01700 | 260,300 | 0.017 | -$4,425.10 | 3,250,000 | -$57,530.53 |
| 27 | 12/17/2020 9:30:58 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01650 | 250,000 | 0.0165 | -$4,125.00 | 3,500,000 | -$61,655.53 |
| 28 | 12/17/2020 9:31:05 AM | BUY | 97551.00 | FASSARI | ANDREW | ARCS | EXECUTED | 97551 | 0.01600 | 97,551 | 0.016 | -$1,560.82 | 3,597,551 | -$63,216.35 |
| 29 | 12/17/2020 9:31:05 AM | BUY | 402449.00 | FASSARI | ANDREW | ARCS | EXECUTED | 402449 | 0.01590 | 402,449 | 0.0159 | -$6,398.94 | 4,000,000 | -$69,615.28 |
| 30 | 12/17/2020 9:31:16 AM | BUY | 140000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 140000 | 0.01520 | 140,000 | 0.0152 | -$2,128.00 | 4,140,000 | -$71,743.28 |
| 31 | 12/17/2020 9:31:16 AM | BUY | 360000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 360000 | 0.01600 | 360,000 | 0.016 | -$5,760.00 | 4,500,000 | -$77,503.28 |
| 32 | 12/17/2020 9:31:30 AM | BUY | 146165.00 | FASSARI | ANDREW | ARCS | EXECUTED | 146165 | 0.01510 | 146,165 | 0.0151 | -$2,207.09 | 4,646,165 | -$79,710.38 |
| 33 | 12/17/2020 9:31:31 AM | BUY | 24842.00 | FASSARI | ANDREW | ARCS | EXECUTED | 24842 | 0.01510 | 24,842 | 0.0151 | -$375.11 | 4,671,007 | -$80,085.49 |
| 34 | 12/17/2020 9:31:31 AM | BUY | 328993.00 | FASSARI | ANDREW | ARCS | EXECUTED | 328993 | 0.01510 | 328,993 | 0.0151 | -$4,967.79 | 5,000,000 | -$85,053.28 |
| 35 | 12/17/2020 9:31:36 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01510 | 250,000 | 0.0151 | -$3,775.00 | 5,250,000 | -$88,828.28 |
| 36 | 12/17/2020 9:31:36 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01510 | 500,000 | 0.0151 | -$7,550.00 | 5,750,000 | -$96,378.28 |
| 37 | 12/17/2020 9:31:39 AM | BUY | 450000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 450000 | 0.01505 | 450,000 | 0.01505 | -$6,772.50 | 6,200,000 | -$103,150.78 |
| 38 | 12/17/2020 9:31:44 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01505 | 500,000 | 0.01505 | -$7,525.00 | 6,700,000 | -$110,675.78 |
| 39 | 12/17/2020 9:31:51 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01510 | 500,000 | 0.0151 | -$7,550.00 | 7,200,000 | -$118,225.78 |
| 40 | 12/17/2020 9:31:51 AM | BUY | 16556.00 | FASSARI | ANDREW | ARCS | EXECUTED | 16556 | 0.01510 | 16,556 | 0.0151 | -$250.00 | 7,216,556 | -$118,475.78 |
| 41 | 12/17/2020 9:31:51 AM | BUY | 164500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 164500 | 0.01510 | 164,500 | 0.0151 | -$2,483.95 | 7,381,056 | -$120,959.73 |
| 42 | 12/17/2020 9:31:51 AM | BUY | 335500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 335500 | 0.01510 | 335,500 | 0.0151 | -$5,066.05 | 7,716,556 | -$126,025.78 |
| 43 | 12/17/2020 9:31:53 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01500 | 10,000 | 0.015 | -$150.00 | 7,726,556 | -$126,175.78 |
| 44 | 12/17/2020 9:31:53 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01500 | 10,000 | 0.015 | -$150.00 | 7,736,556 | -$126,325.78 |
| 45 | 12/17/2020 9:32:00 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01680 | 250,000 | 0.0168 | -$4,200.00 | 7,986,556 | -$130,525.78 |
| 46 | 12/17/2020 9:32:00 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01680 | 250,000 | 0.0168 | -$4,200.00 | 8,236,556 | -$134,725.78 |
| 47 | 12/17/2020 9:32:14 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01680 | 250,000 | 0.0168 | -$4,200.00 | 8,486,556 | -$138,925.78 |
| 48 | 12/17/2020 9:32:14 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01680 | 250,000 | 0.0168 | -$4,200.00 | 8,736,556 | -$143,125.78 |
| 49 | 12/17/2020 9:32:14 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01680 | 250,000 | 0.0168 | -$4,200.00 | 8,986,556 | -$147,325.78 |
| 50 | 12/17/2020 9:32:18 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01620 | 500,000 | 0.0162 | -$8,100.00 | 9,486,556 | -$155,425.78 |
| 51 | 12/17/2020 9:32:46 AM | BUY | 40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.01650 | 40,000 | 0.0165 | -$660.00 | 9,526,556 | -$156,085.78 |
| 52 | 12/17/2020 9:32:48 AM | BUY | 169069.00 | FASSARI | ANDREW | ARCS | EXECUTED | 169069 | 0.01650 | 169,069 | 0.0165 | -$2,789.64 | 9,695,625 | -$158,875.42 |
| 53 | 12/17/2020 9:32:49 AM | BUY | 127569.00 | FASSARI | ANDREW | ARCS | EXECUTED | 127569 | 0.01650 | 127,569 | 0.0165 | -$2,104.89 | 9,823,194 | -$160,980.31 |
| 54 | 12/17/2020 9:32:49 AM | BUY | 290931.00 | FASSARI | ANDREW | ARCS | EXECUTED | 290931 | 0.01650 | 290,931 | 0.0165 | -$4,800.36 | 10,114,125 | -$165,780.67 |
| 55 | 12/17/2020 9:32:56 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01610 | 500,000 | 0.0161 | -$8,050.00 | 10,614,125 | -$173,830.67 |
| 56 | 12/17/2020 9:32:58 AM | BUY | 33444.00 | FASSARI | ANDREW | ARCS | EXECUTED | 33444 | 0.01600 | 33,444 | 0.016 | -$535.10 | 10,647,569 | -$174,365.77 |
| 57 | 12/17/2020 9:32:59 AM | BUY | 372431.00 | FASSARI | ANDREW | ARCS | EXECUTED | 372431 | 0.01650 | 372,431 | 0.0165 | -$6,145.11 | 11,020,000 | -$180,510.88 |
| 58 | 12/17/2020 9:32:59 AM | BUY | 127569.00 | FASSARI | ANDREW | ARCS | EXECUTED | 127569 | 0.01650 | 127,569 | 0.0165 | -$2,104.89 | 11,147,569 | -$182,615.77 |
| 59 | 12/17/2020 9:33:00 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01610 | 10,000 | 0.0161 | -$161.00 | 11,157,569 | -$182,776.77 |
| 60 | 12/17/2020 9:33:02 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01600 | 500,000 | 0.016 | -$8,000.00 | 11,657,569 | -$190,776.77 |
| 61 | 12/17/2020 9:33:03 AM | BUY | 139935.00 | FASSARI | ANDREW | ARCS | EXECUTED | 139935 | 0.01600 | 139,935 | 0.016 | -$2,238.96 | 11,797,504 | -$193,015.73 |

Summary of E*Trade Blotter
Fassari Trades in ARCS
Dec. 17 - Dec. 18

**Exhibit**

**9**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 62 | 12/17/2020 9:33:03 AM | BUY | 18032.00 | FASSARI | ANDREW | ARCS | EXECUTED | 18032 | 0.01600 | 18,032 | 0.016 | -$288.51 | 11,815,536 | -$193,304.24 |
| 63 | 12/17/2020 9:33:03 AM | BUY | 344399.00 | FASSARI | ANDREW | ARCS | EXECUTED | 344399 | 0.01600 | 344,399 | 0.016 | -$5,510.38 | 12,159,935 | -$198,814.63 |
| 64 | 12/17/2020 9:33:23 AM | BUY | 340065.00 | FASSARI | ANDREW | ARCS | EXECUTED | 340065 | 0.01590 | 340,065 | 0.0159 | -$5,407.03 | 12,500,000 | -$204,221.66 |
| 65 | 12/17/2020 9:33:24 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01590 | 500,000 | 0.0159 | -$7,950.00 | 13,000,000 | -$212,171.66 |
| 66 | 12/17/2020 9:33:47 AM | BUY | 37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01587 | 37,500 | 0.01587 | -$595.13 | 13,037,500 | -$212,766.79 |
| 67 | 12/17/2020 9:33:53 AM | BUY | 37500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 37500 | 0.01570 | 37,500 | 0.0157 | -$588.75 | 13,075,000 | -$213,355.54 |
| 68 | 12/17/2020 9:33:56 AM | BUY | 3947.00 | FASSARI | ANDREW | ARCS | EXECUTED | 3947 | 0.01550 | 3,947 | 0.0155 | -$61.18 | 13,078,947 | -$213,416.72 |
| 69 | 12/17/2020 9:34:12 AM | BUY | 160000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 160000 | 0.01520 | 160,000 | 0.0152 | -$2,432.00 | 13,238,947 | -$215,848.72 |
| 70 | 12/17/2020 9:34:16 AM | BUY | 72500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 72500 | 0.01550 | 72,500 | 0.0155 | -$1,123.75 | 13,311,447 | -$216,972.47 |
| 71 | 12/17/2020 9:34:19 AM | BUY | 188553.00 | FASSARI | ANDREW | ARCS | EXECUTED | 188553 | 0.01550 | 188,553 | 0.0155 | -$2,922.57 | 13,500,000 | -$219,895.04 |
| 72 | 12/17/2020 9:35:54 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01460 | 250,000 | 0.0146 | -$3,650.00 | 13,750,000 | -$223,545.04 |
| 73 | 12/17/2020 9:35:54 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01500 | 500,000 | 0.015 | -$7,500.00 | 14,250,000 | -$231,045.04 |
| 74 | 12/17/2020 9:35:59 AM | BUY | 23241.00 | FASSARI | ANDREW | ARCS | EXECUTED | 23241 | 0.01500 | 23,241 | 0.015 | -$348.62 | 14,273,241 | -$231,393.65 |
| 75 | 12/17/2020 9:35:59 AM | BUY | 171778.00 | FASSARI | ANDREW | ARCS | EXECUTED | 171778 | 0.01500 | 171,778 | 0.015 | -$2,576.67 | 14,445,019 | -$233,970.32 |
| 76 | 12/17/2020 9:36:06 AM | BUY | 1000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000 | 0.01480 | 1,000 | 0.0148 | -$14.80 | 14,446,019 | -$233,985.12 |
| 77 | 12/17/2020 9:36:08 AM | BUY | 250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.01510 | 250,000 | 0.0151 | -$3,775.00 | 14,696,019 | -$237,760.12 |
| 78 | 12/17/2020 9:36:13 AM | BUY | 47780.00 | FASSARI | ANDREW | ARCS | EXECUTED | 47780 | 0.01500 | 47,780 | 0.015 | -$716.70 | 14,743,799 | -$238,476.82 |
| 79 | 12/17/2020 9:36:13 AM | BUY | 23000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 23000 | 0.01510 | 23,000 | 0.0151 | -$347.30 | 14,766,799 | -$238,824.12 |
| 80 | 12/17/2020 9:36:26 AM | BUY | 112000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 112000 | 0.01500 | 112,000 | 0.015 | -$1,680.00 | 14,878,799 | -$240,504.12 |
| 81 | 12/17/2020 9:36:30 AM | BUY | 1567500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1567500 | 0.01510 | 1,567,500 | 0.0151 | -$23,669.25 | 16,446,299 | -$264,173.37 |
| 82 | 12/17/2020 9:37:39 AM | BUY | 27000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 27000 | 0.01575 | 27,000 | 0.01575 | -$425.25 | 16,473,299 | -$264,598.62 |
| 83 | 12/17/2020 9:37:43 AM | BUY | 1507909.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1507909 | 0.01600 | 1,507,909 | 0.016 | -$24,126.54 | 17,981,208 | -$288,725.17 |
| 84 | 12/17/2020 9:37:47 AM | BUY | 64597.00 | FASSARI | ANDREW | ARCS | EXECUTED | 64597 | 0.01700 | 64,597 | 0.017 | -$1,098.15 | 18,045,805 | -$289,823.32 |
| 85 | 12/17/2020 9:37:47 AM | BUY | 400494.00 | FASSARI | ANDREW | ARCS | EXECUTED | 400494 | 0.01700 | 400,494 | 0.017 | -$6,808.40 | 18,446,299 | -$296,631.71 |
| 86 | 12/17/2020 9:39:13 AM | BUY | 5071.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5071 | 0.01600 | 5,071 | 0.016 | -$81.14 | 18,451,370 | -$296,712.85 |
| 87 | 12/17/2020 9:39:13 AM | BUY | 490000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 490000 | 0.01600 | 490,000 | 0.016 | -$7,840.00 | 18,941,370 | -$304,552.85 |
| 88 | 12/17/2020 9:39:50 AM | BUY | 23880.00 | FASSARI | ANDREW | ARCS | EXECUTED | 23880 | 0.01600 | 23,880 | 0.016 | -$382.08 | 18,965,250 | -$304,934.93 |
| 89 | 12/17/2020 9:40:16 AM | BUY | 3600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 3600 | 0.01600 | 3,600 | 0.016 | -$57.60 | 18,968,850 | -$304,992.53 |
| 90 | 12/17/2020 9:40:24 AM | BUY | 4929.00 | FASSARI | ANDREW | ARCS | EXECUTED | 4929 | 0.01600 | 4,929 | 0.016 | -$78.86 | 18,973,779 | -$305,071.39 |
| 91 | 12/17/2020 9:40:24 AM | BUY | 95071.00 | FASSARI | ANDREW | ARCS | EXECUTED | 95071 | 0.01600 | 95,071 | 0.016 | -$1,521.14 | 19,068,850 | -$306,592.53 |
| 92 | 12/17/2020 9:41:17 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01650 | 500,000 | 0.0165 | -$8,250.00 | 19,568,850 | -$314,842.53 |
| 93 | 12/17/2020 9:41:28 AM | BUY | 472520.00 | FASSARI | ANDREW | ARCS | EXECUTED | 472520 | 0.01600 | 472,520 | 0.016 | -$7,560.32 | 20,041,370 | -$322,402.85 |
| 94 | 12/17/2020 9:41:28 AM | BUY | 51087.00 | FASSARI | ANDREW | ARCS | EXECUTED | 51087 | 0.01600 | 51,087 | 0.016 | -$817.39 | 20,092,457 | -$323,220.24 |
| 95 | 12/17/2020 9:41:47 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01600 | 500,000 | 0.016 | -$8,000.00 | 20,592,457 | -$331,220.24 |
| 96 | 12/17/2020 9:41:49 AM | BUY | 404929.00 | FASSARI | ANDREW | ARCS | EXECUTED | 404929 | 0.01600 | 404,929 | 0.016 | -$6,478.86 | 20,997,386 | -$337,699.11 |
| 97 | 12/17/2020 9:41:54 AM | BUY | 448913.00 | FASSARI | ANDREW | ARCS | EXECUTED | 448913 | 0.01600 | 448,913 | 0.016 | -$7,182.61 | 21,446,299 | -$344,881.71 |
| 98 | 12/17/2020 9:42:14 AM | BUY | 2000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2000000 | 0.01610 | 2,000,000 | 0.0161 | -$32,200.00 | 23,446,299 | -$377,081.71 |
| 99 | 12/17/2020 9:42:33 AM | BUY | 170000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 170000 | 0.01590 | 170,000 | 0.0159 | -$2,703.00 | 23,616,299 | -$379,784.71 |
| 100 | 12/17/2020 9:42:36 AM | BUY | 150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.01600 | 150,000 | 0.016 | -$2,400.00 | 23,766,299 | -$382,184.71 |
| 101 | 12/17/2020 9:42:39 AM | BUY | 270951.00 | FASSARI | ANDREW | ARCS | EXECUTED | 270951 | 0.01590 | 270,951 | 0.0159 | -$4,308.12 | 24,037,250 | -$386,492.83 |
| 102 | 12/17/2020 9:42:39 AM | BUY | 1500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1500000 | 0.01650 | 1,500,000 | 0.0165 | -$24,750.00 | 25,537,250 | -$411,242.83 |
| 103 | 12/17/2020 9:42:47 AM | BUY | 40000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 40000 | 0.01745 | 40,000 | 0.01745 | -$698.00 | 25,577,250 | -$411,940.83 |
| 104 | 12/17/2020 9:42:47 AM | BUY | 230000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 230000 | 0.01745 | 230,000 | 0.01745 | -$4,013.50 | 25,807,250 | -$415,954.33 |
| 105 | 12/17/2020 9:42:47 AM | BUY | 230000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 230000 | 0.01745 | 230,000 | 0.01745 | -$4,013.50 | 26,037,250 | -$419,967.83 |
| 106 | 12/17/2020 9:42:47 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01745 | 500,000 | 0.01745 | -$8,725.00 | 26,537,250 | -$428,692.83 |
| 107 | 12/17/2020 9:42:47 AM | BUY | 1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.01745 | 1,000,000 | 0.01745 | -$17,450.00 | 27,537,250 | -$446,142.83 |
| 108 | 12/17/2020 9:43:39 AM | BUY | 500000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 500000 | 0.01700 | 500,000 | 0.017 | -$8,500.00 | 28,037,250 | -$454,642.83 |
| 109 | 12/17/2020 9:43:41 AM | BUY | 1409049.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1409049 | 0.01700 | 1,409,049 | 0.017 | -$23,953.83 | 29,446,299 | -$478,596.67 |
| 110 | 12/17/2020 9:46:31 AM | BUY | 105000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 105000 | 0.01575 | 105,000 | 0.01575 | -$1,653.75 | 29,551,299 | -$480,250.42 |
| 111 | 12/17/2020 9:46:43 AM | BUY | 395000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 395000 | 0.01690 | 395,000 | 0.0169 | -$6,675.50 | 29,946,299 | -$486,925.92 |
| 112 | 12/17/2020 9:58:12 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01780 | 10,000 | 0.0178 | -$178.00 | 29,956,299 | -$487,103.92 |
| 113 | 12/17/2020 9:58:16 AM | BUY | 179895.00 | FASSARI | ANDREW | ARCS | EXECUTED | 179895 | 0.01800 | 179,895 | 0.018 | -$3,238.11 | 30,136,194 | -$490,342.03 |
| 114 | 12/17/2020 9:58:16 AM | BUY | 179895.00 | FASSARI | ANDREW | ARCS | EXECUTED | 179895 | 0.01800 | 179,895 | 0.018 | -$3,238.11 | 30,316,089 | -$493,580.14 |
| 115 | 12/17/2020 9:58:17 AM | BUY | 130210.00 | FASSARI | ANDREW | ARCS | EXECUTED | 130210 | 0.01840 | 130,210 | 0.0184 | -$2,395.86 | 30,446,299 | -$495,976.00 |
| 116 | 12/17/2020 10:12:21 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01700 | 100,000 | 0.017 | -$1,700.00 | 30,546,299 | -$497,676.00 |
| 117 | 12/17/2020 10:12:35 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01720 | 100,000 | 0.0172 | -$1,720.00 | 30,646,299 | -$499,396.00 |
| 118 | 12/17/2020 10:12:38 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01720 | 10,000 | 0.0172 | -$172.00 | 30,656,299 | -$499,568.00 |
| 119 | 12/17/2020 10:12:38 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01720 | 10,000 | 0.0172 | -$172.00 | 30,666,299 | -$499,740.00 |
| 120 | 12/17/2020 10:12:52 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01730 | 10,000 | 0.0173 | -$173.00 | 30,676,299 | -$499,913.00 |
| 121 | 12/17/2020 10:13:04 AM | BUY | 20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.01765 | 20,000 | 0.01765 | -$353.00 | 30,696,299 | -$500,266.00 |

Summary of E*Trade Blotter
Fassari Trades in ARCS
Dec. 17 - Dec. 18

| | Event Timestamp | Order_Action_Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | 12/17/2020 10:13:08 AM | BUY | 980000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 980000 | 0.01780 | 980,000 | 0.0178 | -$17,444.00 | 31,676,299 | -$517,710.00 |
| 123 | 12/17/2020 10:13:29 AM | BUY | 180000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 180000 | 0.01820 | 180,000 | 0.0182 | -$3,276.00 | 31,856,299 | -$520,986.00 |
| 124 | 12/17/2020 10:13:39 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01830 | 10,000 | 0.0183 | -$183.00 | 31,866,299 | -$521,169.00 |
| 125 | 12/17/2020 10:13:46 AM | BUY | 990000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 990000 | 0.01850 | 990,000 | 0.0185 | -$18,315.00 | 32,856,299 | -$539,484.00 |
| 126 | 12/17/2020 10:14:12 AM | BUY | 1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.01870 | 1,000,000 | 0.0187 | -$18,700.00 | 33,856,299 | -$558,184.00 |
| 127 | 12/17/2020 10:20:51 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01880 | 10,000 | 0.0188 | -$188.00 | 33,866,299 | -$558,372.00 |
| 128 | 12/17/2020 10:20:53 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.01890 | 200,000 | 0.0189 | -$3,780.00 | 34,066,299 | -$562,152.00 |
| 129 | 12/17/2020 10:20:57 AM | BUY | 177019.00 | FASSARI | ANDREW | ARCS | EXECUTED | 177019 | 0.01890 | 177,019 | 0.0189 | -$3,345.66 | 34,243,318 | -$565,497.66 |
| 130 | 12/17/2020 10:20:59 AM | BUY | 15000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 15000 | 0.01900 | 15,000 | 0.019 | -$285.00 | 34,258,318 | -$565,782.66 |
| 131 | 12/17/2020 10:20:59 AM | BUY | 87000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 87000 | 0.01900 | 87,000 | 0.019 | -$1,653.00 | 34,345,318 | -$567,435.66 |
| 132 | 12/17/2020 10:20:59 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.01900 | 200,000 | 0.019 | -$3,800.00 | 34,545,318 | -$571,235.66 |
| 133 | 12/17/2020 10:21:02 AM | BUY | 55000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 55000 | 0.01940 | 55,000 | 0.0194 | -$1,067.00 | 34,600,318 | -$572,302.66 |
| 134 | 12/17/2020 10:21:07 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01940 | 10,000 | 0.0194 | -$194.00 | 34,610,318 | -$572,496.66 |
| 135 | 12/17/2020 10:21:07 AM | BUY | 45981.00 | FASSARI | ANDREW | ARCS | EXECUTED | 45981 | 0.01950 | 45,981 | 0.0195 | -$896.63 | 34,656,299 | -$573,393.29 |
| 136 | 12/17/2020 10:21:07 AM | BUY | 200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.01930 | 200,000 | 0.0193 | -$3,860.00 | 34,856,299 | -$577,253.29 |
| 137 | 12/17/2020 10:21:33 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01900 | 10,000 | 0.019 | -$190.00 | 34,866,299 | -$577,443.29 |
| 138 | 12/17/2020 10:22:06 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01960 | 100,000 | 0.0196 | -$1,960.00 | 34,966,299 | -$579,403.29 |
| 139 | 12/17/2020 10:22:14 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01960 | 100,000 | 0.0196 | -$1,960.00 | 35,066,299 | -$581,363.29 |
| 140 | 12/17/2020 10:22:19 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.01960 | 100,000 | 0.0196 | -$1,960.00 | 35,166,299 | -$583,323.29 |
| 141 | 12/17/2020 10:22:21 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01960 | 10,000 | 0.0196 | -$196.00 | 35,176,299 | -$583,519.29 |
| 142 | 12/17/2020 10:22:24 AM | BUY | 25510.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25510 | 0.01960 | 25,510 | 0.0196 | -$500.00 | 35,201,809 | -$584,019.29 |
| 143 | 12/17/2020 10:22:31 AM | BUY | 10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.01960 | 10,000 | 0.0196 | -$196.00 | 35,211,809 | -$584,215.29 |
| 144 | 12/17/2020 10:22:45 AM | BUY | 100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.02000 | 100,000 | 0.02 | -$2,000.00 | 35,311,809 | -$586,215.29 |
| 145 | 12/18/2020 9:30:06 AM | SELL | -640796.00 | FASSARI | ANDREW | ARCS | EXECUTED | 640796 | 0.00380 | -640,796 | 0.0038 | $2,435.02 | 34,671,013 | -$583,780.26 |
| 146 | 12/18/2020 9:30:10 AM | SELL | -5000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000000 | 0.00370 | -5,000,000 | 0.0037 | $18,500.00 | 29,671,013 | -$565,280.26 |
| 147 | 12/18/2020 9:30:14 AM | SELL | -90000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 90000 | 0.00370 | -90,000 | 0.0037 | $333.00 | 29,581,013 | -$564,947.26 |
| 148 | 12/18/2020 9:30:23 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00380 | -100,000 | 0.0038 | $380.00 | 29,481,013 | -$564,567.26 |
| 149 | 12/18/2020 9:30:28 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00380 | -100,000 | 0.0038 | $380.00 | 29,381,013 | -$564,187.26 |
| 150 | 12/18/2020 9:30:28 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00380 | -100,000 | 0.0038 | $380.00 | 29,281,013 | -$563,807.26 |
| 151 | 12/18/2020 9:30:31 AM | SELL | -5000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000000 | 0.00400 | -5,000,000 | 0.004 | $20,000.00 | 24,281,013 | -$543,807.26 |
| 152 | 12/18/2020 9:30:32 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00380 | -100,000 | 0.0038 | $380.00 | 24,181,013 | -$543,427.26 |
| 153 | 12/18/2020 9:30:33 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00384 | -100,000 | 0.00384 | $384.00 | 24,081,013 | -$543,043.26 |
| 154 | 12/18/2020 9:30:38 AM | SELL | -125000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 125000 | 0.00390 | -125,000 | 0.0039 | $487.50 | 23,956,013 | -$542,555.76 |
| 155 | 12/18/2020 9:30:39 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.00390 | -150,000 | 0.0039 | $585.00 | 23,806,013 | -$541,970.76 |
| 156 | 12/18/2020 9:30:41 AM | SELL | -87500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 87500 | 0.00384 | -87,500 | 0.00384 | $336.00 | 23,718,513 | -$541,634.76 |
| 157 | 12/18/2020 9:30:42 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00380 | -100,000 | 0.0038 | $380.00 | 23,618,513 | -$541,254.76 |
| 158 | 12/18/2020 9:30:44 AM | SELL | -800000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 800000 | 0.00390 | -800,000 | 0.0039 | $3,120.00 | 22,818,513 | -$538,134.76 |
| 159 | 12/18/2020 9:30:44 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00390 | -100,000 | 0.0039 | $390.00 | 22,718,513 | -$537,744.76 |
| 160 | 12/18/2020 9:30:45 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.00390 | -10,000 | 0.0039 | $39.00 | 22,708,513 | -$537,705.76 |
| 161 | 12/18/2020 9:30:46 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.00390 | -150,000 | 0.0039 | $585.00 | 22,558,513 | -$537,120.76 |
| 162 | 12/18/2020 9:30:49 AM | SELL | -2544204.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2544204 | 0.00380 | -2,544,204 | 0.0038 | $9,667.98 | 20,014,309 | -$527,452.79 |
| 163 | 12/18/2020 9:30:53 AM | SELL | -4702500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 4702500 | 0.00420 | -4,702,500 | 0.0042 | $19,750.50 | 15,311,809 | -$507,702.29 |
| 164 | 12/18/2020 9:31:31 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.00495 | -10,000 | 0.00495 | $49.50 | 15,301,809 | -$507,652.79 |
| 165 | 12/18/2020 9:31:32 AM | SELL | -2000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 2000 | 0.00495 | -2,000 | 0.00495 | $9.90 | 15,299,809 | -$507,642.89 |
| 166 | 12/18/2020 9:31:32 AM | SELL | -75250.00 | FASSARI | ANDREW | ARCS | EXECUTED | 75250 | 0.00495 | -75,250 | 0.00495 | $372.49 | 15,224,559 | -$507,270.40 |
| 167 | 12/18/2020 9:31:32 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00495 | -100,000 | 0.00495 | $495.00 | 15,124,559 | -$506,775.40 |
| 168 | 12/18/2020 9:31:32 AM | SELL | -690000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 690000 | 0.00495 | -690,000 | 0.00495 | $3,415.50 | 14,434,559 | -$503,359.90 |
| 169 | 12/18/2020 9:31:34 AM | SELL | -20000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 20000 | 0.00495 | -20,000 | 0.00495 | $99.00 | 14,414,559 | -$503,260.90 |
| 170 | 12/18/2020 9:31:36 AM | SELL | -800000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 800000 | 0.00495 | -800,000 | 0.00495 | $3,960.00 | 13,614,559 | -$499,300.90 |
| 171 | 12/18/2020 9:31:39 AM | SELL | -100000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 100000 | 0.00495 | -100,000 | 0.00495 | $495.00 | 13,514,559 | -$498,805.90 |
| 172 | 12/18/2020 9:31:49 AM | SELL | -5000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 5000000 | 0.00490 | -5,000,000 | 0.0049 | $24,500.00 | 8,514,559 | -$474,305.90 |
| 173 | 12/18/2020 9:31:55 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.00495 | -10,000 | 0.00495 | $49.50 | 8,504,559 | -$474,256.40 |
| 174 | 12/18/2020 9:31:58 AM | SELL | -390000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 390000 | 0.00495 | -390,000 | 0.00495 | $1,930.50 | 8,114,559 | -$472,325.90 |
| 175 | 12/18/2020 9:32:05 AM | SELL | -92494.00 | FASSARI | ANDREW | ARCS | EXECUTED | 92494 | 0.00495 | -92,494 | 0.00495 | $457.85 | 8,022,065 | -$471,868.05 |
| 176 | 12/18/2020 9:32:06 AM | SELL | -90000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 90000 | 0.00495 | -90,000 | 0.00495 | $445.50 | 7,932,065 | -$471,422.55 |
| 177 | 12/18/2020 9:32:07 AM | SELL | -91000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 91000 | 0.00495 | -91,000 | 0.00495 | $450.45 | 7,841,065 | -$470,972.10 |
| 178 | 12/18/2020 9:32:24 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 7,811,065 | -$470,825.10 |
| 179 | 12/18/2020 9:32:24 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 7,781,065 | -$470,678.10 |
| 180 | 12/18/2020 9:32:24 AM | SELL | -1147500.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1147500 | 0.00500 | -1,147,500 | 0.005 | $5,737.50 | 6,633,565 | -$464,940.60 |
| 181 | 12/18/2020 9:32:25 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,603,565 | -$464,793.60 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Event Timestamp | Order_Action_ Type | Quan | Last Name | First Name | Security Symbol Desc | Event Type Definition | Event Quantity | Event Execution Price | SEC Calc quan | Event Execution Price | Sec Cal Gross | Running sum quan | Running Sum Gross |
| 182 | 12/18/2020 9:32:25 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,573,565 | -$464,646.60 |
| 183 | 12/18/2020 9:32:28 AM | SELL | -50000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 50000 | 0.00500 | -50,000 | 0.005 | $250.00 | 6,523,565 | -$464,396.60 |
| 184 | 12/18/2020 9:32:30 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,493,565 | -$464,249.60 |
| 185 | 12/18/2020 9:32:30 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,463,565 | -$464,102.60 |
| 186 | 12/18/2020 9:32:30 AM | SELL | -60000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 60000 | 0.00500 | -60,000 | 0.005 | $300.00 | 6,403,565 | -$463,802.60 |
| 187 | 12/18/2020 9:32:31 AM | SELL | -8255.00 | FASSARI | ANDREW | ARCS | EXECUTED | 8255 | 0.00500 | -8,255 | 0.005 | $41.28 | 6,395,310 | -$463,761.33 |
| 188 | 12/18/2020 9:32:31 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,365,310 | -$463,614.33 |
| 189 | 12/18/2020 9:32:32 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,335,310 | -$463,467.33 |
| 190 | 12/18/2020 9:32:33 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,305,310 | -$463,320.33 |
| 191 | 12/18/2020 9:32:34 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 6,275,310 | -$463,173.33 |
| 192 | 12/18/2020 9:32:34 AM | SELL | -250000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 250000 | 0.00500 | -250,000 | 0.005 | $1,250.00 | 6,025,310 | -$461,923.33 |
| 193 | 12/18/2020 9:32:35 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 5,995,310 | -$461,776.33 |
| 194 | 12/18/2020 9:32:36 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 5,965,310 | -$461,629.33 |
| 195 | 12/18/2020 9:32:37 AM | SELL | -30000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 30000 | 0.00490 | -30,000 | 0.0049 | $147.00 | 5,935,310 | -$461,482.33 |
| 196 | 12/18/2020 9:32:40 AM | SELL | -94245.00 | FASSARI | ANDREW | ARCS | EXECUTED | 94245 | 0.00500 | -94,245 | 0.005 | $471.23 | 5,841,065 | -$461,011.10 |
| 197 | 12/18/2020 9:32:42 AM | SELL | -487600.00 | FASSARI | ANDREW | ARCS | EXECUTED | 487600 | 0.00495 | -487,600 | 0.00495 | $2,413.62 | 5,353,465 | -$458,597.48 |
| 198 | 12/18/2020 9:32:46 AM | SELL | -1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.00495 | -1,000,000 | 0.00495 | $4,950.00 | 4,353,465 | -$453,647.48 |
| 199 | 12/18/2020 9:32:59 AM | SELL | -239149.00 | FASSARI | ANDREW | ARCS | EXECUTED | 239149 | 0.00485 | -239,149 | 0.00485 | $1,159.87 | 4,114,316 | -$452,487.61 |
| 200 | 12/18/2020 9:33:01 AM | SELL | -113851.00 | FASSARI | ANDREW | ARCS | EXECUTED | 113851 | 0.00440 | -113,851 | 0.0044 | $500.94 | 4,000,465 | -$451,986.67 |
| 201 | 12/18/2020 9:33:12 AM | SELL | -133333.00 | FASSARI | ANDREW | ARCS | EXECUTED | 133333 | 0.00435 | -133,333 | 0.00435 | $580.00 | 3,867,132 | -$451,406.67 |
| 202 | 12/18/2020 9:33:20 AM | SELL | -26000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 26000 | 0.00400 | -26,000 | 0.004 | $104.00 | 3,841,132 | -$451,302.67 |
| 203 | 12/18/2020 9:33:22 AM | SELL | -1340.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1340 | 0.00390 | -1,340 | 0.0039 | $5.23 | 3,839,792 | -$451,297.44 |
| 204 | 12/18/2020 9:33:22 AM | SELL | -118205.00 | FASSARI | ANDREW | ARCS | EXECUTED | 118205 | 0.00390 | -118,205 | 0.0039 | $461.00 | 3,721,587 | -$450,836.44 |
| 205 | 12/18/2020 9:33:35 AM | SELL | -253096.00 | FASSARI | ANDREW | ARCS | EXECUTED | 253096 | 0.00390 | -253,096 | 0.0039 | $987.07 | 3,468,491 | -$449,849.37 |
| 206 | 12/18/2020 9:33:44 AM | SELL | -200000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 200000 | 0.00390 | -200,000 | 0.0039 | $780.00 | 3,268,491 | -$449,069.37 |
| 207 | 12/18/2020 9:33:46 AM | SELL | -150000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 150000 | 0.00395 | -150,000 | 0.00395 | $592.50 | 3,118,491 | -$448,476.87 |
| 208 | 12/18/2020 9:34:46 AM | SELL | -637659.00 | FASSARI | ANDREW | ARCS | EXECUTED | 637659 | 0.00380 | -637,659 | 0.0038 | $2,423.10 | 2,480,832 | -$446,053.76 |
| 209 | 12/18/2020 9:35:01 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.00380 | -25,000 | 0.0038 | $95.00 | 2,455,832 | -$445,958.76 |
| 210 | 12/18/2020 9:35:07 AM | SELL | -337341.00 | FASSARI | ANDREW | ARCS | EXECUTED | 337341 | 0.00390 | -337,341 | 0.0039 | $1,315.63 | 2,118,491 | -$444,643.13 |
| 211 | 12/18/2020 9:35:07 AM | SELL | -262659.00 | FASSARI | ANDREW | ARCS | EXECUTED | 262659 | 0.00390 | -262,659 | 0.0039 | $1,024.37 | 1,855,832 | -$443,618.76 |
| 212 | 12/18/2020 9:35:10 AM | SELL | -400000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 400000 | 0.00400 | -400,000 | 0.004 | $1,600.00 | 1,455,832 | -$442,018.76 |
| 213 | 12/18/2020 9:35:14 AM | SELL | -337341.00 | FASSARI | ANDREW | ARCS | EXECUTED | 337341 | 0.00390 | -337,341 | 0.0039 | $1,315.63 | 1,118,491 | -$440,703.13 |
| 214 | 12/18/2020 9:35:14 AM | SELL | -1000000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 1000000 | 0.00390 | -1,000,000 | 0.0039 | $3,900.00 | 118,491 | -$436,803.13 |
| 215 | 12/18/2020 9:35:35 AM | SELL | -10000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 10000 | 0.00415 | -10,000 | 0.00415 | $41.50 | 108,491 | -$436,761.63 |
| 216 | 12/18/2020 9:35:35 AM | SELL | -25000.00 | FASSARI | ANDREW | ARCS | EXECUTED | 25000 | 0.00415 | -25,000 | 0.00415 | $103.75 | 83,491 | -$436,657.88 |
| 217 | 12/18/2020 9:35:35 AM | SELL | -83491.00 | FASSARI | ANDREW | ARCS | EXECUTED | 83491 | 0.00415 | -83,491 | 0.00415 | $346.49 | 0 | -$436,311.40 |

| | TIME (ET) | DATE | STATEMENTS | ATTACHMENTS |
|---|---|---|---|---|
| 1 | 10:46 AM | Dec. 9, 2020 | 15 Min till my new alert that I am expecting 3000% minimum $TSNP $BRTX $TSLA $WOGI $STHC $TPTW $WDLF $AAPL $blvd | |
| 2 | 10:57 AM | Dec. 9, 2020 | OK GUYS! THE NEW ALERT IS $ARCS!! I will share what i have uncovered the past 24 hours with you all! :smile: Lets buy! #stocks #alert #pennystocks #ocmillionaire | |
| 3 | 11:04 AM | Dec. 9, 2020 | $ARCS i will share what i have uncovered in the last 24 hours with you! Give me a few moments to load emails from the ceo on the big short squeeze that is coming! I just bought OOs! WEEEEE | |
| 4 | 11:23 AM | Dec. 9, 2020 | $ARCS this is one of the emails i got today when i checked my inbox. I have others and i will share with you all and this is prob one of the biggest #cannabis #stocks I have seen since the days of $FITX who did 50,000 sq ft with a 3.5 billion float. We have 20* that. $tsnp $IGPK | Email screenshot attached |
| 5 | 12:10 PM | Dec. 9, 2020 | $ARCS 380,000 indoor cultivation 1 Million+ sq ft processing. WEEEEEEEEE<br>This CEO has big plans for us. It will move like $TSNP. I bought more at 0055.<br>:) #potstocks #cannabis Stlry $ACB #stockmarketnews #stockmarket<br>@cannabisnewsnet @TMCCTweets @CannabisCulture @CannabisWire | |
| 6 | 12:28 PM | Dec. 9, 2020 | $ARCS is about to set a new standard In the American cannabis industry. Our mission is to become the most known cannabis company in the U.S market. And we will achieve that with the help of some of the leading forces in the sector.~ #cannabis #potstocks #pennystocks #lowfloat | |
| 7 | 1:31 PM | Dec. 9, 2020 | .0094 close enough .... Here is the 2nd email i received for this 1.4 million sq ft #cannabis behemoth. Big share reduction coming.#CannabisCommunity #Cannab1sNews i<cannabisindustry .-stocks #pennystocks #bullish #stockmarketnews #stockmarket #trading #stockstowatch #StocksToBuy | Email screenshot attached |
| 8 | 1:49 PM | Dec. 9, 2020 | $ARCS 01 + today .10+ coming. It will squeeze and they have a ton of news coming and backed by huge investors for its #cannabis operations. I encourage all to reach out to the CEO. He is honest and going to bring value to shareholders. | |
| 9 | 3:43 PM | Dec. 9, 2020 | $ARCS i told you all to hold. After all the wonderful emails i posted some just couldnt see the future. Now you get left in da dust. [emoji] .10+ coming. #pots tocks -!#cannabis -#shortsqueeze Next STSNP for sure! | |
| 10 | 3:49 PM | Dec. 9, 2020 | Shorts are FRYING on $ARCS right now. LIKE I ALWAYS TELL YOU ALL DO YOUR DD. $ARCS WILL BE THE NEXT BlG #CANNBIS CO AND BE ABOVE .15 LIKE $tsnp RAN. 500 MILLION SHARE REDUCTION COMING ACCORDING TO MY EMAILS ANO BIG INVESTORS WITH 1.4 MILLION SQ FT IN GROWING AND PROCESSING. | |

**Exhibit**

**10**

exhibitsticker.com

| 11 | 4:28 PM | Dec. 9, 2020 | $ARCS i told you all didn't I? I try to make as much$$ for people as I can. Some listen, some dont, some hear but do not do. I want to see everyone maximize themselves in life. This will be a life changer. #potstocks #cannabis #cannabisNews #cannabismedicinal #medicalmarijuana twitter.com/GainsDayTrades ... | Quoted tweet unavailable |
|----|---------|--------------|---|---|
| 12 | 4:57 PM | Dec. 9, 2020 | l have $arcs revenue #s i will be posting tonight for the valuation of the current grow operations, not only that. .. they are EXPANDING out of state to OTHER BIGGER operations. THIS WILL RUN LIKE S$TSNP. Make no mistake. Again, read below on emails. 1.4 million sq ft $TLRY $ACB | Email screenshots attached |
| 13 | 5:15 PM | Dec. 9, 2020 | Since you all love screen shots so much ... does this count? @GoonOfWallSt $ARCS $TSNP $BLDV $WOGI $IGPK $TPTW $TSLA $DPW $TOPS $AAPL $FB $BABA | Trading account screenshot attached |
| 14 | 5:59 PM | Dec. 9, 2020 | Ok folks please read it slowly ... now you all know why I am giving $ARCS a .85 cent share valuation. Again, you can verify EVERYTHING with CEO. Next $TSNP guys. Dont miss it!!! $TLRY $ACB $IGPK $WOGI $ARCS $AAPL #stocks #potstocks #cannabis #cannabisstocks | Link to Arcis Resources InvestorsHub post attached |
| 15 | 7:37 PM | Dec. 9, 2020 | $ARCS to put things in perspective with share structures, $TSNP hit .35 ... $ENZC has a float of 1.67 billion an OS of 2.75 billion hit .10, TSN has 3.5 billion and we have 1.3 OS with 578 million RESTRICTED on their way to be retired. Float is less than 715 million =.84 cents .. | |
| 16 | 7:49 PM | Dec. 9, 2020 | Oh and by the way, I have one last email i will share that will show you not only what $ARCS is doing, but what they have in store for us. Let them get settled in. I will post it tomorrow hopefully at or above .03 cents a share :) .84 cent value, pure #cannabis w/1.4 MILL sq ft. | |
| 17 | 8:59 PM | Dec. 9, 2020 | $ARCS another email confirmation. See, I got your back ya'll | Email screenshot attached |
| 18 | 10:12 PM | Dec. 9, 2020 | $ARCS WEEEEEEE dont forget about the other 1,000,000 sq ft processing center they have! | Quoting Twitter handle @GainsDayTrades "$ARCS confirmed with the company myself to dispel any rumors. They officially have a 380,000 sq ft cultivation facility for cannabis and is expecting to return to current status hopefully by the end of december. Conduct your own due dilligence before concluding" with an email from ARCS to support. |

| 19 | 12:13 AM | Dec. 10, 2020 | $ARCS perspective ... Just the 1 million sq ft facility alone compared to $HEXO ... which is trading at .98 cents. 1 attached HEXOS facility .... now we don't know where the 1 million sq ft $ARCS is BUT we know it IS completed! SS of HEXO is 488,000,000 OS shares ... hit a high of 1.30 | HEXO grow facility pictures attached |
|---|---|---|---|---|
| 20 | 12:19 AM | Dec. 10, 2020 | . "Growers and other observers estimated that indoor-grown cannabis was at $1,700-$2,200 per pound, observers said. They also noted that most of that $2,000-plus crop was coming from boutique cultivators growing relatively small amounts, like 10-20 pounds" $ARCS | |
| 21 | 8:24 AM | Dec. 10, 2020 | $ARCS, after speaking with CEO last night I am adjusting my price targets significantly. I think we see .10-15 in 1-2 weeks from now but ultimately over .3 by end of Jan. They have massive scalability and already have licenses and operations compared to $TLRY $ACS and $HEXO | |
| 22 | 8:24 AM | Dec. 10, 2020 | Go look at any big co's and you can easily :see how much bigger $ARCS is than most #cannabis #Stocks and #potstocks. I will post my other emails today ... and remember ... $HEXO has only 1 million sq ft that isn't built out and 600 employees. CEO said they have big plans for us | Email screenshots attached |
| 23 | 9:17 AM | Dec. 10, 2020 | "$ARCS is about to set a new standard in the American #cannabis industry . ... most known cannabis company in the U.S market."<br>-The most known<br>-Leading forces<br>-500 million share retirement<br>380,000 sq ft grow<br>1 million sq ft facility indoor for processing<br>-More acreage coming | |
| 24 | 9:47 AM | Dec. 10, 2020 | $ARCS here is another email i received. Again, you can all verify it with CEO:) On top of the current operations they have, they are EXPANDING out of<br>Colorado for BIGGER GROWS. #CannabisCommunity #cannabis #potstocks #stocks $TLRY $HEXO $acb | Email screenshot attached |
| 25 | 9:55 AM | Dec. 10, 2020 | Anyone who just sold $ARCS was a large flipper/ daytrader and FEAR took over people's emotions. You are about to find out how much of a big mistake that was | |
| 26 | 10:23 AM | Dec. 10, 2020 | $ARCS I will not back down on my price target. I will stand firm like I did on $TSNP. | |
| 27 | 10:42 AM | Dec. 10, 2020 | $ARCS I told you all. ... anyone selling doesn't understand. LOL Got more buddy twitter.com/Adamw5516/stat ... | Quoted tweet unavailable |
| 28 | 10:59 AM | Dec. 10, 2020 | $ARCS webpage just updated!!! WEEEEEEE NEWS 1S COMING!!! #potstocks #cannabis $TLRV $ACB $APHA | Arcis website screenshot attached |
| 29 | 11:02 AM | Dec. 10, 2020 | $arcs news!!! #cannabis #potstocks Dear shareholders,<br>A letter explaining our multi-state operation will be released.<br>It will explain in detail our plan of operation and how we are going to become one of the leading cannabis companies in the states. | |

| | | | Thank you for your patience | |
|---|---|---|---|---|
| 30 | 11:32 AM | Dec. 10, 2020 | Anyone in $TSNP looking for another crazy run .. $ARCS<br>-Multi state for #cannabis operations<br>-380,000 sq ft grow<br>- 1 million sq ft processing center<br>-No RS<br>-QB listing<br>-No debt or note-;<br>-Retirement of shares<br>-More grow operations to add to its size<br>-Headed to be biggest US op. | |
| 31 | 12:39 PM | Dec. 10, 2020 | $ARCS get in b4 "..the big n ews starts rolling out! | Link to Arcis Resources InvestorsHub post attached |
| 32 | 1:42 PM | Dec. 10, 2020 | People act like i was born yesterday. Bashing the heck out of me AFTER All THAT DD i did and brought to the table. Sending pm's to people saying i was selling. If anyone believed that lie then shame on you. The ones accusing others are the ones selling. Cheaters mentality $arcs | |
| 33 | 3:05 PM | Dec. 10, 2020 | looks like $ARCS just put up a new twitter! !! WEEEEEEE<br><br>arcisresourcescorp.com top left!<br><br>twitter.comjResourcesArcis | Link to Arcis webpage attached |
| 34 | 3:18 PM | Dec. 10, 2020 | Read this gentlemen's email, then read it again;) $ARCS | Email screenshots attached |
| 35 | 2:04 AM | Dec. 11, 2020 | $ARCS ... tomorrow Is your last chance to load low. I told you all 1000's of percent's comming. I am sticking to it. We should run another 3000-5000% from here. Don't miss it. | |
| 36 | 9:45 AM | Dec. 11, 2020 | $ARCS ! I told you all you listen to me! I got laughed at. bashed, threatened. You all will see what happens in the coming weeks. This will be the largest #cannabis company soon enough. #stocks #potstocks #stockmarket @CannabisNews @cannabisnewsnet @CNWMediaOnline #hemp t.CO/T 4e287HIWp | Quoted tweet unavailable |
| 37 | 9:48 AM | Dec. 11, 2020 | $ARCS share buyback! WOOO HOOOO .20++-,. Hereweee come guys! t.co/mJibNStXTT | Quoted tweet unavailable |
| 38 | 9:54 AM | Dec. 11, 2020 | $TSNP shareholders, come over to $ARCS! look at the updates! They will be reducing the OS by 577 million ANO buying shares in the open markt<br>-Share buyback<br>- Share retirement<br>-No dilution<br>-No reverse split<br>largest #cannbis operations in the #UnitedStates<br>twitter.com/ResourcesArcis ... | Quoted tweet unavailable |

| | | | | |
|---|---|---|---|---|
| 39 | 10:55 AM | Dec. 11, 2020 | $ARCS wow!!!!!!!!!!!!!!!!!! #potstocks #stocks #stockmarketnews $TLRY $HEXO $APHA $ACB !!!!!!!!!! t.co/4z7xMdvl0h | Quoted tweet unavailable |
| 40 | 11:53 AM | Dec. 11, 2020 | As i told you all before, .25++ coming and I'm not joking $TLRY $ACB $APHA $ARCS $HEXO $TSNP $BABA $AAPL $TSLA $FB $F $B $D $H #stocks #merger #CannabisCommunity #cannbisstocks #potstocks #greenstocks #stockstotrade #stockstobuy #stockstoown #trading #shortsqueeze #investing t .co/4z:7xMdvlDh | Quoted tweet unavailable |
| 41 | 12:14 PM | Dec. 11, 2020 | $ARCS Hedge fund coming in. Watch. 1.4 million sq ft $TSNP will look like child 's play and that was a BEAST. biggest #mj #cannabis #merger in the USA<br>no notes<br>no RS<br>no dilution<br>share buyback<br>share retirement<br>idk what else anyone needs to hear<br>$HEXO $ACS $TLRY $APHA $ACAN | |
| 42 | 1:35 PM | Dec. 11, 2020 | $ARCS selling pure foolishness. Friday beer sellers. Be patient guys. This has more than enough potential to see .85+ + + | |
| 43 | 1:38 PM | Dec. 11, 2020 | The $ARCS float has officially turned over at an avg price of .012. Get ready | |
| 44 | 3:27 PM | Dec. 11, 2020 | $ARCS all this selling ... LOL I dont buy it when people say they are holding .... HOWEVER .. someone .... someone BIG is buying .... updates on that coming .. ;) | |
| 45 | 3:40 PM | Dec. 11, 2020 | On top of the share retirement and share buy back. FOOLS are selling. $ARCS. Lco/nPPxM20HGS | Quoted tweet unavailable |
| 46 | 3:48 PM | Dec. 11, 2020 | $ARCS ... the top 10 #cannabis companies pull in over S145,000,000 million dollars in profit. Think!<br>$TLRY $HEXO $ACB $APHA Everything ANYONE COULD WANT ON THE OTC IS HERE WITHIN THIS COMPANY.<br>-BIGGEST #MJ #CANNABI #POTSTOCK #merger<br>-NO RS -NO CONVERTIBLES -Buyback and Retirement | |
| 47 | 4:00 PM | Dec. 11, 2020 | $ARCS .... BOOOOOM ... Just the start ... another 2500% to go. Short squeeze has officially started! I am sticking to my .25 short term price target and .85 cent target long term. | |
| 48 | 5:25 PM | Dec. 11, 2020 | $ARCS .... read hard ... sound familiar? $TSNP 2.0 ."We are in the PROCESS OF PURCHASING SHARES" shares out of the retail market. .. will be assigned to a NEW CLASS OF PREFERRED shares and LOCKED OUT of the market. . .Statement will come out at the END of the process." #cannabis #merger t.co/mjibNStXTT | Quoted tweet unavailable |
| 49 | 12:37 AM | Dec. 12, 2020 | Just received an email confirming today's tweets about $ARCS buyback. They will make an announcement on it next week in the shareholder letter per their tweet today. Guys, I | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | never ever .... EVER said something like this .... maybe .. just maybe ... this is a once in a lifetime stock. |  |
| 50 | 10:15 AM | Dec. 12, 2020 | $ARCS is painting a picture, and it's going to be a masterpiece. They have worked long and hard on this .... for US. Remember, be patient. The DD is there. |  |
| 51 | 2:54 PM | Dec. 12, 2020 | So some questions about $ARCS debtVnotes/ toxic lending they might have .. Again, there is ZERO. Absolutely none. They have stated it here: twitter.com/ResourcesArcis .. Also, the company coming in is SO BIG, they have there own funding. That is the reason for the retirement of shares | Email screenshot attached |
| 52 | 4:50 PM | Dec. 12, 2020 | $ARCS I have spent the last 5 hours writing this on why I believe it may be worth over 1$ some day. Please share retweet. tike. I truly believe we have uncovered a massive life changing #cannabis co. investorshub.advfn.comfboards/read_ms ... $tlry $apha $acan $hexo $acb #potstocks #StocksToBuy | Link to Arcis Resources InvestorsHub post attached |
| 53 | 3:21 AM | Dec. 13, 2020 | Well .. well .. well Get ready $ARCS | Reply tweet showing Arcis website "under construction" |
| 54 | 9:19 AM | Dec. 13, 2020 | $ARCS .... remember .... MULT1 State #cannabis and #MJ #potstocks operations ... bigger than anyone could imagine. tw1tter.com/idm316/status ... Sacb Shexo Sapha S TLRY Smcoa Sfb Sbaba Sstz | Quoted tweet unavailable |
| 55 | 3:52 PM | Dec. 13, 2020 | $ARCS buyback email. Confirmed. How much they will buy back we have yet to be informed but it WILL be addressed in the shareholder letter. This massive #mj #potstock and #cannabis co will be one for the ages. 1.4 mill sq ft. no RS, no dilution, double expanding, OS retirement | Attached image of email. |
| 56 | 11:34 PM | Dec. 13, 2020 | $ARCS Here is how they will become the BIGGEST #mJ #potstocks #cannabis #mJ in the industry next to $ACB $TLRY $APHA $ACAN $STZ $HEXO investorshub.advfn.com/boards/read_ms ...  #mmj #stocks #stockmarket #pennystocks #spac #investing #StocksToTrade #StocksTobuy #cannab1sculture @cannab1snewsnet | Link to Arcis Resources InvestorsHub post attached |
| 57 | 9:15 AM | Dec. 14, 2020 | $ARCS as of last Wednesday, over 520 million shares short at an avg price of .012. On top of their tweet updates on Friday, its about to be FRY-day. @buyinsnet  Biggest #merger on the #otc for an #mJ #potstodc. No RS, No Dilution, Share retirement, Share buyback. muti state ops | Excel short ARCS trading spreadsheet attached |
| 58 | 9:36 AM | Dec. 14, 2020 | $ARCS going over .05 today. #FOMO. Dont miss out and be stubborn about price when its worth .85 + + + 380,000 sq ft grow PLUS the 1 million sq ft facility for processing -Share retirement reduction from the OS -Share buyback(dont know the amount) -Current plans and goals |  |

| 59 | 9:36 AM | Dec. 14, 2020 | Future of the company, uplisting to bigger exchange, funding No RS<br>No Dilution or notes or any of that nasty sauce<br>The multi state deal they have with the big merging company<br>The expansion and size of expansion #cannbis #merger #mj #potstocks #greenrush #nasdaq #stockmarket | |
| 60 | 9:53 AM | Dec. 14, 2020 | $ARCS, folks this is just the start. Again, read ALL the DD and emails and ask yourself what you really own and what they are CURRENTLY DOING. $TLRY size operations already. They will double In size when the merger is competed. FACT. Dont sell yourselves short. #mJ #cannabis #MMJ | |
| 61 | 11:09 AM | Dec. 14, 2020 | $ARCS again, if you have any questions, you can email the company on the otcmarkets profile and verify the twitter and everything else that 1 0O's of people posted response to. lts gonna beee epic .<br>otcmarkets.com/stock/ARCS/pro ..<br><br>info@arcisresourcescorp.com<br><br>Raul Santos is the CEO. | |
| 62 | 11:42 AM | Dec. 14, 2020 | $ARCS churning for next leg. lots of people selling but again BIG BUYERS .... wonder where they are coming from??? Company? Buyback? Who knows? | |
| 63 | 12:37 PM | Dec. 14, 2020 | $ARCS gobbled up sellers. Your loss. LOOOOOOOOOL WEEEEEEEEEEEEEEEEEEEEEEEEEEEEE ....<br>comment WEEEEEEEEEEEEEEEEEEEEEEEEEEEEEE guys :D | |
| 64 | 12:58 PM | Dec. 14, 2020 | $ARCS AGAIN I Will SAY IT. KNOW WHAT YOU OWN. HOLDING ALL MY<br>SHARES WITH GRIP TlGHT FIST. We are going .85+ I dont care what the rest of you all think or do. God is good. This company is doing everything the right way. | |
| 65 | 1:11 PM | Dec. 14, 2020 | $ARCS today proves that gaps don't always fill. Suckas | |
| 66 | 1:17 PM | Dec. 14, 2020 | $ARCS facilities the size of Aurora out in California. Aurora's smallest facility is 800,000 sq ft that pulls in 1oo·s of millions in revenue .... we have 1.4 million<br>sq ft and EXPANING to other states with MORE growing operations. $ACS $TLRY $HEXO $APHA $ACAN | |
| 67 | 1:50 PM | Dec. 14, 2020 | $ARCS one laaaaaaasssst time …. MULTI STATE GROWING OPERATIONS COMING WITH BIG #cannabis #merger 1.4 million sq ft ALREADY UP AND RUNNING. The next $TLRY $ACB $HEXO $APHA $STZ for .10 cents a share with buyback and OS retirement and FULLY FUNDED. #StocksToBuy #stocks #investing twitter.com/AngryRed316/st... | Email screenshots attached |
| 68 | 2:23 PM | Dec. 14, 2020 | $arcs Got another email:<br>Arcis Resources Corporation<br><info@arcisresourcescorp.com> wrote: | |

| | | | "Yes, I will talk with our website developer about some changes." CEO said making changes to website for pictures, letter, and other changes. Be patient. | |
|---|---|---|---|---|
| 69 | 2:46 PM | Dec. 14, 2020 | I aint the only one who got emails ... there are 50 others LMBO $tlry #cannabis #mJ #mJstocks #potstocks $ACB $ACAN $APHA $HEXO #investing #pennystocks #stocks #otc #shortsqueeze #DD #ty #news #stocknews @ChronicReports @cannabisnewsnet @CNWMediaOnline | Email screenshots attached |
| 70 | 3:16 PM | Dec. 14, 2020 | .10++ tomorrow? LOL .15 gap? Bets? | |
| 71 | 3:37 PM | Dec. 14, 2020 | $ARCS is like buying $ACB or $TLRY if it was a penny stock LOLZ | |
| 72 | 3:52 PM | Dec. 14, 2020 | $ARCS got some friend that scooped up more:) Be patient. We will see .50+++ Holdfast. | |
| 73 | 3:55 PM | Dec. 14, 2020 | $ARCS SPLN market maker ... hint? Founded in 1986. Celadon Financial Group is a full service broker-dealer serving financial institutions, hedge funds, money managers, and high net-worth clients in the U.S. and abroad. | |
| 74 | 4:41 PM | Dec. 14, 2020 | $ARCS . Otcmarkets. Hit up the email on there, i even verified with TA that its real company contact info to reach out. Just more verification for you all that we are safe and i did a lot of OD for us here. See you all above .25 then .50..then fireworks. otcmarkets.com/stock/ARCS/pro... | |
| 75 | 5:58 PM | Dec. 14, 2020 | $ARCS congrats to everyone today. Great consolidation and strength into the next big squeeze. Once we break .10, It wont ever see it ag ain I think. LOTS of peeps got churned out like the sub 03 people. l told you al l. This is gonna be BIG. | |
| 76 | N/A | Dec. 14, 2020 | RETWEET @StockTalk1010: "$ARCS retiring 577 MILLION shares" | Screenshot of message from Arcis attached |
| 77 | 7:57 PM | Dec. 14, 2020 | $ARCS so a couple of things. There has been more than enough updates from the company CEO Raul Santos on Friday's tweets and emails. Remember guys, i told you to be patient. Give him some room to breathe. He has a lot on his plate. With all the evidence presented, you can . . . effectively make your own choices. Buy Sell Hold. I am choosing to hold and i hope you go on this ride with me. Heis doing US a favor so lets do some DD and be grateful. He gave us his word and has worked long and hard on this. Go over emails again. See you over .50 soon | |

| 78 | 9:08 PM | Dec. 14, 2020 | Ok so I know some are showing up late to the start of a great, long party for $ARCS. These pics were taken before ceo took the website down to update all the pages for pics and cultivation sites etc ... the merger with whomever it is will not be announced till they are current | Reply to tweet with screenshots of Arcis website |
|---|---|---|---|---|
| 79 | 7:45 AM | Dec. 15, 2020 | GM everyone. Looking forward to another great day. Still sticking to my PPS target on $ARCS. Know a lot of people will do this or do that and say this or say that. People can choose what they do. Those still holding $ARCS i feel are going to be very happy soon. Be patient. .85++ | |
| 80 | 8:38 AM | Dec. 15, 2020 | For some still wondering, you can ALWAYS check $ARCS filing for DD backend.otcmarkets.com/otcap1/company ... The latest filing shows that otcmkt is displaying arcisreourcescorp.com web addy correctly. Again, trying to dispel any lies by people who sold and now are to get back in cheaper pps | Link to Arcis webpage attached |
| 81 | 9:29 AM | Dec. 15, 2020 | Today is my last buy day for $ARCS then i will hold all for the promise land. It has been awesome getting to know some of you. See you .85+ + one day. Oh, and I am about 99.5% sure i found the #cannabis company merger..and ITS HUGE Won't have any issues running past my targets | |
| 82 | 9:36 AM | Dec. 15, 2020 | $ARCS remember when it drops to 007 after hitting 016 only to break out to 07? Be patient. Do your OD, reach out to company and get your answers. Be strong in low volume big dips like these. | |
| 83 | 9:45 AM | Dec. 15, 2020 | $ARCS for those who missed it;) Next $ACB $TLRY $HEXO $APHA #merger #cannabis #mj #mmJ #potstocks @cannabisnewsnet<br><br>@CNWMediaOnline<br><br>@ChronicReports | Quote of prior tweet from 12/14/2020 |
| 84 | 10:08 AM | Dec. 15, 2020 | $ARCS lf ...if ......... if i found the company (dont want to say prematurely if i happen to be wrong) then the value of the company lies somewhere between $4.65 per share if OS is retired with no buyback and 8.65 with full restricted cancelled and buyback of 150 million+ shares. | |
| 85 | 11:21 AM | Dec. 15, 2020 | $ARCS notice how thin level 2 is getting? Maybe they already started their buy back like they said? | |
| 86 | 12:32 PM | Dec. 15, 2020 | ... tick tick tick time is running out | Tweet quote "$ARCS this is huge. company about to update shareholders. site updated lock and load" |
| 87 | 12:35 PM | Dec. 15, 2020 | $ARCS<br><br>twitter.com/GainsDayTrades ... | Email screenshots attached |

| | | | $TLRY $ACS $HEXO $STZ #merger $APHA $ACAN #cannabis #investing #StocksToWatch #stocknews #news #invest #investingtips #TradingTips #stocksinnews | |
|---|---|---|---|---|
| 88 | 1:58 PM | Dec. 15, 2020 | $ARCS Simple impatient want it now mentality. It isnt here, so you sell. Dumb donkeys LOL | |
| 89 | 2:27 PM | Dec. 15, 2020 | $ARCS for those in the trenches with me remember these key things.<br>No rs<br>no dilution<br>share retirement<br>buyback.<br>#merger<br>#CannabisCommunity<br>1.4 million sq ft facility with revenues of 450 million in net profits for that scale ...<br>$ACB largest facility is 1.2 milly $TLRY 800k | |
| 90 | 3:59 PM | Dec. 15, 2020 | $ARCS float has officially turned above 035 now :D Gonna go higher. Those in $TSNP remember how it was before it beast past .10 | |
| 91 | 5:29 PM | Dec. 15, 2020 | $ARCS i have to say this as i get around 400 messages a day and am bewildered some of you dent do any DD. You just got here and we shot up 10,000% in a few days. If you dont like it, sell and move on. You all expect 300-500% days. Be realistic. No one who is long expects that.<br><br>Also, again, these pics were up on the website before you all came along. CEO told us he would be updating website and i even showed an email yesterday saying he is. Chill out or sell and move on. I am  believe i will get my .85+ on it. Stocks go up<br><br>Stocks go down, stocks consolidate. But i am sick of the complaining from some of you. 1 cent drop and the sky is falling. STOP. Move on then. You didn't do any dd and you blindly purchased something you didn't even research. l DID. l heard everything i needed to from<br><br>the CEO himself. I shared it EVEN THOUGH I DIDNT HAVE TO. I thought by sharing we can all make money. But instead, you all want me to tell you when he will release news. Aint gonna happen. 90% that ask just want to know to sell into news. I am here for long term. You do you | Arcis website screenshots attached |
| 92 | 5:50 PM | Dec. 15, 2020 | $ARCS merger #Potstocks #merger #news SAPHA STLRY $ACB research.<br>tdameritrade.com/grid/public/ma ...<br><br>This is exactly what is going to happen to $ARCS. Buckle up. | TD Ameritrade article link attached |
| 93 | 5:57 PM | Dec. 15, 2020 | $ARCS when website comes back from being changed and updated, i dont wanna hear about how you sold and how sick you are cause you didnt do your DD. $TLRY $APHA bige #cbd #mj #mjnews afterhours ... Just you | |

| | | | | |
|---|---|---|---|---|
| | | | wait....$ARCS is on its way. I dont care what you all do. I gave it to you | |
| 94 | 7:44 PM | Dec. 15, 2020 | $ARCS you all make your own decisions but there will always be down days. Nothing goes up forever. I remain committed on my .SSC price target+++ We had only 2 down red days LOL We are still up 400% for most and in my case more than 1000% I still have all my shares. Love u all | |
| 95 | 8:00 PM | Dec. 15, 2020 | $ARCS this is why i always tell all of you to not listen to message board posters. He screams- scam blah blah blah to load your hard earned shares. | Screenshot of InvestorsHub post attached |
| 96 | 8:30 PM | Dec. 15, 2020 | ibb.co/tmncWKm  gosh this is rich  see kids, dont listen to bashers on $ARCS BWAHAHAHAHAHAH | Screenshot of InvestorsHub post attached |
| 97 | 11:16 PM | Dec. 15, 2020 | $ARCS here is some clairty in dips. These bashers wor1cing over time tonight LOL Remember, do your DD. Bashers have agendas. lnvestorshub.advfn.com/boards/read_ms ... | Link to InvestorsHub post attached |
| 98 | 1:01 AM | Dec. 16, 2020 | Hey guys I have a wonderful confirmation of the website for $ARCS proof! Let me get some things in order here and i will post Someone who reached out to Raul got a response and proved it was him. :) WEEEEEEEE Like i said, do your DD! | |
| 99 | 1:22 AM | Dec. 16, 2020 | So this man's name is Sean Travis. Mt Travis emailed $ARCS on the website when it was up and almost immediately the CEO of $ARCS got back to him and responded. amsresourcescorp.com<br><br>Anyone claiming it Isn't the company website is a fraud and preying on the gullible and weak. | Screenshot of text exchange attached |
| 100 | 8:52 AM | Dec. 16, 2020 | $ARCS more awesome DD. Again, do your research guys. WEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEE | Quote tweet of Arcis "due diligence" attached |
| 101 | 9:23 AM | Dec. 16, 2020 | $ARCS this is the day for cheap shares. Fear is easier to sell than truth. | |
| 102 | 9:37 AM | Dec. 16, 2020 | $ARCS website still up, if it was a scam along with tehir twitter, ask yourself... .. why would it still be up? Email company and get answers. "Bringing you the good stuff" | Link to Arcis webpage attached |
| 103 | 9:44 AM | Dec. 16, 2020 | $ARCS from 078 to 016 on what bad news??? LOL | |
| 104 | 9:47 AM | Dec. 16, 2020 | $ARCS every email i posted, every link and website i posted, all of it I stand behind 100000%  I will hold through this Chaos and wait for the company to speak. You guys do whatever you feel you need to do. | |
| 105 | 10:13 AM | Dec. 16, 2020 | $ARCS So sad to see days like today. Nothing has fundamentally changed. People dont get a website update so it crashes cause it didnt come when they wanted it too? Pathetic. | Screenshot of ARCS price fall attached |

| 106 | 11:09 AM | Dec. 16, 2020 | $ARCS for those stiiiiil wondering<br>web.archive.org/web/2020120816 ...<br><br>more proof | Link to Arcis Resources web archive attached |
|---|---|---|---|---|
| 107 | 12:13 PM | Dec. 16, 2020 | $ARCS more clarity. | Link to InvestorsHub post attached |
| 108 | 12:28 PM | Dec. 16, 2020 | $IGPK running. Nice news today. Another big hemp and cannabis play i alerted at .002. $ARCS just chilling till ceo says something. | |
| 109 | 2:31 PM | Dec. 16, 2020 | $ARCS think about it. .. nothing is actually wrong with it. Just the fact the shareholder letter never came out when people wanted it too.<br>web.archive.org/web/2020120916 ...<br><br>At the bottom of the contact info page it is listed. Once again i am sticking to my guns in that it is real. | Link to Arcis Resources web archive attached |
| 110 | 10:05 AM | Dec. 17, 2020 | While everyone has been fighting on $ARCS ive been loading. | |
| 111 | 10:16 AM | Dec. 17, 2020 | $ARCS this was the email this guy received. I reached out to him and he confirmed it was 100000% legit. #otc #news #arcs $tlry $ACB #bottomism #loaded #stocks #cannabis | Email screenshot attached |
| 112 | 10:53 AM | Dec. 17, 2020 | $ARC owns this btw .. not the huge merger but worth noting.<br><br>[correction to] $ARCS | Link to online cannabis shop attached |
| 113 | 1:19 PM | Dec. 17, 2020 | $arcs remember where this is at now .... just wait .. .. next update pops it over 05 on a massive gap n squeeze.<br>otcmar1cets.com/stock/ARCS/ pro ... email listed ...<br>info@arcisresourcescorp.com now look below ... so many people were tricked out of their positions simply for trading on emotion. | Screenshot of OTC Markets attached |
| 114 | 5:41 PM | Dec. 17, 2020 | $ARCS I just saw otc markets put a CE on it. CEO needs to put out the letter tonight and address it. Spam his email everyone.<br>info@arcisresourcescorp.com | |
| 115 | 6:23 PM | Dec. 17, 2020 | arcisresourcescorp.com its still up .... Again, Email $ARCS CEO so he can address these issues. OTCMARKETS is pathetic for doing this AFTER the bell. | Link to Arcis Resources website attached |
| 116 | 7:46 PM | Dec. 17, 2020 | $ARCS .....interesting<br><br>There was no filings, no news, website wasnt up till Dec 8th ....<br>"Interested in what happens over the next few weeks here -"<br><br>tnvestorshub.advfn.com/boards/ read_ms...<br><br>mvestorshub.advfn.com/boards/read_ms... | Link to InvestorsHub post attached |

| 117 | 9:28 PM | Dec. 18, 2020 | $ARCS<br>Sold for a huge loss. I don't care what anyone says about me. I back up what i say. I take my losses like a man. I dont blame anyone for this. Everyone received the emails and saw their twitter. This was either calculated pump or a CEO who did things in the wrong order. | Screenshot of E*Trade brokerage account attached |
|---|---|---|---|---|
| 118 | 4:07 PM | Dec. 20, 2020 | $ARCS investorshub.advfn.com/boards/read_ms ... | |
| 119 | 4:33 PM | Dec. 20, 2020 | $ARCS Again, whomever is behind all this will be punished. By my hand or someone else's. The amount of damage they have done 10 me and others will not go unpunished. You think if anyone was guilty they would leave this all up? No. No guilty person would. People have reached out<br><br>to help me with this and I gave them the nod. People know i was stuck in the forefront of it all 10 use me as the scape goat. The truth will come out. I was very excited to receive the emails. I was NOT the FIRST person to receive and email. In fact, it was others. Many others. | |
| 120 | 2:08 PM | Dec. 21, 2020 | $AMLH can anyone verify if that twitter is real....looks fake...we dont need another $ARCS or CE on stocks ... gonna wait till company comes out with updates/pr's and or filings | |

## @OCMillionaire Tweets (times MT)

### December 9, 2020



**OCMillionaire**
@OCMillionaire                                        ...

15 Min till my new alert that i am expecting 3000% minimum. $TSNP $BRTX $TSLA $IGPK $WOGI $STHC $TPTW $WDLF $AAPL $bldv

8:46 AM · Dec 9, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire                                        ...

OK GUYS! THE NEW ALERT IS $ARCS!! I will share what i have uncovered the past 24 hours with you all! :smile: Lets buy! #stocks #alert #pennystocks #ocmillionaire

8:57 AM · Dec 9, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire                                        ...

$ARCS i will share what i have uncovered in the last 24 hours with you! Give me a few moments to load emails from the ceo on the big short squeeze that is coming! I just bought 005s! WEEEEE🥰

9:04 AM · Dec 9, 2020 · Twitter Web App

**Exhibit**

**11**



**OCMillionaire**
@OCMillionaire

...

$ARCS this is one of the emails i got today when i
checked my inbox. I have others and i will share with
you all and this is prob one of the biggest  #cannabis
#stocks I have seen since the days of $FITX who did
50,000 sq ft with a 3.5 billion float. We have 20* that.
$tsnp $IGPK



9:23 AM · Dec 9, 2020 · Twitter Web App





**OCMillionaire**
@OCMillionaire

$ARCS 380,000 indoor cultivation 1 Million+ sq ft processing. WEEEEEEEEE This CEO has big plans for us. It will move like $TSNP. I bought more at 0055. :) 🥰 #potstocks #cannabis $tlry $ACB #stockmarketnews #stockmarket @cannabisnewsnet @TMCCTweets @CannabisCulture @CannabisWire

10:10 AM · Dec 9, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

$ARCS is about to set a new standard in the American cannabis industry.
Our mission is to become the most known cannabis company in the U.S market.
And we will achieve that with the help of some of the leading forces in the sector." #cannabis #potstocks #pennystocks #lowfloat

10:28 AM · Dec 9, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

...

.0094 close enough....Here is the 2nd email i received for this 1.4 million sq ft #cannabis behemoth. Big share reduction coming.#CannabisCommunity #CannabisNews #cannabisindustry #stocks #pennystocks #bullish #stockmarketnews #stockmarket #trading #stockstowatch #StocksToBuy



11:31 AM · Dec 9, 2020 · Twitter Web App





**OCMillionaire**
@OCMillionaire

$ARCS 01+ today .10+ coming. It will squeeze and they have a ton of news coming and backed by huge investors for its #cannabis operations. I encourage all to reach out to the CEO. He is honest and going to bring value to shareholders.

11:49 AM · Dec 9, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

I have $arcs revenue #'s i will be posting tonight for the valuation of the current grow operations, not only that...they are EXPANDING out of state to OTHER BIGGER operations. THIS WILL RUN LIKE $TSNP. Make no mistake. Again, read below on emails. 1.4 million sq ft $TLRY $ACB



2:57 PM · Dec 9, 2020 · Twitter Web App









**<u>December 10, 2020</u>**



**OCMillionaire**
@OCMillionaire

$ARCS, after speaking with CEO last night I am adjusting my price targets significantly. I think we see .10-15 in 1-2 weeks from now but ultimately over .3 by end of Jan. They have massive scalability and already have licenses and operations compared to $TLRY $ACB and $HEXO

6:24 AM · Dec 10, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

" $ARCS is about to set a new standard in the American #cannabis industry.
... most known cannabis company in the U.S market."
-The most known
-Leading forces
-500 million share retirement
380,000 sq ft grow
1 million sq ft facility indoor for processing
-More acreage  coming

7:17 AM · Dec 10, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

$ARCS here is another email i received. Again, you can all verify it with CEO :) On top of the current operations they have, they are EXPANDING out of Colorado for BIGGER GROWS. #CannabisCommunity #cannabis #potstocks #stocks $TLRY $HEXO $acb



7:47 AM · Dec 10, 2020 · Twitter Web App





**OCMillionaire**
@OCMillionaire

$ARCS I will not back down on my price target. I will stand firm like I did on $TSNP.

8:23 AM · Dec 10, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

$arcs news!!! #cannabis #potstocks Dear shareholders, A letter explaining our multi-state operation will be released.
It will explain in detail our plan of operation and how we are going to become one of the leading cannabis companies in the states.

Thank you for your patience.

9:02 AM · Dec 10, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

Anyone in $TSNP looking for another crazy run....
$ARCS
-Multi state for #cannabis operations
-380,000 sq ft grow
-1 million sq ft processing center
-No RS
-QB listing
-No debt or notes
-Retirement of shares
-More grow operations to add to its size
-Headed to be biggest US op.

9:32 AM · Dec 10, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

···

People act like i was born yesterday. Bashing the heck out of me AFTER ALL THAT DD i did and brought to the table. Sending pm's to people saying i was selling.😂 If anyone believed that lie then shame on you. The ones accusing others are the ones selling. Cheaters mentality $arcs

11:42 AM · Dec 10, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

···

$ARCS for those in the trenches with me remember these key things..
No rs
no dilution
share retirement
buyback.
#merger
#CannabisCommunity
1.4 million sq ft facility with revenues of 450 million in net profits for that scale...
$ACB largest facility is 1.2 milly $TLRY 800k

12:27 PM · Dec 15, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

· · ·

Read this gentlemen's email, then read it again ;) $ARCS



1:18 PM · Dec 10, 2020 · Twitter Web App



**December 11, 2020**


**OCMillionaire**
@OCMillionaire
···

$ARCS Hedge fund coming in. Watch. 1.4 million sq ft

$TSNP will look like child's play and that was a BEAST.
biggest #mj #cannabis #merger in the USA
no notes
 no RS
no dilution
share buyback
share retirement
idk what else anyone needs to hear
$HEXO $ACB $TLRY $APHA $ACAN

10:14 AM · Dec 11, 2020 · Twitter Web App


**OCMillionaire**
@OCMillionaire
···

Just received an email confirming today's tweets about $ARCS buyback. They will make an announcement on it next week in the shareholder letter per their tweet today. Guys, I never ever....EVER said something like this....maybe...just maybe...this is a once in a lifetime stock.

10:37 PM · Dec 11, 2020 · Twitter Web App

**December 13, 2020**





$ARCS buyback email. Confirmed. How much they will buy back we have yet to be informed but it WILL be addressed in the shareholder letter. This massive #mj #potstock and #cannabis co will be one for the ages. 1.4 mill sq ft, no RS, no dilution, double expanding, OS retirement

1:52 PM · Dec 13, 2020 · Twitter Web App



**<u>December 14, 2020</u>**



**OCMillionaire**
@OCMillionaire

$ARCS AGAIN I WILL SAY IT. KNOW WHAT YOU OWN.
HOLDING ALL MY SHARES WITH GRIP TIGHT FIST. We
are going .85+ I dont care what the rest of you all think
or do. God is good. This company is doing everything
the right way.

10:58 AM · Dec 14, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

$ARCS facilities the size of Aurora out in California.
Aurora's smallest facility is 800,000 sq ft that pulls in
100's of millions in revenue....we have 1.4 million sq ft
and EXPANING to other states with MORE growing
operations. $ACB $TLRY $HEXO $APHA $ACAN

11:17 AM · Dec 14, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

...

$ARCS one laaaaaaasssssst time.... MULTI STATE
GROWING OPERATIONS COMING WITH BIG #cannabis
#merger 1.4 million sq ft ALREADY UP AND RUNNING.
The next $TLRY $ACB $HEXO $APHA $STZ for .10 cents
a share with buyback and OS retirement and FULLY
FUNDED. #StocksToBuy #stocks #investing
twitter.com/AngryRed316/st...



This Tweet is unavailable.

11:50 AM · Dec 14, 2020 · Twitter Web App











**OCMillionaire**
@OCMillionaire

···

$arcs Got another email:
Arcis Resources Corporation
<info@arcisresourcescorp.com> wrote:

"Yes, I will talk with our website developer about some changes."

CEO said making changes to website for pictures, letter, and other changes. Be patient.

12:23 PM · Dec 14, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

···

$ARCS so a couple of things. There has been more than enough updates from the company CEO Raul Santos on Friday's tweets and emails. Remember guys, i told you to be patient. Give him some room to breathe. He has a lot on his plate. With all the evidence presented, you can

5:57 PM · Dec 14, 2020 · Twitter Web App

**4** Retweets   **1** Quote Tweet   **52** Likes

♡         ⟲         ♡         ↑



OCMillionaire @OCMillionaire · Dec 14, 2020    ···
Replying to @OCMillionaire
effectively make your own choices. Buy Sell Hold. I am choosing to hold and i hope you go on this ride with me. He is doing US a favor so lets do some DD and be grateful. He gave us his word and has worked long and hard on this. Go over emails again.😊😊 See you over .50 soon

♡ 4          ⟲ 4          ♡ 48          ↑

**December 15, 2020**



**OCMillionaire**
@OCMillionaire

...

Today is my last buy day for $ARCS then i will hold all for the promise land. It has been awesome getting to know some of you. See you .85++ one day. Oh, and I am about 99.5% sure i found the #cannabis company merger..and ITS HUGE😊🥰 Won't have any issues running past my targets

7:29 AM · Dec 15, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

...

$ARCS for those in the trenches with me remember these key things..
No rs
no dilution
share retirement
buyback.
#merger
#CannabisCommunity
1.4 million sq ft facility with revenues of 450 million in net profits for that scale...
$ACB largest facility is 1.2 milly $TLRY 800k

12:27 PM · Dec 15, 2020 · Twitter Web App



**OCMillionaire**
@OCMillionaire

$ARCS i have to say this as i get around 400 messages a day and am bewildered some of you dont do any DD. You just got here and we shot up 10,000% in a few days. If you dont like it, sell and move on. You all expect 300-500% days. Be realistic. No one who is long expects that.

3:29 PM · Dec 15, 2020 · Twitter Web App



**OCMillionaire** @OCMillionaire · Dec 15, 2020

Stocks go down, stocks consolidate. But i am sick of the complaining from some of you. 1 cent drop and the sky is falling. STOP. Move on then.  You didn't do any dd and you blindly purchased something you didn't even research. I DID. I heard everything i needed to from

○ 1          ↑↓ 1          ♡ 48          ↑

**OCMillionaire** @OCMillionaire · Dec 15, 2020

the CEO himself. I shared it EVEN THOUGH I DIDNT HAVE TO. I thought by sharing we can all make money. But instead, you all want me to tell you when he will release news. Aint gonna happen. 90% that ask just want to know  to sell into news. I am here for long term. You do you

○ 2          ↑↓ 2          ♡ 48          ↑

<u>**December 18, 2020**</u>



**OCMillionaire**
@OCMillionaire

$ARCS

Sold for a huge loss. I don't care what anyone says about me. I back up what i say.  I take my losses like a man. I dont blame anyone for this. Everyone received the emails and saw their twitter.  This was either calculated pump or a CEO who did things in the wrong order.



7:28 PM · Dec 18, 2020 · Twitter Web App





Support: 888-992-3836 | NewsWire | Home | **Login / Register**



Join iHub today - **FREE!**

Boards        Hot!        Tools        Crypto        Streamer        Level 2

Get Quote 🔍                    Search iHub 🔍

Exhibit
12

Home > Boards > US OTC > Basic Materials > Drone Services USA Inc. (DSUS)

**FOR THOSE OF YOU WHO CANT VIEW MY**

**Public Reply** | Private                 Post New Msg          **Replies (3)** | Next
**Reply** | **Keep** | **Last Read**                                          10 | **Previous** | Next



**OCMillionaire**

Followed By    3,396
Posts         36,149
Boards Moderated   3
Alias Born      06/29/11

**OCMillionaire**                  Friday, 05/31/13
                                   09:20:16 AM

**Re:** wrenchman **post#
36013**

**Post #** 36024   of                         0
148325  Go

**FOR THOSE OF YOU WHO CANT VIEW MY FB
LINK,THIS IS THE EMAIL I GOT**

**From:** Peter Villiotis <peterv2010@live.com>
To: 'Andrew Fassari' <andrewfassari@ymail.com>
Sent: **Friday, May 31, 2013 4:19 AM**
Subject: RE: THE MOST DEDICATED
SHAREHOLDER

Thank you Andrew
This **people will have their tail between their legs
soon**
Keep the positive spirit please, thank you for your
support

Peter

From: Andrew Fassari
[mailto:andrewfassari@ymail.com]
Sent: **Friday, May 31, 2013 2:10 AM**
**To:** Peter V
Subject: Re: THE MOST DEDICATED
SHAREHOLDER

HI PETER.

I know you are going to update us with new Pr's next
week however I am having a hard time on our
**message board with people who bash and say
bad things towards you and the company. SICK
OF IT!** HOPE you really have something meaty next







**Drone Services USA I (DSUS)**

**0.0071** ▼ **-0.0011 (-13.41%)**

**Volume: 1,061,861** @02/25/21 3:49:27
**PM EST**

| Bid | Ask | Day's Range |
|-----|-----|-------------|
| 0.005 | 0.014 | 0.0061 - 0.012 |

**DSUS Detailed Quote**



week!!! Getting hot in the kitchen over in here
http://investorshub.advfn.com/boards/read_msg.asp
x?message_id=88488795
I don't know how you deal with such people. best of
luck and go VDSC!!

- OC,

### InvestorsHub NewsWire
### (//ih.advfn.com/common/news/index-listing/ihnw)

**Featured** Roofstock Review: The Gateway to Real Estate
Investing for Millennials Feb 25, 2021 7:00 AM

**Featured** Cannabix Technologies Develops Version 3.0 of
THC Breath Analyzer Device Feb 25, 2021 8:45 AM

GAMESTOP (GME) ROUND 2? & 2021 Hot Market Themes -
with Paul Schatz • GME • Feb 25, 2021 5:00 PM

Fireweed Intersects 4.76% Zinc, 0.43% Lead and 18.9 g/t
Silver over 43.7 m in upper sequence and 2.08% Zinc over
225 m in lower • FWZ • Feb 25, 2021 1:09 PM

Greene Concepts Details Highlights and Accomplishments
from 2019 - 2021 While Continuing Movement Toward

**Public Reply** | **Private Reply** | Start your Board | Post New Msg     **Replies (3)** | **Next 10** | **Previous** | **Next**

🍀 **Follow Board**    Start telling your company's news
(/Boards/NewsWireDash.aspx). Only $200 per official    **Report TOS Violation**
Sponsored Financial Content    company press release!   **Keyboard Shortcuts**

Dianomi


Long-Term Planning—5 Tips
(Charles Schwab)

Earn a $1,500 cash bonus with
Citigold® after required activities
>
(Citigold® Offer)


Get a 0% Intro APR on Balance
Transfers for 15 Months
(Citi Rewards+® Card)

© 2021 InvestorsHub.com, Inc.

**About**
About Us
Terms of Service
Cookie and Privacy Policy
Advertise With Us
Data Accreditations
Disclaimer

Consent Preferences

**Help**
FAQ
Handbook
Q&A Forum
Contact Us

**Educational**
Market Vision (YouTube)
Educational Channel
Stock Market 101
Investor Help Forum

**More**
Corporate Solutions
iHub on Facebook
iHub on Twitter
iHub iPhone/iPad App
iHub Android App
iHub NewsWire

You are Guest on WEB7

**From:** Issuer Services
**To:** ▮
**Subject:** Fw: [EXT] Re: Invoice from OTC Markets for Arcis Resources Corporation
**Date:** Thursday, December 17, 2020 1:32:09 PM

---

**From:** Raul Santos ▮▮▮ @gmail.com>
**Sent:** Monday, December 14, 2020 2:32 PM
**To:** OTC Markets Group Billing <otcmarketsgroupbilling@otcmarkets.com>; Info Box <info@otcmarkets.com>
**Subject:** [EXT] Re: Invoice from OTC Markets for Arcis Resources Corporation

To whoever it may concern,

I have just become aware someone not affiliated with Arcis Resources corporation is spreading lies about Arcis Resources on Twitter/ message boards claiming they have an affiliation to the company & spreading false lies. This has been a dormant shell for several years now & there is nothing is going on. What can I do to have my name removed from the OTC Markets? Additionally, what person from the OTC Markets can I talk to so investors are not harmed any further?

Respectfully,

Raul Santos

Sent from my iPhone

> On Feb 1, 2016, at 5:00 PM, OTC Markets Group Billing <otcmarketsgroupbilling@otcmarkets.com> wrote:
>
> Dear Arcis Resources Corporation,
> Please find  attached your renewal invoice, I217558, for services provided by OTC Markets Group Inc.
> We have also sent under separate cover a hard copy of the invoice via regular mail for your records.  Our preferred method of payment is ACH, although payment instructions for all methods of payment are included on the bottom of the attached invoice.
> If you have any questions regarding your invoice please e-mail us at otcmarketsgroupbilling@otcmarkets.com or call us at (212) 896-4405. You may also contact Issuer Services at (212) 896-4420 or issuers@otcmarkets.com for any other questions.
> Thank you.
> Finance Department
> OTC Markets Group
> 304 Hudson Street / New York, NY 10013
> Office: (212) 896-4405
> Website: http://www.otcmarkets.com/home
> Twitter: https://twitter.com/OTCMarkets

**Exhibit**

**13**

Facebook: https://www.facebook.com/OTCMarkets
LinkedIn: https://www.linkedin.com/company/otc-markets-group

---

This e-mail (including any attachments) is confidential and may contain sensitive or legally privileged information. It is for the intended recipient only. Do not, directly or indirectly, copy, reproduce, print or disclose any part of this e-mail without the prior written consent of OTC Markets Group Inc. If you receive this message in error, please delete it and any attachments, and notify OTC Markets Group of misdelivery by return e-mail.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

<Invoice No. I217558.PDF>

— Markets

About Blog OTCIQ        IQ

Market Activity

Corporate Services

OTC Link ATS

Market Data

Learn

About

Blog

| Quote | 🔍 |
|---|---|

📈 Stock Screener

| | OTC MARKETS TOTALS | SECURITIES 11,942 | DOLLAR VOL $4.0B | SHARE VOL 80B | TRADES 1,028,548 |
|---|---|---|---|---|---|

Market Activity / Stock / ARCS / Security Details

# ARCS
Arcis Resources Corporation

Common Stock



Overview  Quote  Company Profile  Security Details  News  Financials  Disclosure  Research

☠️ Dark or Defunct

☠️ Caveat Emptor

Pink No Information

🛡️ Transfer Agent Verified

🚫 Prohibited Service Provider

DAILY ADVANCERS

QX  TRCK  6.81 %
QX  CBDHF  58 %
QX  SMDM  1.46 %
QX  MMNFF  29 %
QX  COSM  4.27 %

### Subscribe to Our Newsletter
Stay up to date on the latest company news, industry trends and regulatory changes that affect our markets and learn about members of our community.

Enter your email        SIGN UP

## ARCS SECURITY DETAILS

### Share Structure

**Market Cap** ⓘ
3,620,539                02/26/2021

**Authorized Shares**
1,999,000,000 🛡️        02/05/2021

**Outstanding Shares**
1,293,049,814 🛡️        02/05/2021
Restricted
577,997,202 🛡️          02/05/2021
Unrestricted
715,052,612 🛡️          02/05/2021

**Held at DTC**
Not Available

**Float**
Not Available

**Par Value**
No Par Value

Market Value calculated only for respective security

### Transfer Agent

Action Stock Transfer Corporation

### Shareholders

**Exhibit 14**

Not Available

## Corporate Actions                    Caveat Emptor ⌄

| ACTION TYPE | EFFECTIVE DATE | SYMBOL | DESCRIPTION |
|---|---|---|---|
| CE Status Change | 12/17/2020 | ARCS | Caveat Emptor status change from N to Y |
| CE Status Change | 06/09/2016 | ARCS | Caveat Emptor status change from Y to N |
| CE Status Change | 02/22/2016 | ARCS | Caveat Emptor status change from N to Y |
| CE Status Change | 12/14/2015 | ARCS | Caveat Emptor status change from Y to N |

Displaying 4 of 4 Actions

## Dividends & Splits

**Dividends**   Splits

No dividends

## Short Selling Data

**Short Interest**
2,439                 (100%)                          02/12/2021

**Significant Failures to Deliver**
No

## SECURITY NOTES                                              ⌄

Capital Change=shs increased by 6 for 5 split. Pay date=11/17/2015.

QUOTE 🔍

| SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|
| OTCM | 38.00 | 0.00 (0.00%) | 38.00 | 38.34 | 420 | 00:00 |

      

Contact
Careers
Market Hours
Glossary

| | |
|---|---|
| **From:** | Raul Santos |
| **To:** | Voorhees, Danielle |
| **Subject:** | Re: SEC call |
| **Date:** | Tuesday, February 23, 2021 11:39:48 AM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Danielle,

   Unfortunately I am working in Macau full time at a Hotel. ( Due to time differences I will not be able to hold a call.) But this is the e-mail I sent the OTC Markets. ( below) To summarize, ARCS was a failed project. It has been inactive since approximately 2016. ( no updated filings have been done with the OTC markets in years.)
The website: arcisresourcescorp.com ( became available years ago due to non payment) As there was no need for it. At some point last year someone purchased it to spread false rumors about Arcis. In addition, someone also made up a fake Twitter account to make false statements on Twitter. ( Once I became aware of this situation I immediately contacted the OTC Markets of what can be done to warn the general public about this situation) Furthermore, I've also had them remove me as the CEO from the OTC Markets. I have a full time job & don't want to be associated with a penny stock. After trying to make sense of this situation for some time. I believe someone named OCmillionaire on Investorshub & Twitter with several thousands followers purchased shares in the open market with several of his associates. He then purchased the domain name/ made up a fake Twitter account in order to sell shares he had purchased at higher price ( and other people on Investorshub) Whoever is behind that alias on Investorshub was extremely active on Investorshub spreading these false lies to others.

Respectfully,

Raul Santos


        To whom it may concern:


        I have just become aware someone not affiliated with Arcis Resources
        corporation is spreading lies about Arcis Resources on Twitter/ message boards.
        This has been a dormant shell for several years now & there is nothing is going
        on. What can I do to have my name removed from the OTC Markets?
        Additionally, what can I do to warn the general public about this false information
        being spread?

        Respectfully,

        Raul Santos

**Exhibit**

**15**

Sent from my iPhone

On Feb 23, 2021, at 4:21 PM, Voorhees, Danielle <VoorheesD@sec.gov> wrote:

Hello Mr. Santos,

We are attorneys at the Securities and Exchange Commission in the Denver Regional Office. We are conducting a confidential, non-public investigation and would like to follow up with you regarding an email that you sent to OTC Markets in December 2020.

Would you be willing to speak to us tomorrow? Other than from 11 – noon MST, we are generally available. If you are willing, please just let me know a good time and I will circulate a dial-in number.

Attached is a copy of SEC Form 1662 – it describes how the SEC uses information that it collects in investigations and contains other important information. We would be happy to answer any questions about the Form when we speak.

Thank you, in advance, for your time.

Sincerely,

Danielle R. Voorhees
Assistant Regional Director
Division of Enforcement
U.S. Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, Colorado 80294
VoorheesD@sec.gov
303.844.1108 (direct)


<Form 1662.pdf>

DECLARATION OF RAUL SANTOS

I, Raul Santos, declare under penalty of perjury under the laws of the United States of America, in accordance with 28 United States Code § 1746, that the following statements are true and correct, and that I am over the age of 18 years of age and I am competent to testify to the matters stated herein:

1.   In December 2015, I was installed as the Chief Executive Officer ("CEO") and Director of Arcis Resources Corporation ("Arcis Resources"). I do not believe that anyone else has taken over the role of CEO of Arcis Resources since that time.

2.   During 2015 and 2016, Arcis Resources Corporation was a public company with securities traded under the symbol ARCS that were quoted through a trading platform operated by the OTC Markets Group Inc.

3.   In late 2016, Arcis Resources ceased doing business and became a dormant shell.  The company stopped paying for or maintaining its website that was previously located at www.arcisresourcescorp.com.

4.   In December 2020, I became aware that someone who is not affiliated with Arcis Resources was spreading lies about the company on Twitter/message boards.  Exhibit 1 is a true and correct copy of an email that I sent to OTC Markets Group Inc. on December 14, 2020 requesting that my name be removed from information posted about Arcis Resources.

5.   During December 2020, Arcis Resources and I did not control or operated a website located at www.arcisresourcescorp.com.

6.   During December 2020, I did not have access to or use the email address "Raul Santos<info@arcisresourcescorp.com" or info@arcisresourcescorp.com.

7.  I did not write or send the email purportedly from "Raul Santos" addressed to "Sean Travis" with the subject line "Shareholder update" on or about December 8, 2020, that is attached as Exhibit 2.

8.  During December 2020, Arcis Resources and I were not "working on bringing the company up to date" on its Quarterly Disclosure Statements with OTC Markets Group Inc. so the company could "regain Pink current status."

9.  I did not receive or respond to the email dated December 8, 2020, attached as Exhibit 3.

10. During December 2020, Arcis Resources was not an operating business.  It did not possess 380,000 square feet of space for cultivation or 1 million square feet of space for processing.  In or about December 2020, Arcis Resources was not involved in the American cannabis industry. In December 2020, Arcis Resources was not involved in merger discussions.

11. I did not receive or respond to an email dated on or about December 9, 2020, attached as Exhibit 4.

12. During December 2020, I did not represent that Arcis Resources would retire shares, receive QB status, or receive Pink current status, and I did not take any steps to do any of these things. I also did not claim that Arcis Resources had "big investors" behind it.

13. On or about December 9, 2020, I did not write or send an email to a person using the Twitter handle @GainsDayTrades confirming that Arcis Resources possesses "a 380,000 sq ft facility and has plans on becoming current," which is attached as Exhibit 5.

14. During December 2020, I did not send email messages to anyone using the Twitter handle @OCMillionaire or @PennyKing130, to Andrew Fassari, or to Sean Travis.

15. On or about December 9, 2020, I did not speak with anyone using the Twitter handle @OCMillionaire or Andrew Fassari about any business developments related to Arcis Resources.

16. I do not know Andrew Fassari and, to my knowledge, I have never communicated with him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on *February 28, 2021* in Macao Special Administrative Region of the People's Republic of China.

Raul Santos



**From:** Raul Santos <rauls████@gmail.com>
**Sent:** Monday, December 14, 2020 2:32 PM
**To:** OTC Markets Group Billing <otcmarketsgroupbilling@otcmarkets.com>; Info Box <info@otcmarkets.com>
**Subject:** [EXT] Re: Invoice from OTC Markets for Arcis Resources Corporation

To whoever it may concern,

I have just become aware someone not affiliated with Arcis Resources corporation is spreading lies about Arcis Resources on Twitter/ message boards claiming they have an affiliation to the company & spreading false lies. This has been a dormant shell for several years now & there is nothing is going on. What can I do to have my name removed from the OTC Markets? Additionally, what person from the OTC Markets can I talk to so investors are not harmed any further?

Respectfully,

Raul Santos

Sent from my iPhone


> On Feb 1, 2016, at 5:00 PM, OTC Markets Group Billing
> <otcmarketsgroupbilling@otcmarkets.com> wrote:
>
> Dear Arcis Resources Corporation,
> Please find  attached your renewal invoice, I217558, for services provided by OTC Markets Group Inc.
> We have also sent under separate cover a hard copy of the invoice via regular mail for your records.  Our preferred method of payment is ACH, although payment instructions for all methods of payment are included on the bottom of the attached invoice.
> If you have any questions regarding your invoice please e-mail us at otcmarketsgroupbilling@otcmarkets.com or call us at (212) 896-4405. You may also contact Issuer Services at (212) 896-4420 or issuers@otcmarkets.com for any other questions.
> Thank you.
> Finance Department
> OTC Markets Group
> 304 Hudson Street / New York, NY 10013
> Office: (212) 896-4405
> Website: http://www.otcmarkets.com/home
> Twitter: https://twitter.com/OTCMarkets

**EXHIBIT**

**1**

Facebook: https://www.facebook.com/OTCMarkets
LinkedIn: https://www.linkedin.com/company/otc-markets-group

---

This e-mail (including any attachments) is confidential and may contain sensitive or legally privileged information. It is for the intended recipient only. Do not, directly or indirectly, copy, reproduce, print or disclose any part of this e-mail without the prior written consent of OTC Markets Group Inc. If you receive this message in error, please delete it and any attachments, and notify OTC Markets Group of misdelivery by return e-mail.

---

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

---

<Invoice No. I217558.PDF>

**1:34**

### Raul Santos
1:21 PM
To: Sean Travis >

# Shareholder update

Dear Mr. ████

We are working on bringing the company to a pink current state.
Much going on behind the scenes to bring massive value to our shareholders

Thank you for supporting us.



EXHIBIT

2



**Re: ARCS Updates**

Raul Santos <info@arcisresourcescorp.com>
To

Dear

We have 380,000 Sq. Ft Operating Cultivation.
More than 1M Sq. Ft in process Cultivation.

Currently working to bring the company up to date and regain Pink current status.

Big plans ahead.

Thank you for supporting us.

**1.4 Million sq ft in cultivation and processing!!**

From:
Sent: Tuesday, December 8, 2020 10:49 PM
To: Raul Santos <info@arcisresourcescorp.com>
Subject: Re: ARCS Updates

How big is the cannabis grow for ARCS according to the website? Is the company going to be making regular updates etc? Also, is the company planning on uplisting to the OTCQB .01+ requirement?

EXHIBIT

3



**Re: ARCS Updates**

Arcis Resources Corporation <info@arcisresourcescorp.com>
To:

We are going to retire shares, yes.
First of all, we need to clean up the company and receive Pink current status.
Then we are planning to apply to receive QB status.

Big investors behind us, we will update our shareholders in due time.

Thank you.

From:                          ail.com>
Sent: Wednesday, December    2020 1:01 AM
To: Raul Santos <info@arcisresourcescorp.com>
Subject: Re: ARCS Updates

I saw 500 million shares were restricted...was the company going to retire those out of the OS ?

                     49 PM PST, Raul Santos <info@arcisresourcescorp.com> wrote:

Dear Mr.

We have 380,000 Sq. Ft Operating Cultivation.
More than 1M  Sq. Ft in process Cultivation.

Currently working to bring the company up to date and regain Pink current status.

EXHIBIT

4

# Cultivation Facility   Inbox ×

                                     12:47 PM (8 hours ago)

to info

Good afternoo,

Im very interested in building a strong position in this company. I was told by some of my investor community friends that this company has a 380,000 sq ft facility and has plans on becoming current. is this true or rumors?

---

 **Arcis Resources Corporation**                        2:05 PM (7 hours ago)

to me

Dear 

Yes, it is true.

Thank you for supporting us.

**From:** 

**Sent:** Wednesday, December 9, 2020 7:47 PM

**To:** Arcis Resources Corporation <info@arcisresourcescorp.com>

**Subject:** Cultivation Facility

EXHIBIT

5