LESLIE J. HUGHES
(*pro hac vice application pending*)
HughesLJ@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, Colorado 80294-1961
Telephone: (303) 844-1000
Facsimile: (303) 297-3529

Local Counsel:
AMY JANE LONGO (Cal. Bar No. 198304)
longoa@sec.gov
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW L. FASSARI,<br><br>Defendant. | Case No. SACV 21-00403JVS(ADSx)<br><br>**ORDER RE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION TO FILE COMPLAINT AND APPLICATION FOR AN ASSET FREEZE ORDER UNDER SEAL UNDER LOCAL RULE 79.5-1**<br><br>**(FILED UNDER SEAL)** |

Plaintiff Securities and Exchange Commission ("SEC"), having applied for an order directing that all pleadings and other documents filed with the Court in the above-captioned case be filed under seal, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the entire file and the docket in this action be sealed, and that all documents submitted to the Court in this action, including,

- this Application and the proposed Sealing Order;

1

- the SEC's Complaint;
- Civil Cover Sheet;
- Summons;
- the SEC's Ex Parte Application for an Order (1) Freezing Assets; (2) Permitting Alternative Means of Service; (3) Requiring An Accounting; (4) Granting Expedited Discovery; (5) Prohibiting Destruction of Documents; and (6) To Set Hearing on Order to Show Cause;
- the SEC's Memorandum of Points and Authorities in Support of its Ex Parte Application for an Order (1) Freezing Assets; (2) Permitting Alternative Means of Service; (3) Requiring An Accounting; (4) Granting Expedited Discovery; (5) Prohibiting Destruction of Documents; and (6) To Set Hearing on Order to Show Cause;
- the Declaration of John Dwyer and attached exhibits;
- the Declaration of Raul Santos and attached exhibits;
- the [Proposed] Order: (1) Freezing Assets; (2) Permitting Alternative Means of Service; (3) Requiring An Accounting; (4) Granting Expedited Discovery; (5) Prohibiting Destruction of Documents; and (6) To Set Hearing on Order to Show Cause;
- the **redacte**d copy of the [Proposed] Order: (1) Freezing Assets; (2) Permitting Alternative Means of Service; (3) Requiring An Accounting; (4) Granting Expedited Discovery; (5) Prohibiting Destruction of Documents; and (6) To Set Hearing on Order to Show Cause.

**This order shall expire 48 hours after the SEC files proof of service on Fassari.**

IT IS SO ORDERED.

Dated: March 08, 2021

_____
UNITED STATES DISTRICT JUDGE

Presented by:
Amy J. Longo
Leslie J. Hughes (pro hac vice application pending)
Attorneys for Plaintiff
Securities and Exchange Commission