IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

ANDREW L. FASSARI,

Defendant.

Case No. SACV 21-00403-JVS(ADSx)

**ORDER GRANTING STIPULATION TO AMEND THE COURT'S ORDER FREEZING DEFENDANT'S ASSETS (DKT. NO. 11) PERMITTING LOANS AND/OR GIFTS FROM THIRD PARTIES FOR LEGAL FEES**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that pursuant to the parties' Stipulation for a Court Order to Amend this Court's Order freezing Defendant Andrew L. Fassari's assets (Dkt. No. 11), the Court hereby ORDERS as follows:

1. This Court's Order freezing Defendant Andrew L. Fassari's assets (Dkt. No. 11) is hereby amended to permit Mr. Fassari to receive loans and/or gifts from third parties for the payment of legal fees to defend this case and that any loans received by Mr. Fassari from third parties will not encumber any of his assets.

IT IS SO ORDERED.

DATED: March 12, 2021

Honorable James V. Selna
UNITED STATES DISTRICT JUDGE