IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>ANDREW L. FASSARI,<br><br>     Defendant. | Case No. SACV 21-00403-JVS (ADSx)<br><br>**ORDER GRANTING DEFENDANT ANDREW L. FASSARI'S APPLICATION TO SEAL DOCUMENTS** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendant Andrew L. Fassari's application to Seal Documents is hereby GRANTED.

IT IS SO ORDERED.

DATED:  3/15/21

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING SEALING OF DOCUMENTS