LESLIE J. HUGHES
(*pro hac vice*)
HughesLJ@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, Colorado 80294-1961
Telephone:  (303) 844-1000
Facsimile:   (303) 297-3529

Local Counsel:
AMY JANE LONGO (Cal. Bar No. 198304)
longoa@sec.gov
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone:  (323) 965-3998
Facsimile:   (213) 443-1904

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>              Plaintiff,<br><br>vs.<br><br>ANDREW L. FASSARI,,<br><br>              Defendant. | Case No. 8:21-CV-00403-JVS-ADSx<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED APPLICATION TO SEAL DOCUMENT** |

Plaintiff Securities and Exchange Commission ("SEC") initiated this case under seal, and submitted a proposed Order (1) Freezing Assets; (2) Permitting Alternative Means of Service; (3) Requiring An Accounting; (4) Granting Expedited Discovery; (5) Prohibiting Destruction of Documents; and (6) To Set Hearing on Order to Show Cause (the "Asset Freeze Order") [Docket No. 5-1] that identified the bank and brokerage accounts of the Defendant Andrew L. Fassari to which the asset freeze was to apply, along with a redacted copy of the same proposed Asset Freeze Order that referred to the bank and brokerage accounts by only the last four digits of each account.  The SEC

1

intended that only the redacted form of the proposed order to be made public. However, when this matter was unsealed today, the un-redacted form of the proposed Asset Freeze Order was docketed. [Docket No. 5-1]. The proposed Asset Freeze Order, as filed, contains personal identification information that should not be public.

The SEC requests that the proposed Asset Freeze Order [Docket No. 5-1] be sealed. Mr. Fassari has no objection to this request.

Dated: _March 15, 2021    Respectfully submitted,

/s/Leslie J. Hughes
Amy J. Longo (Cal. Bar No. 198304), Local Counsel
Leslie J. Hughes (*pro hac vice*)

Attorneys for Plaintiff
Securities and Exchange Commission

CERTIFICATE OF SERVICE

I certify that on March 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent copies by email to the following e-mail addresses:

David W. Wiechert
Jessica C. Munk
Wiechert, Munk & Goldstein, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
dwiechert@aol.com
jessica@wmgattorneys.com

Attorneys for Andrew L. Fassari

/s/ Leslie J. Hughes
Leslie J. Hughes