WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (Cal. Bar No. 94607)
Jessica C. Munk (Cal. Bar No. 238832)
William J. Migler (Cal. Bar No. 318518)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822
Facsimile:  (949) 361-5722
Email: dwiechert@aol.com
        jessica@wmgattorneys.com
        william@wmgattorneys.com

Attorneys for Defendant
Andrew L. Fassari

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW L. FASSARI,<br><br>    Defendant. | Case No. SACV 21-00403-JVS(ADSx)<br>Honorable James V. Selna<br><br>**STIPULATION TO CONTINUE THE DEADLINES IN AND THE EXPIRATION OF THE COURT'S ORDER FREEZING DEFENDANT'S ASSETS (DKT. NO. 11) AND ALLOWING FOR WITHDRAWAL OF LIVING EXPENSES; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by Plaintiff, SECURITIES AND EXCHANGE COMMISSION, by and through its counsel, Leslie J. Hughes, and local counsel, Amy Jane Longo, and Defendant, ANDREW L. FASSARI, by and through his counsel, David W. Wiechert and Jessica C. Munk for an order from the Court amending the Court's Order (1) Freezing Assets; (2) Permitting Alternative Means of Service; (3) Requiring an Accounting; (4) Permitting Expedited Discovery; (5) Prohibiting Destruction of Documents; and (6) To Set Hearing on Order to Show Cause (Dkt. No. 11) as follows:

1. On March 8, 2021, the Court entered an Order freezing Defendant Andrew L. Fassari's ("Mr. Fassari") assets ("Asset Freeze Order"). *See* Dkt. No. 11.

2. On March 12, 2021, the Court amended the Asset Freeze Order allowing Mr. Fassari to receive loans and/or gifts from third parties in order to pay for legal fees to defend this case. *See* Dkt. No. 17.

3. The parties having met and conferred agree and stipulate for the Court to continue the deadlines in and the expiration of the Asset Freeze Order as follows:

4. Mr. Fassari shall produce the Expedited Request for Production of Documents served on him by the SEC on April 5, 2021 or on a later date as mutually agreed to by the parties.

5. Mr. Fassari will be deposed by the SEC on April 8, 2021 or on another date as mutually agreed to by the parties.

6. Any Expedited Interrogatories and/or Expedited Requests for Admission from the SEC shall be served on Mr. Fassari by March 26, 2021 and Mr. Fassari will respond to such expedited discovery on April 5, 2021 or on a later date as mutually agreed to by the parties.

7. Mr. Fassari's supporting papers in opposition to the Asset Freeze Order shall be filed on April 12, 2021.

8. Any reply papers by the SEC shall be filed on April 19, 2021.

9. Mr. Fassari shall appear before this Court on April 26, 2021 at 11:00 a.m. to show cause why the Asset Freeze Order should not continue until this matter is determined on the merits.

10. The Asset Freeze Order shall also be amended for the limited purpose of Mr. Fassari withdrawing $1,850 from his Wells Fargo Bank account ending in 2934 for the payment of living expenses for April 2021. The asset freeze shall remain in effect as to all funds that remain in Mr. Fassari's Wells Fargo Bank account ending in 2934 after his withdrawal of the $1,850.

STIPULATION TO CONTINUE THE DEADLINES AND EXPIRATION OF THE COURT'S
ASSET FREEZE ORDER AND ALLOW WITHDRAWAL FOR LIVING EXPENSES

11.  The Asset Freeze Order shall continue and remain in place with these limited amendments until noon on April 28, 2021.

BASED ON THE FOREGOING AND FOR GOOD CAUSE SHOWN, IT IS HEREBY STIPULATED AND AGREED THAT the Court Amend its Asset Freeze Order to continue the discovery deadlines as illustrated above, allow Mr. Fassari to withdraw $1,8500 from his Wells Fargo Bank account ending in 2934 for the payment of living expenses for April 2021, and continue the Asset Freeze Order until noon on April 28, 2021.


DATED:  March 16, 2021                Respectfully submitted:


WIECHERT, MUNK & GOLDSTEIN, PC


By:      s/*Jessica C. Munk*
         David W. Wiechert
         Jessica C. Munk
         William J. Migler
         Attorneys for Defendant
         Andrew L. Fassari



SECURITIES AND EXCHANGE COMMISSION


By:      s/ *Leslie J. Hughes (by email authorization)*
         Leslie J. Hughes
         Amy Jane Longo
         Attorney for Plaintiff

STIPULATION TO CONTINUE THE DEADLINES AND EXPIRATION OF THE COURT'S
ASSET FREEZE ORDER AND ALLOW WITHDRAWAL FOR LIVING EXPENSES

## CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675 declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On March 16, 2021, I served the forgoing documents, described as **STIPULATION TO CONTINUE THE DEADLINES IN AND THE EXPIRATION OF THE COURT'S ORDER FREEZING DEFENDANT'S ASSETS (DKT. NO. 11) AND ALLOWING FOR WITHDRAWAL OF LIVING EXPENSES; [PROPOSED] ORDER** on all interested parties as follows:

[X]   **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[  ]   **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]   **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2021, at San Juan Capistrano, California.


/s/*Danielle Dragotta*
Danielle Dragotta